UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEBORA M. PRECHT, ET AL | * | NO. 2:14-CV-00743 –PM KK |
| | * | |
| VERSUS | * | JUDGE PATRICIA MINALDI |
| | * | |
| GLOBAL TOWER, LLC, ET AL | * | MAGISTRATE JUDGE KATHLEEN KAY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE**

The defendant Global Tower, LLC, is an indirectly wholly owned subsidiary of American Tower Corporation, a publicly traded corporation.  No publicly traded entity owns 10% of more of American Tower Corporation's stock.

Respectfully submitted,

LAW OFFICES OF SHERYL  STORY


___/s/ John E. Unsworth III_____
JOHN E. UNSWORTH III (LBRN 26738)
One Galleria Boulevard, Suite 1610
Metairie, LA 70001-7551
504-841-5080  Main Line
504-846-4114  Direct Line
866-649-3893  Toll Free RightFax
john.unsworth@cna.com  E-Mail
ATTORNEYS FOR GLOBAL TOWER, LLC,
GTP INFRASTRUCTURE I, LLC AND
GTP INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Corporate Disclosure has been served upon all counsel of record by notice from the Court's CM/ECF system, this 17th day of April 2014.

_____/s/ John E. Unsworth, III _____

John E. Unsworth, III