UNITED STATES DISTRICT COURT OF

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, LAUREN PRECHT THOMPSON, AND WILLIAM PRECHT, III | CIVIL ACTION NO.: 14-CV-0743 |
| VERSUS | JUDGE MINALDI |
| GLOBAL TOWER, LLC, GTP INFRASTRUCTURE I, LLC, TELCOM RENTALS, INC., AMERICAN TOWER CORPORATION, GTP INVESTMENTS, LLC, AND HANOVER INSURANCE COMPANY | MAGISTRATE JUDGE KAY |

**CORPORATE DISCLOSURE STATEMENT FOR**
**AMERICAN TOWER CORPORATION**

NOW INTO COURT, through undersigned counsel, comes defendant, American Tower Corporation, which files this statement pursuant to Local Rule 5.6. American Tower Corporation is a publically traded corporation. No publically traded entity owns 10% or more of American Tower Corporation's stock.

        COOK, YANCEY, KING & GALLOWAY
        A Professional Law Corporation


By:  /s/Jason B. Nichols
     Sidney E. Cook, Jr. #1311
     Jason B. Nichols #28704

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone:  (318) 221-6277
Telecopier:  (318) 227-7850
sidney.cook@cookyancey.com
jason.nichols@cookyancey.com

ATTORNEYS FOR AMERICAN TOWER CORPORATION


## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Shreveport, Louisiana, this 21st day of April, 2014.


        /s/Jason B. Nichols
            OF COUNSEL