RECEIVED
IN LAKE CHARLES, LA.

DEC 5 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEBORA M. PRECHT, ET AL.,** | * | **CIVIL ACTION NO. 2:14-cv-743** |
| Plaintiffs, | * | |
| v. | * | **JUDGE MINALDI** |
| **AMERICAN TOWER CORPORATION, ET AL.,** | * | |
| Defendants. | * | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons stated in the Memorandum Order [Doc. 24] accompanying the Report and Recommendation [Doc. 25] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that defendant Telcom Rentals, Inc. be and hereby is **DISMISSED** from the above-captioned matter.

Lake Charles, Louisiana, this 4 day of December, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE