UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEBORA M. PRECHT, ET AL., | § | |
| | § | DOCKET NO. 2:14-cv-743 |
| Plaintiffs, | § | |
| | § | |
| VERSUS | § | |
| | § | JUDGE MINALDI |
| AMERICAN TOWER CORPORATION, | § | |
| ET AL., | § | |
| | § | |
| Defendants | § | MAGISTRATE JUDGE KAY |
| | § | JURY DEMAND |

**RULE 26(F) CASE MANAGEMENT REPORT**

A meeting of counsel was held on January 27, 2015 by telephone.   The following persons participated:

| | |
|---|---|
| Kendall John Krielow | Jason B. Nichols |
| Block Law Firm | Cook, Yancey, King & Galloway |
| 422 East First Street | 333 Texas Street, Suite 1700 |
| P.O. Box 108 | PO Box 22260 |
| Thibodaux, LA 70302 | Shreveport, LA 71120-2260 |
| *Attorney for Debora M. Precht,* | *Attorney for American Tower Corporation* |
| *Lauren Precht Thompson, and* | |
| *William Precht, III* | John E. Unsworth, III |
| | One Galleria Blvd., Suite 1610 |
| | Metairie, LA   70001-7551 |
| | *Attorney for Global Tower, LLC, GTP Infrastructure I, LLC, and GTP Investments, LLC* |

1. <u>Nature of Plaintiffs' Claim</u>:

   Plaintiffs are pursuing a wrongful death action against the Defendants.   Plaintiffs assert the claims referenced in their Petition for Damages and their First Amended Petition, which they adopt and incorporate herein.

2. <u>Nature of Defendants Claim</u>:

Defendants assert the defenses referenced in their answer, which they adopt and incorporate herein. Defendants reserve the right to assert additional defenses as discovery commences.

3. <u>Bench or Jury Trial</u>: The parties have requested trial by jury.

4. <u>Initial Disclosures</u>: The parties have agreed to make their initial disclosures before the scheduling conference.

5. <u>Jurisdiction</u>: The parties do not contest the jurisdiction of the court.

6. <u>Joinder of Parties and Amendment of Pleadings</u>: Plaintiffs anticipate joining defendants' insurers. Discovery has not commenced, and the parties respectfully request additional time within which to file amended pleadings.

7. <u>Discovery Issues</u>: Discovery has not commenced, and the parties are unaware of any discovery issues at this time.

8. <u>Motion Practice</u>: The parties intend to file motions for summary judgment and/or other dispositive motions.

9. <u>Alternative Dispute Resolution (ADR)</u>: The parties are amenable to alternative dispute resolution.

10. <u>Relative Cases</u>: There are no related cases pending in the United States District Court for the Western District of Louisiana. The insurer of the tower at issue and the insurer of the plane at issue have brought claims against each other in Jefferson Davis Parish for subrogation on amounts paid to their respective insureds for property damage. These two cases are pending Jefferson Davis Parish and will seek to determine liability for those

–3–

claims.

11. <u>Trial by Magistrate</u>: The parties have not agreed to trial by Magistrate Judge.

BLOCK LAW FIRM

By:  */s/ Kendall J. Krielow*
      Kendall J. Krielow, #34625
      Jerald P. Block, #3151

P. O. Box 108
Thibodaux, LA   70302
985-446-0418 Telephone
985-446-0422 Facsimile
kjk@blocklawfirm.com

ATTORNEYS FOR DEBORAH M. PRECHT, LAUREN PRECHT THOMPSON, AND WILLIAM PRECHT, III

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By:  */s/ Jason B. Nichols*
      Sidney E. Cook, Jr. #1311
      Jason B. Nichols, #28740

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA   71120-2260
318-221-6277 Telephone
318-227-7850 Facsimile
sidney.cook@cookyancey.com
jason.nichols@cookyancey.com

ATTORNEY FOR DEFENDANT,
AMERICAN TOWER CORPORATION


LAW OFFICES OF SHERYL STORY


By:  */s/ John E. Unsworth, III*
      John E. Unsworth, III, #26738

One Galleria Blvd., Suite 1610
Metairie, LA   70001-7551
504-846-4114 Telephone
866-649-3983 Facsimile
john.unsworth@cna.com

ATTORNEY FOR GLOBAL TOWER, LLC, GTP INFRASTRUCTURE I, LLC, AND GTP INVESTMENTS, LLC

## CERTIFICATE PURSUANT TO LR 5.7.08

Pursuant to LR 5.7.08, the undersigned hereby certifies that John E. Unsworth, III and Kendall J. Krielow have expressly agreed to the form and substance of the document and that the undersigned has John E. Unsworth, III's and Kendall J. Krielow's actual authority to submit the document electronically using their electronic signature.

                                                      *s/Jason B. Nichols*
                                                          OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

                                                        */s/ Jason B. Nichols*
                                                         OF COUNSEL