UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PRECHT, et al., | § | NO. 14-CV-00743-PM-KK |
| | § | |
| vs. | § | JUDGE PATRICIA MINALDI |
| | § | |
| GLOBAL TOWER LLC, et al. | § | MAGISTRATE JUDGE |
| | § | KATHLEEN KAY |

## AFFIDAVIT OF MICHAEL JOHN McCORMACK

**BEFORE ME**, the undersigned authority, personally appeared Michael John McCormack, who on his oath deposed and stated as follows:

1. "I, Michael John McCormack, am over the age of majority, submit this affidavit of my own free will, and attest to the following facts based on my own knowledge and understanding.

2. "I am the Senior Vice President – Legal for American Tower Corporation ("AMT").

3. "AMT is a Delaware corporation.

4. "AMT does not do business in Louisiana, does not maintain an office in Louisiana, and is not registered with the Louisiana Secretary of State.

5. "On February 15, 2013, AMT did not own, lease, or hold any interest in the Tower at issue in the above-captioned litigation (the "Tower"), had no interest in the land upon which the Tower sits ("Land"), and did not hold any interest in any entity that held any interest in the Tower or the Land.

6. "On October 1, 2013, AMT acquired, through American Tower Investments, LLC, an indirect, remote interest in GTP Investments, LLC ("GTP Investments"), GTP Infrastructure I, LLC ("GTP Infrastructure"), and Global Tower, LLC ("Global Tower").

7. "After the October 1, 2013 transaction, AMT's relationship to GTP Investments and Global Tower can be described as follows:

    a. Defendant AMT is a member of American Towers LLC.

    b. American Towers LLC is a member of ATC TRS II LLC.

    c. ATC TRS II LLC is a member (along with American Towers LLC) of American Tower Investments, LLC.

    d. American Tower Investments, LLC holds memberships interests in Gondola Holding LLC and Gondola Communications Holdings LLC.

    e. Gondola Holding LLC, Gondola Communications LLC, and American Tower Investments, LLC are the members of Gondola Tower Holdings, LLC.

    f. Gondola Tower Holdings, LLC is a member of Defendant GTP Investments.

    g. Defendant GTP Investments is a member of Global Tower Management, LLC.

    h. Global Tower Management LLC is a member of Global Tower Holdings, LLC.

    i. Global Tower Holdings, LLC is a member of Defendant Global Tower.

8. "After the October 1, 2013 transaction, AMT's relationship to GTP Infrastructure can be described as follows:

a. Defendant AMT is a member of American Towers LLC.

b. American Towers LLC is a member of ATC TRS II LLC.

c. ATC TRS II LLC is a member (along with American Towers LLC) of American Tower Investments, LLC.

d. American Tower Investments, LLC holds memberships interests in Gondola Holding LLC and Gondola Communications Holdings LLC.

e. Gondola Holding LLC, Gondola Communications LLC, and American Tower Investments, LLC are the members of Gondola Tower Holdings, LLC.

f. Gondola Tower Holdings, LLC is a member of Defendant GTP Investments.

g. Defendant GTP Investments is a member of Global Tower Management, LLC.

h. Global Tower Management LLC is a member of Global Tower Holdings, LLC.

i. Global Tower Holdings, LLC is a member of GTP Holdco I, LLC.

j. GTP Holdco I, LLC is a member of GTP Acquisition Partners I, LLC.

k. GTP Acquisition Partners I, LLC is a member of Defendant GTP Infrastructure."

_(signature)_
MICHAEL JOHN McCORMACK
SENIOR VICE PRESIDENT - LEGAL

**COMMONWEALTH OF MASSACHUSETTS**
**COUNTY OF SUFFOLK**

On this the Twenty-Fourth day of May, before me, Paul John Bergendahl II, the undersigned Notary Public, personally appeared Michael John McCormack, proved to me through satisfactory evidence of identity, in which he is personally known to me, to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as Senior Vice President, Legal, and Assistant Secretary of American Tower Corporation, on behalf of the corporation.

_(signature)_
PAUL JOHN BERGENDAHL II
Notary Public
Commonwealth of Massachusetts
Commission Expires June 17, 2022

PAUL JOHN BERGENDAHL II
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 17, 2022