6/23/2016                                                   St. Martin Bank and Trust

If you suspect that your debit card has been compromised, call us during regular banking hours at 888-234-4994 or after hours at 800-383-8… immediately disable your card.

- Home
- Transfers & Payments
- Commercial
- Statements
- Services
- Messages
- Branches & ATM's
- Help
- Settings
- Log Off

## Account Details

There have been 99 transactions on this account since 6/28/2013.

Ask abou…
Last Updated: 6/…

### KRIELOW FARMS CKG
######01219

| | | |
|---|---|---|
| Available Balance | Interest Rate | |
| Current Balance | Previous year-to-date interest am… | |
| Last Deposit Date | 6/1/2016 | Year-to-date interest amount |
| Last Deposit Amount | Accrued Interest | |
| Last Statement Date | 5/31/2016 | |

Search transactions

Show Filters    Reset

Subtotal:   Credits: $117,660.71   |   Debits: $-114,413.72

| Date | Description | Amount |
|---|---|---|
| Redacted | | |
| 5/23/16 | REN MKH 20 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |
| 4/25/16 | REN MKH 21 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |
| Redacted | | |
| 3/28/16 | REN CGM 23 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |
| 2/22/16 | REN MKH 19 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |
| Redacted | | |
| 1/25/16 | REN MKH 21 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |
| Redacted | | |
| 12/24/15 | REN MKH 21 FROM AMERICAN TOWER C 91789 KRIELOW FARMS INC | $739.50 |

https://online.stmartinbank.com/StMartinBankandTrustOnline_40/uux.aspx#/account/30741


EXHIBIT A

PreWil-01-02731