6/23/2016 Commercial - Search

**Tom Schedler**
Secretary of State

State of Louisiana Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| AMERICAN TOWERS LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**
   AMERICAN TOWERS, INC. (Changed: 7/25/2011)
   AMERICAN TOWER SYSTEMS (DELAWARE), INC. (Changed: 10/12/1998)

**Business:** AMERICAN TOWERS LLC
**Charter Number:** 34611807Q
**Registration Date:** 2/11/1998

**Domicile Address**
   1209 ORANGE ST.
   WILMINGTON, DE 19801

**Mailing Address**
   116 HUNTINGTON AVENUE
   BOSTON, MA 02116

**Principal Business Office**
   116 HUNTINGTON AVENUE
   BOSTON, MA 02116

**Registered Office in Louisiana**
   3867 PLAZA TOWER DR.
   BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| Qualified: | 2/11/1998 |
| Last Report Filed: | 1/28/2016 |
| Type: | Limited Liability Company (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| Agent: | C T CORPORATION SYSTEM |
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment | |



EXHIBIT D

Date:       8/13/2004

## Mergers (5)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|
| 12/30/1999 | 12/30/1999 | MERGE | 34611807Q | AMERICAN TOWERS LLC | SURVIVOR |
| | | | 33019530D | LAFAYETTE TOWER RENTALS, INCORPORATED | NON-SURVIVOR |
| 5/16/2000 | 5/16/2000 | MERGE | 34611807Q | AMERICAN TOWERS LLC | SURVIVOR |
| | | | 34253213F | ATC TOWER CORP. | NON-SURVIVOR |
| 5/22/2003 | 5/22/2003 | MERGE | 34611807Q | AMERICAN TOWERS LLC | SURVIVOR |
| | | | 34653842F | OMNIAMERICA TOWERS, INC. | NON-SURVIVOR |
| | | | 34688429F | COMMSITE TOWERS, INC. | NON-SURVIVOR |
| 6/5/2003 | 6/5/2003 | MERGE | 34611807Q | AMERICAN TOWERS LLC | SURVIVOR |
| | | | 34688426F | COMM SITE INTERNATIONAL, INC. | NON-SURVIVOR |
| 7/31/2015 | 7/31/2015 | MERGE | 34611807Q | AMERICAN TOWERS LLC | SURVIVOR |
| | | | 41827159Q | ACW SALE SITE SUBSIDIARY LLC | NON-SURVIVOR |

## Amendments on File (11)

| Description | Date |
|---|---|
| Name Change | 10/12/1998 |
| Merger | 12/30/1999 |
| Merger | 5/16/2000 |
| Merger | 5/22/2003 |
| Merger | 6/5/2003 |
| Stmt of Chg or Chg Prin Bus Off | 8/13/2004 |
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |
| Conversion | 7/25/2011 |
| Name Change | 7/25/2011 |
| Merger | 7/31/2015 |
| Foreign LLC Statement of Change | 10/18/2015 |

Print

| Tom Schedler | State of Louisiana Secretary of State | **COMMERCIAL DIVISION** 225.925.4704 |
|---|---|---|
| Secretary of State | | |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| GLOBAL TOWER, LLC | Limited Liability Company (Non-Louisiana) | DOVER | Active |

**Business:** GLOBAL TOWER, LLC
**Charter Number:** 35549219Q
**Registration Date:** 9/8/2003

**Domicile Address**
  615 SOUTH DUPONT HIGHWAY
  DOVER, DE 19901

**Mailing Address**
  116 HUNTINGTON AVENUE
  BOSTON, MA 02116

**Principal Business Office**
  116 HUNTINGTON AVENUE
  BOSTON, MA 02116

**Registered Office in Louisiana**
  3867 PLAZA TOWER DR.
  BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
  3867 PLAZA TOWER DR.
  1ST FLOOR
  BATON ROUGE, LA 70816

# Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| Qualified: | 9/8/2003 |
| Last Report Filed: | 8/10/2015 |
| Type: | Limited Liability Company (Non-Louisiana) |

# Registered Agent(s)

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 8/19/2014 |

PreWil-01-02729

## Amendments on File (2)

| Description | Date |
| --- | --- |
| Stmt of Chg or Chg Prin Bus Off | 1/22/2007 |
| Foreign LLC Statement of Change | 10/18/2015 |

[Print]

**PreWil-01-02730**

| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State | **COMMERCIAL DIVISION**<br>**225.925.4704** |
|---|---|---|
| |  | Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| GTP INFRASTRUCTURE I, LLC | Limited Liability Company (Non-Louisiana) | DOVER | Active |

**Business:** GTP INFRASTRUCTURE I, LLC
**Charter Number:** 40180197Q
**Registration Date:** 4/12/2010

**Domicile Address**
    615 SOUTH DUPONT HWY
    DOVER, DE 19901

**Mailing Address**
    116 HUNTINGTON AVENUE
    BOSTON, MA 02116

**Principal Business Office**
    116 HUNTINGTON AVENUE
    BOSTON, MA 02116

**Registered Office in Louisiana**
    3867 PLAZA TOWER DR.
    BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
    3867 PLAZA TOWER DR
    1ST FLOOR
    BATON ROUGE, LA 70816

# Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| Qualified: | 4/12/2010 |
| Last Report Filed: | 3/19/2016 |
| Type: | Limited Liability Company (Non-Louisiana) |

# Registered Agent(s)

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 3867 PLAZA TOWER DR. |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 3/25/2014 |

PreWil-01-02727

## Amendments on File (1)

| Description | Date |
|---|---|
| Foreign LLC Statement of Change | 10/18/2015 |

Print

**PreWil-01-02728**