



VIA CERTIFIED MAIL, RETURN RECEIPT

January 3, 2014

Krelow Farms Inc
PO Box 39
Roanoke, LA 70581-0039

RE: American Tower Corporation ("American Tower") acquisition of Global Tower Partners, its affiliates, subsidiaries and related companies operating in the United States ("GTP")

Dear Valued Landlord:

American Tower is pleased to inform you that on October 1, 2013, American Tower Corporation, through one or more of its affiliates, acquired the ownership of GTP. American Tower Corporation is a leading provider of wireless infrastructure solutions with one of the largest site portfolios in the industry today.

Please be assured that this transaction does not affect the terms of your lease agreement or our contractual obligations to you. GTP Infrastructure I, LLC will remain the legal entity. We do ask that you update the location reference to the new American Tower Site Number and the legal notice address, both provided below.

| Old GTP Number | New American Tower Number/Name |
|---|---|
| US-LA-5136 | 371725/Krelow/Jennings |

_Effective immediately, all correspondence should be mailed to the address below. We cannot ensure that a communication sent to any other address will be received by the proper department. Therefore, we unfortunately cannot consider any communication sent to any other address after the date of this letter as being legally effective under our lease agreement with you._

Please be advised that the legal notice address should be updated to:

GTP Infrastructure I, LLC
c/o American Tower Corporation
10 President Way
Woburn, MA 01810
Attn: Land Management



EXHIBIT E

10 Presidential Way • Woburn, MA 01801 • 781.926.4500 Office • 781.926.4555 Fax • www.americantower.com

2186

PreWil-01-02732

 

with a copy to:

>GTP Infrastructure I, LLC
>c/o American Tower Corporation
>116 Huntington Ave.
>Boston, MA 02116
>Attn: Law Department

Should you ever have questions about your lease agreement, rent payment, or related matters please contact our Landlord Relations Department at:

E-mail: Landlord.Relations@americantower.com
Toll-free: 1-866-586-9377
Fax: 1-781-926-4555

Landlord Relations Specialists are available Monday-Friday during normal business hours Eastern Standard Time to assist you on all inquiries.

We are continuously striving to provide our landlords with 'best in class' service and hope you share in the excitement of becoming part of the American Tower family.

Sincerely,

Land Management
American Tower Corporation
10 Presidential Way
Woburn, MA 01801