amt-style-body-fill h3 { font-family: FrutigerLight, Arial, sans-serif; font-size: 1.0em !important;" }



**AMERICAN TOWER®**
(/corporateus/index.htm)

# Find Sites



American Tower provides three easy ways for you to find sites to expand or densify your wireless communications network.

We have worked hard to develop tools and processes that make it easier to get on air at our 57,000+ U.S. sites. If you are ready to begin the process of getting on air with American Tower, log in or register for ON AIR Access (http://www.americantower.com/corporateus/solutions



EXHIBIT F

**PreWil-01-02734**

/on-air-access/index.htm). It is our fully integrated site selection and application tool that allows you to find sites, apply for collocations or modifications and instantly track the status of your project online.

Frqgxfw#d#Vhdufk

When you are looking for sites to fill coverage or capacity gaps in your existing network, perform your search using ON AIR Access. Search by coordinates, address, uploaded search rings or by designating your own search areas. It also allows you to apply data layers and save your searches and favorite sites for future use.

 

Xsordg#\rxu#Vhdufk#Ulqjv

If your wireless network requires multiple sites, you can upload all of your locations to ON AIR Access and review the sites we have in those areas. You can also export a list of our site information relative to those locations for your review.

 

Grzqordg#Rxu#Qdwlrqdo#Vlwh#Olvw

For a complete view of our entire portfolio of U.S. wireless communications sites, log in to ON AIR Access and download our National Site List.

 

PreWil-01-02735

Iru#P ruh#lqirup dwlrq

To learn more about identifying American Tower sites for expanding or densifying your network, please contact:

877-409-6966 (tel:+8774096966)
leasing@americantower.com
(mailto:leasing@americantower.com?subject=Find Sites Inquiry)

For questions on logging in, registering for or using ON AIR Access, please contact:

877-ATC-SITE (282-7483) (tel:+8772825483), Option 3
onairaccess@americantower.com
(mailto:onairaccess@americantower.com?subject=Need Help with ON AIR Access)

PreWil-01-02736