**Kendall J. Krielow**

**From:** Kendall J. Krielow
**Sent:** Wednesday, April 27, 2016 3:03 PM
**To:** 'Deshotel,Deborah'
**Cc:** 'jason.nichols@cookyancey.com'; 'mlafontaine@lockelord.com'; 'Unsworth,John E.'
**Subject:** RE: Debora Precht v. Global Tower

I have no problem with the 60 day extension.

In regard to deposition dates, does August 9-11 or 16-18 work for each of you?

---

**From:** Deshotel,Deborah [mailto:Deborah.Deshotel@cna.com]
**Sent:** Wednesday, April 27, 2016 2:27 PM
**To:** kjk@blocklawfirm.com
**Cc:** jason.nichols@cookyancey.com; mlafontaine@lockelord.com; Unsworth,John E.
**Subject:** Debora Precht v. Global Tower

Please see the attached correspondence from Mr. Unsworth.

Thank you,

**Debbie Deshotel**
Secretary to Sheryl Story and John E. Unsworth, III
LAW OFFICE OF SHERYL STORY
A Staff Counsel Office of CNA
One Galleria Boulevard, Suite 1610
Metairie, LA 70001-7551
Direct Line: 504-846-4115
Fax: 866-649-3893
Email: Deborah.Deshotel@cna.com

---

NOTICE: This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.



EXHIBIT G

PreWil-01-02738

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 04-27-2016   02:17:13 p.m. | Transmit Header Text |
| Local ID 1 | 5048415095 | Local Name 1          CNA |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

---

LAW OFFICE OF
**SHERYL STORY**
A STAFF COUNSEL OFFICE OF CNA INSURANCE COMPANIES
ONE GALLERIA BOULEVARD, SUITE 1610
METAIRIE, LA 70001-7531
MAIN: (504) 841-5090
FAX: (866) 649-3893

*Also Member of Mississippi Bar
*Also Member of Texas Bar

Writer's Direct (Tel): 504-846-4114
Email: john.unsworth@cna.com

April 27, 2016

Via Facsimile: 985-446-0422
Kendall J. Krielow
Block Law Firm
P. O. Box 108
Thibodaux, LA 70302

RE: *Debora M. Pracht, et al v. Global Tower, LLC, et al*
USDC No. 2:14-cv-0743
Our File No. 114180435

Dear Mr. Krielow:

We are in receipt of your discovery propounded to the defendants, GTP entities and American Tower Corporation, in the above referenced matter. We would appreciate the courtesy of an informal 60 day extension of time within which to respond to the discovery as I will be out of the country from May 9th to May 21st. If you are amenable, please sign this letter below and fax it back to our office at 866-649-3893. If you have an objection, please call me at 504-846-4114.

With kind regards, I remain,

Sincerely,

John E. Unsworth III

JEU/kl

As outlined above, I hereby agree to allow a 60 day extension of time until June 26, 2016, for the GTP entities and American Tower Corporation to respond to the discovery propounded by plaintiffs.

_____
Kendall J. Krielow

cc: Jason B. Nichols (Via Email: jason.nichols@cookyancey.com)
    Monique M. Lafontaine (Via Email: mlafontaine@lockelord.com)

---

**Total Pages Scanned : 1**  **Total Pages Confirmed : 1**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 348 | 819854460422 | 02:16:05 p.m. 04-27-2016 | 00:00:16 | 1/1 | 1 | EC | HS | CP26400 |

**Abbreviations:**
HS: Host send         PL: Polled local       MP: Mailbox print   CP: Completed           TS: Terminated by system
HR: Host receive      PR: Polled remote      RP: Report          FA: Fail                G3: Group 3
WS: Waiting send      MS: Mailbox save       FF: Fax Forward     TU: Terminated by user  EC: Error Correct

PreWil-01-02739

LAW OFFICE OF
# SHERYL STORY

GEORGE E. ESCHER
WADE A. JOHNSON†
MICHOLLE WALKER MORDOCK*
SHERYL STORY
JOHN E. UNSWORTH, III
JAMES C. YOUNG‡

A STAFF COUNSEL OFFICE OF CNA INSURANCE COMPANIES
ONE GALLERIA BOULEVARD, SUITE 1610
METAIRIE, LA 70001-7551
MAIN: (504) 841-5080
FAX: (866) 649-3893

*ALSO MEMBER OF MISSISSIPPI BAR
†ALSO MEMBER OF TEXAS BAR

Writer's Direct Dial: 504-846-4114
Email: John.Unsworth@cna.com

April 27, 2016

**Via Facsimile: 985-446-0422**
Kendall J. Krielow
Block Law Firm
P. O. Box 108
Thibodaux, LA 70302

RE: *Debora M. Precht, et al v. Global Tower, LLC, et al*
USDC No. 2:14-cv-0743
Our File No. 1141804315

Dear Mr. Krielow:

We are in receipt of your discovery propounded to the defendants, GTP entities and American Tower Corporation, in the above referenced matter. We would appreciate the courtesy of an informal 60 day extension of time within which to respond to the discovery as I will be out of the country from May 9th to May 21st. If you are amenable, please sign this letter below and fax it back to our office at 866-649-3893. If you have an objection, please call me at 504-846-4114.

With kind regards, I remain,

Sincerely,

John E. Unsworth III

JEU/dd

As outlined above, I hereby agree to allow a 60 day extension of time until June 26, 2016, for the GTP entities and American Tower Corporation to respond to the discovery propounded by plaintiffs.

_____
Kendall J. Krielow

cc: Jason B. Nichols (Via Email: jason.nichols@cookyancey.com)
Monique M. Lafontaine (Via Email: mlafontaine@lockelord.com)