1/15/14 Site Brochure

 

## Asset Number: 371725    Asset Name: Krelow/Jennings

Lat / Long: 30.1883333333, -92.6319444444 | Address: 1558 Hwy 1126, Jennings, Louisiana, 70546-0000

## Geographic Region

**County** JEFFERSON DAVIS
**MTA** Houston
**BTA** Lake Charles, LA
**MSA/RSA** Louisiana 5 - Beauregard

Contact
877-ATC-SITE
877-282-7483
Site Documents

## Find This Asset

**Driving Directions**
N/A

## Specifications

**Asset Class** Wireless
**Structure Type** Guyed
**Ground Elevation** 19 ft. (AMSL)
**Structure Height** 472 ft. (AGL)
**Clearance** 27.0 ft.
**FAA Number** 2011-ASW-1564-OE
**FCC Number** 1019462

## Utility Providers

**Telco** N/A
**Power** N/A

https://onairaccess.americantower.com/OLA/includes/siteBrochure.html?assetNumber=371725&isAccountActive=false



PreWil-01-02737