UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Motion for Summary Judgment of Defendant, American Tower Corporation, be continued to a later date set by the court.

_____
JUDGE PATRICIA MINALDI