UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PRECHT ET AL., | § | NO. 14-CV-00743-PM-KK |
| | § | |
| VS. | § | JUDGE PATRICIA MINALDI |
| | § | |
| GLOBAL TOWER LLC ET AL. | § | MAGISTRATE JUDGE KATHLEEN KAY |
| | § | |

### *EX PARTE* MOTION TO WITHDRAW ATTORNEY JACOB WEIXLER AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, comes defendant, Defendant American Tower Corp ("ATC") and submits its Ex Parte Motion to Withdraw Jacob Weixler as counsel of record in this matter. Locke Lord LLP continues to represent ATC, but Jacob Weixler is no longer with Locke Lord LLP. Therefore, ATC requests that he be withdrawn as counsel of record.

WHEREFORE, American Tower Corp, through undersigned counsel, does hereby request that this Court enter an Order withdrawing Jacob Weixler as counsel of record for the above-captioned matter.

Respectfully Submitted,

*/s/ Jason M. Cerise*
Jason M. Cerise (#28526)
Locke Lord LLP
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone (504) 558-5110
Facsimile (504) 681-5210
jcerise@lockelord.com

*Counsel for American Tower Corp*

*and*

/s/ Jacob K. Weixler
Jacob K. Weixler
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
504-680-6067 (Telephone)
504-680-6051 (Facsimile)
jake@semmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record via the Court's CM/ECF system on July 28th, 2016.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Jason M. Cerise*
