UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

_____

**PLAINTIFFS' SECOND AMENDING AND SUPPLEMENTAL PETITION**
_____

**NOW INTO COURT,** through undersigned counsel, comes **DEBORA M. PRECHT,** and **WILLIAM PRECHT, III**, both persons of the full age of majority, residents of and domiciled in the Parish of Jefferson Davis, State of Louisiana, and **LAUREN PRECHT THOMPSON**, a person of the full age of majority, resident of and domiciled in the Parish of Calcasieu, State of Louisiana, who desire to amend their original petition filed on February 7, 2014, and First Amending and Supplemental Petition filed on February 18, 2014, to wit:

1.

By adding the following after Paragraph 6(a):

6(b).

On information and belief, American Tower Corporation or one or more entities operated as alter ego(s) of American Tower Corporation merged with or acquired Global Tower, LLC, Global Tower Partners, GTP Infrastructure I, LLC, and/or GTP Investments, LLC; and in addition, Global Tower, LLC, Global Tower Partners, GTP

1

Infrastructure I, LLC, and/or GTP Investments, LLC have been acquired by, consolidated and or merged with one another.

6(c).

On information and belief, American Tower Corporation or one or more entities operated as its alter ego(s) negotiated for and assumed tort liability of Global Tower, LLC, Global Tower Partners, GTP Infrastructure I, LLC, and/or GTP Investments, LLC as a result of a merger or acquisition thereof; and American Tower Corporation is thereby a successor in liability, which renders American Tower Corporation liable, *in solido*, with the defendants for damages as sued for herein.

6(d)

Moreover, American Tower Corporation is a parent company of multiple subsidiary or affiliated entities, including but not limited to Global Tower, LLC, Global Tower Partners, GTP Infrastructure I, LLC, and/or GTP Investments, LLC, over which American Tower Corporation has ultimate and complete control rendering the subsidiary or affiliated companies alter egos, agents, tools, or instrumentalities of American Tower Corporation.

6(e).

On information and belief, American Tower Corporations operates its subsidiary and affiliated companies, including but not limited to Global Tower, LLC, Global Tower Partners, GTP Infrastructure I, LLC, and GTP Investments, LLC, as a single cohesive unit for the common purpose of benefiting American Tower Corporation.

6(f).

The single cohesive unit of subsidiaries and affiliates owned, operated, and controlled by American Tower Corporation is otherwise known as a single business enterprise for which tort liability of any entity within the enterprise, including but not limited to Global Tower, LLC, Global Tower Partners, GTP Infrastructure I, LLC, and GTP Investments, LLC, is imputed on the parent company, American Tower Corporation.

**WHEREFORE,** petitioners renew and reiterate all of the allegations (as amended and supplemented herein) and for all the prayers of the original petition and First Amending and Supplemental Petition.

Petitioners further pray for all general and equitable relief.

>BLOCK LAW FIRM, APLC
>422 East First Street
>Post Office Box 108
>Thibodaux, Louisiana 70302
>(985) 446-0418 *Phone*
>(985) 446-0422 *Facsimile*
>
>/s/ Kendall J. Krielow
>KENDALL J. KRIELOW #34625
>JERALD P. BLOCK, #3151