

**BLOCK LAW FIRM**
A Professional Law Corporation

422 EAST FIRST STREET
POST OFFICE BOX 108
THIBODAUX, LOUISIANA 70302
(985) 446-0418 T
(985) 446-0422 F
WWW.BLOCKLAWFIRM.COM

JERALD P. BLOCK
RICHARD C. BREAUX
KENDALL J. KRIELOW

WRITER'S EMAIL ADDRESS
KJK@BLOCKLAWFIRM.COM

August 23, 2016

13-3506-1

Hon. Patricia Minaldi
United States District Judge
611 Broad Street, Suite 328
Lake Charles, Louisiana 70601

RE: Debra M. Precht, et al
Vs. No. 14-CV-0743
American Tower Corp., et al

Dear Judge Minaldi:

      On August 12, 2016, this Honorable Court issued a ruling in which it granted the Plaintiffs' *Motion to Compel Discovery* and awarded attorney fees for bring the motion. [Document 69]. The Court further directed Plaintiffs' Counsel to submit to the Court a statement of fees and expenses the Plaintiffs suggest to be appropriate. Under the present circumstances, the Plaintiffs submit a fee rate of $300 per hour is appropriate. The following is a statement of services related to bringing the Plaintiffs' Motion to Compel Discovery.

| Date | Description | Hours |
|---|---|---|
| 8/1/16 | Research; prepare, review, and file Plaintiffs' *Reply to Response to Motion to Compel Discovery* | 2.2 |
| 7/25/16 | Review ATC's *Response to Motion to Compel Discovery* | 0.6 |
| 6/30/16 | Research; prepare and file *Motion to Compel Discovery and Motion for Costs and Attorney Fees*, accompanying memorandum (with reference to Plaintiffs' *Memorandum in Opposition to Summary Judgment*) and order | 1.9 |
| 6/21/16 | Incorporate discovery deficiencies into Plaintiffs' *Memorandum in Opposition to Summary Judgment* in order to be referenced in Plaintiffs' *Memorandum in Support of Motion to Compel* | 1.7 |

BLOCK LAW FIRM, APLC
PAGE 2
HON. PATRICIA MINALDI
AUGUST 23, 2016

| | | |
|---|---|---|
| 6/15/16 | Meet and confer telephone conference with opposing counsel regarding ATC's discovery responses | 0.3 |
| 6/10/16 | Review ATC's responses to interrogatories and requests for production; review ATC's *Motion for Summary Judgment* to determine discovery deficiencies pertinent to ATC's motion | 3.0 |

Our time records reflect a total of 9.70 hours for Kendall J. Krielow at the rate of $300.00 per hour, having a total assigned value of $2,910.00.

With kindest personal regards, I remain

Yours very truly,

Kendall J. Krielow

KJK/chg