**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DEBORA M. PRECHT ET AL.**         :         **CIVIL ACTION NO. 14-cv-743**

**VERSUS**                          :         **JUDGE MINALDI**

**GLOBAL TOWER LLC ET AL.**         :         **MAGISTRATE JUDGE KAY**

<u>**ORDER**</u>

This court is in receipt of the Bill of Costs [doc. 71] filed by plaintiffs in response to our grant [doc. 69] of their Motion for Attorney's Fees [doc. 58]. Defendants are to submit any opposition they have to the amount of this claim within **7 days** from the date of this order.

THUS DONE AND SIGNED in Chambers this 24th day of August, 2016.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE