



**PreWil-01-04550**