UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

NOTICE OF DEPOSITION

To: **John Michael McCormick**
**American Tower Corporation**
Through their attorney of record
Jason B. Nichols
333 Texas Street, Suite 1700
Shreveport, Louisiana 71120

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the person named below, pursuant to the Code of Civil Procedure, commencing on the date and at the time and place designated below, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take part as you may feel advisable.

Deponent:   John Michael McCormick

Time:       9:00 o'clock a.m.

Date:       Tuesday, November 7, 2016

Place:      American Tower Corporation
            116 Huntington Avenue
            Boston, MA 02116

**PLEASE TAKE FURTHER NOTICE** that John Michael McCormick is requested to produce the following documents:

1. List of the current officers of Global Tower, LLC.

2. List of current employees of Global Tower, LLC.

3. List of the current officers of American Tower Corporation ("ATC").

4. List of entities of which you are currently an officer.

5. Documentation evidencing layers of corporate ownership separating ATC and Global Tower, LLC, GTP Infrastructure I, LLC, and GTP Investments, LLC as identified in your affidavit dated August 25, 2016, which is Document 73-2 in the record of this litigation.

6. List of lighting and marking regulations applicable to a guyed tower with a height of four hundred eighty (480) feet.

7. List of lighting and marking regulations applicable to a guyed tower with a height of five hundred one (501) feet.

> BLOCK LAW FIRM, APLC
> 422 East First Street
> Post Office Box 108
> Thibodaux, Louisiana 70302
> (985) 446-0418 Telephone
> (985) 446-0422 Facsimile
>
> /s/ Kendall J. Krielow
> KENDALL J. KRIELOW, 34625

### *CERTIFICATE*

I hereby certify that a copy of the above and foregoing has been electronically transmitted to all counsel of record, pursuant to the provisions of Louisiana Code of Civil Procedure article 1313(A)(4).

Thibodaux, Louisiana, this 28th day of September 2016.

> /s/ Kendall J. Krielow
> KENDALL J. KRIELOW