UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

### NOTICE OF DEPOSITION

To: **Paul Bergendahl, II**
**American Tower Corporation**
Through their attorney of record
Jason B. Nichols
333 Texas Street, Suite 1700
Shreveport, Louisiana 71120

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the person named below, pursuant to the Code of Civil Procedure, commencing on the date and at the time and place designated below, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take part as you may feel advisable.

Deponent:   Paul Bergendahl, II

Time:   9:00 o'clock a.m.

Date:   Monday, November 8, 2016

Place:   American Tower Corporation
116 Huntington Avenue
Boston, MA 02116

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

/s/ Kendall J. Krielow
KENDALL J. KRIELOW, 34625

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has been electronically transmitted to all counsel of record, pursuant to the provisions of Louisiana Code of Civil Procedure article 1313(A)(4).

Thibodaux, Louisiana, this 28th day of September 2016.

/s/ Kendall J. Krielow
KENDALL J. KRIELOW