UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEBORA M. PRECHT, ET AL.,** § | **DOCKET NO. 2:14-CV-0743-PM-KK** |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | **JUDGE MINALDI** |
| § | |
| **GLOBAL TOWER, LLC , ET AL.** § | |
| § | |
| Defendants. § | **MAGISTRATE JUDGE KAY** |

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

NOW COME Plaintiffs, DEBORAH M. PRECHT, WILLIAM PRECHT, JR., AND LAUREN PRECHT THOMPSON, and Defendants, AMERICAN TOWER CORPORATION, GLOBAL TOWER, LLC, GTP INFRASTRUCTURE I, LLC, and GTP INVESTMENTS, LLC (collectively referred to as the "Parties" and individually as a "Party"), represented herein by their respective counsel of record, and hereby jointly move the Court for issuance of a Protective Order and in support thereof state as follows:

1.

Certain non-public, sensitive or proprietary information or data, whether in the possession of a Plaintiff or a Defendant, will or might be pertinent to the issues being litigated in the above-captioned.

2.

The Court is authorized under Rule 26(c) of the Federal Rules of Civil Procedure to forbid or protect the disclosure of such documents, things, testimony, or information, if warranted.

2

3.

The parties are highly desirous that all such information and data whether contained in documents or testimony shall be treated as, and shall remain, confidential by submitting an Agreed Protective Order to the Court for entry on the record.

WHEREFORE, Plaintiffs, DEBORAH M. PRECHT, WILLIAM PRECHT, JR., AND LAUREN PRECHT THOMPSON, and Defendants, AMERICAN TOWER CORPORATION, GLOBAL TOWER, LLC, GTP INFRASTRUCTURE I, LLC, and GTP INVESTMENTS, LLC, PRAY that this Honorable Court sign the attached Agreed Protective Order.

Respectfully submitted,

| | |
|---|---|
| BLOCK LAW FIRM | LOCKE LORD LLP |
| By: */s/ Kendall J. Krielow*<br>　　Kendall John Krielow, #34625<br>　　Jerald P. Block, #3151<br>P. O. Box 108<br>Thibodaux, LA 70302<br>985-446-0418 Telephone<br>985-446-0422 Facsimile<br><br>ATTORNEYS FOR DEBORAH M. PRECHT, LAUREN PRECHT THOMPSON, AND WILLIAM PRECHT, III | By: */s/ David L. Swanson*<br>　　David L. Swanson (admitted *PHV*)<br>　　Texas Bar No. 19554625<br>　　Andrew Buttaro (admitted PHV)<br>　　Texas Bar No. 24092207<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 740-8000<br>Fax: (214) 740-8800<br>dswanson@lockelord.com<br>Andrew.buttaro@lockelord.com<br><br>*and* |
| LAW OFFICES OF SHERYL STORY | COOK YANCEY KING & GALLOWAY<br>A Professional Law Corporation |
| By: */s/ John E. Unsworth, III*<br>　　John E. Unsworth, III, #26738<br>One Galleria Blvd., Suite 1610<br>Metairie, LA 70001-7551<br>504-846-4114 Telephone<br>866-649-3983 Facsimile<br>john.unsworth@cna.com<br><br>ATTORNEY FOR GLOBAL TOWER, LLC, GTP INFRASTRUCTURE I, LLC, AND GTP INVESTMENTS, LLC | By: */s/ Jason B. Nichols*<br>　　Jason B. Nichols #28704<br>　　Sidney E. Cook, Jr. #1311<br>333 Texas St., Suite 1700<br>P.O. Box 22260<br>Shreveport, Louisiana 71120-2260<br>Telephone: (318) 221-6277<br>Fax: (318) 227-7850<br>jason.nichols@cookyancey.com<br>sidney.cook@cookyancey.com<br><br>ATTORNEYS FOR AMERICAN TOWER CORPORATION |

## CERTIFICATE PURSUANT TO LR 5.7.08

Pursuant to LR 5.7.08, the undersigned hereby certifies that Kendall J. Krielow and John E. Unsworth, III have expressly agreed to the form and substance of the document and that the undersigned has actual authority to submit the document electronically using their electronic signature.

>  */s/ Jason B. Nichols*
> OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joint Motion for Protective Order was served on counsel via CM/ECF on October 7, 2016.

> */s/ Jason B. Nichols*
> OF COUNSEL