# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DEBORA M. PRECHT, ET AL.,** | § | **DOCKET NO. 2:14-CV-0743-PM-KK** |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | **JUDGE MINALDI** |
| | § | |
| **GLOBAL TOWER, LLC , ET AL.** | § | |
| | § | |
| Defendants. | § | **MAGISTRATE JUDGE KAY** |

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

I, THE UNDERSIGNED, hereby acknowledge that I have read the Protective Order entered in the above-captioned matter.  Having been advised and given an opportunity to seek my own counsel before doing so, I agree to be bound by the terms of such Protective Order.

Signed this _____ day of _____, 2016.

_____

Printed Name:_____

Title:_____