UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

---

### UNOPPOSED MOTION TO EXTEND DEADLINES

---

**NOW INTO COURT,** through undersigned counsel**,** come plaintiffs, **DEBORA M. PRECHT, LAUREN PRECHT,** and **WILLIAM PRECHT, III** (collectively "Plaintiffs"), who move this Honorable Court to extend by seven (7) days the deadlines for parties to furnish names and written reports of witnesses intended to be called as expert witnesses in the above captioned matter and to extend the deadline to file Daubert Motions, Motions In Limine, and Motions to Compel accordingly.

Counsel for each party has been contacted and no party objects to or opposes the proposed extension.

Therefore, for the reasons further explained in the accompanying memorandum, Plaintiffs, Debora M. Precht, et al, respectfully requests that the Court grant the Motion to Extend Deadlines.

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

/s/ Kendall J. Krielow
JERALD P. BLOCK, #3151

KENDALL J. KRIELOW, #34625

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Kendall J. Krielow
KENDALL J. KRIELOW