UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND DEADLINES**

**MAY IT PLEASE THE COURT:**

Plaintiffs, Debora M. Precht, et al, file this Unopposed Motion to Extend Deadlines, for the reasons mentioned below.

The current deadline for Plaintiffs to furnish Defendants the names and written reports of witnesses intended to be called as expert witnesses by the Plaintiffs at the trial of this matter is January 4, 2017. The current deadline for Defendants to furnish Plaintiffs the names and written reports of witnesses intended to be called as expert witnesses by the Defendants at the trial of this matter is January 19, 2017.

Due to delays during the recent holiday season, additional time is needed for some experts to prepare written reports. Accordingly, all opposing counsel has been contacted and agreed to an extension of these deadlines by seven (7) days.

The current deadline for parties to file Daubert Motions, Motions In Limine, and Motions to Compel is February 3, 2017. Considering there is presently a two-week period between the time the Defendants must furnish expert reports and the deadline to file Daubert Motions, the deadline to file Daubert Motions, Motions In Limine, and Motions to Compel would need to be extended to give

Plaintiffs sufficient time to discover facts and information related to the Defendants' expert(s). Candidly, the one-week period between the Defendants' new expert deadline (January 26, 2017) and the deadline to file Daubert is an insufficient amount of time.  Accordingly, it is requested the Court extend the deadline to file Daubert Motions, Motions In Limine, and Motions to Compel to a date deemed appropriate by the Court.

Therefore, for the reasons stated herein, Plaintiffs, Debora M. Precht, et al, respectfully requests that the Court grant the Motion to Extend Deadlines.

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

/s/ Kendall J. Krielow
JERALD P. BLOCK, #3151
KENDALL J. KRIELOW, #34625

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Kendall J. Krielow
KENDALL J. KRIELOW