UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DEBORA M. PRECHT, ET AL　　　　　CIVIL ACTION NO. 14-CV-0743

VERSUS　　　　　　　　　　　　　　　JUDGE: MINALDI

AMERICAN TOWER
CORPORATION, ET AL　　　　　　　　MAGISTRATE JUDGE: KAY

---

## MOTION WITH CONSENT TO EXTEND DEADLINE

---

**NOW INTO COURT,** through undersigned counsel**,** come plaintiffs, **DEBORA M. PRECHT, LAUREN PRECHT,** and **WILLIAM PRECHT, III** (collectively "Plaintiffs"), who move this Honorable Court to extend by twenty (20) days, or until January 30, 2017, the deadline for plaintiffs' to file their opposition to Global Tower Partners' ("GTP") Motion for Summary Judgment in the above captioned

Counsel for GTP has been contacted and consented to the proposed extension.

Therefore, Plaintiffs, Debora M. Precht, et al, respectfully requests that the Court grant the Motion to Extend Deadline.

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

/s/ Kendall J. Krielow
JERALD P. BLOCK, #3151
KENDALL J. KRIELOW, #34625

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Kendall J. Krielow
KENDALL J. KRIELOW