UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

**MOTION AND ORDER TO ENROLL AS ADDITIONAL COUNSEL**

On motion of the **DEBORA M. PRECHT, ET AL,** plaintiffs in the above-captioned matter, and on suggesting to this Court that they desire that **RICHARD T. HAIK, SR.** and **RICHARD T. HAIK, JR.,** with the law firm, **MORROW, MORROW, RYAN, BASSETT AND HAIK,** be enrolled as additional counsel of record.

                                                        BLOCK LAW FIRM, APLC
                                                        422 East First Street
                                                        Post Office Box 108
                                                        Thibodaux, Louisiana 70302
                                                        (985) 446-0418 Telephone
                                                        (985) 446-0422 Facsimile

                                                        /s/ Kendall J. Krielow
                                                        KENDALL J. KRIELOW, 34625


                                                        AND

MORROW, MORROW, RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas, Louisiana 70571
(337) 948-4483 Telephone
(337) 942-5234 Facsimile

/s/ Richard T. Haik, Sr.
Richard T. Haik, Sr., Bar Roll #6414

/s/ Richard T. Haik, Jr.
Richard T. Haik, Jr., Bar Roll # 29892

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Kendall J. Krielow
KENDALL J. KIRELOW