UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

## **ORDER**

Considering the above and foregoing;

**IT IS ORDERED** that **RICHARD T. HAIK, SR.** and **RICHARD T. HAIK, JR.,** with the law firm, **MORROW, MORROW, RYAN, BASSETT AND HAIK,** are hereby enrolled as additional counsel of record for the plaintiffs, **DEBORA M. PRECHT, ET AL.**

Lake Charles, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE**