UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DEBORA M. PRECHT, ET AL          CIVIL ACTION NO. 14-CV-0743

VERSUS                         JUDGE: MINALDI

AMERICAN TOWER
CORPORATION, ET AL             MAGISTRATE JUDGE: KAY

---

### <u>AFFIDAVIT OF LEMUEL SHATTUCK</u>

---

**STATE OF MISSOURI**

**COUNTY OF JOHNSON**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared

### LEMUEL C. SHATTUCK

who did depose and state that:

1. He is a person of full age of majority and that the information contained herein is true and correct to the best of his knowledge, information and belief and he is competent to give his testimony;

2. He has been retained by plaintiffs to provide expert testimony in this case and that he has had extensive experience in agricultural aircraft flight operations;

3. He has piloted numerous agricultural aircraft as a professional aerial applicator since 1989 through the present, he is also a flight instructor of general aviation pilots as well as agricultural pilots, and his curriculum vitae is attached hereto as Exhibit A;

4. He has reviewed, among other documents, the following reports, Exhibit B, related to tower 371725/Krielow/Jennings:

   i. "NTSB Factual Report Aviation" NTSB ID: CEN13LA163
   ii. "NTSB Electronic Device Factual Report" dated August 19, 2013
   iii. FAA Sectional Chart of relevant area including locations of the subject tower and the Jennings airport (3R7)
   iv. Various photographs of the tower taken after the wire strike

1 of 3



    v. Google Earth imagery of the tower and surroundings, imagery dated October 30, 2014 and October 27, 2012
    vi. American Tower Corporation Asset Number 371725 Site Brochure
    vii. "Post Construction Close Out Report" dated October 15, 2013
    viii. Jefferson Davis Parish Municipal Ordinance Section 5.5-107
    ix. FAA Advisory Circulars 70/7460-1L and 70/7460-1K
    x. Current Tana Manufacturing Company data on spherical marking balls
    xi. Current Cowin Electrical Company data on high visibility guy wire sleeves

5. In the regular course of his flying as an agricultural pilot, he applies agricultural chemicals in close proximity to towers of the same size and configuration, including guy wire size, as the tower subject to this litigation, which is identified by American Tower Corporation and Global Tower Partners as 371725/Krielow/Jennings;

6. He has performed aerial application in close proximity to guyed structures similar to Tower 371725/Krielow/Jennings in various meteorological conditions, including conditions substantially the same as those present at the time of the wire strike on February 15, 2013;

7. Unmarked guy wires similar to those on Tower 371725/Krielow/Jennings are essentially difficult to visualize when piloting in the vicinity of a tower and particularly difficult to visualize while piloting an aircraft at the same or similar speed and altitude as Mr. Precht at the time of the wire strike;

8. Numerous unmarked guy wires on Tower 371725/Krielow/Jennings extended approximately 300 feet into an adjacent crop field east of the tower;

9. It is his professional opinion that Mr. Precht piloted the aircraft as a prudent aerial applicator pilot when he applied chemical near the tower prior to the wire strike;

10. Particularly, Mr. Precht flew a "one-way" pattern of applying chemical with the sun behind him in order to increase his chances of visually perceiving the unmarked guy wires, which is the most effective method for the pilot to mitigate the risk of striking a guy wire and that method is the most prudent and safe manner under the circumstances;

11. Additionally, the tower is located approximately 3.9 nautical miles from the Jennings airport;

12. The configuration of the unmarked guy wires extending into the adjacent crop field and the tower's close proximity to the Jennings airport presented danger to all aircraft and in particular danger to agricultural aircraft;

13. In contrast to unmarked guy wires on towers such as Tower 371725/Krielow/Jennings, guy wires marked with conspicuity enhancing devices, such as high visibility sleeves and/or tana wire markers (spherical balls), as required by Jefferson Davis Parish

PreWil-01-06391

Ordinance 5.5-107 and recommended by the FAA in Advisory Circulars, are much more easily visualized when piloting an aircraft near the guyed tower and certainly when piloting an aircraft at substantially the same speed, altitude, and proximity to the guy wires as Mr. Precht at the time of the wire strike;

14. Equipping Tower 371725/Krielow/Jennings with conspicuity enhancing devices, such as high visibility sleeves and spherical balls, would allow pilots flying near the tower and its guy wires increased time to avoid striking a guy wire because of the increased distance from which a pilot can visually perceive the precise location of the guy wires;

15. High visibility sleeves are available for sale at a cost of $1.50 per sleeve;

16. Thirty-six (36") inch diameter spherical marker balls are available for sale from Tana Manufacturing Company at a cost of $324.95 per ball;

17. Marking guy wires of Tower 371725/Krielow/Jennings in the same manner as other guyed towers, namely meteorological evaluation towers, as recommended by the FAA in Advisory Circular 70/7460-1L, Jefferson Davis Parish Ordinance 5.5-107, and various aviation trade associations requires thirty (30) sleeves and six (6) marker balls for a total material cost of $1,994.70.

18. It is his professional opinion that on February 15, 2013, had the conspicuity of the guy wires of Tower 371725/Krielow/Jennings been enhanced by the installation of high visibility sleeves and Tana wire markers at a total material cost of $1,994.70, Mr. Precht more likely than not would have avoided the wire strike.

19. It is his professional opinion that had the guy wires been properly marked with conspicuity enhancing devices, Mr. Precht would have avoided the striking the wire, and that the failure to mark the guy wires is the cause-in-fact of the wire strike that caused Mr. Precht's death.

_____  01/30/17
LEMUEL C. SHATTUCK            Date

SWORN TO AND SUBSCRIBED before me this 30th day of January 2017.

_____
NOTARY PUBLIC
Notary No. 12545423

MARY BETH SCHROEDER
Notary Public, Notary Seal
State of Missouri
Johnson County
Commission # 12545423
My Commission Expires April 11, 2020

3 of 3

PreWil-01-06392

# EXHIBIT A

**LEMUEL C. SHATTUCK**
609 SE County Road DD
Warrensburg, MO  64093
(660) 492-7733
lemo@pcspray.com

---

**SUMMARY OF QUALIFICATIONS**

Twenty-eight years of experience as a professional aerial applicator. Four years of experience teaching aviation flight and safety subjects in a university setting as an assistant professor.  Strong aviation flight, maintenance and safety skills developed through work experience and academic background. Excellent communication, customer service and analytical abilities.  Over twenty years of responsibility as a maintenance technician. A thorough understanding of aviation management and safety  issues as applied to real world situations. Strong computer skills acquired through experience as an application developer, programmer and business owner.

**EDUCATION**

MS, Aviation Safety, (May, 1989), University of Central Missouri.  Summa Cum Laude
BS, Aviation Technology, (May, 1987), University of Central Missouri. Magna Cum Laude
AS, Aviation Maintenance, (May, 1987), University of Central Missouri

**PROFESSIONAL EXPERIENCE**

**Agricultural Pilot:**  1989-Present.
  *Operate aircraft dispensing fertilizer, seed and economic poisons, primarily Cessna 188 Ag
   Truck and Ag Husky, Eagle DW-1, Thrush S2R, Weatherly 620B, Air Tractor AT-401, AT-
   402, AT-502 and AT-602.
  *Perform calculations to determine chemical requirements.
  *Responsible for maintenance, repair, alteration and documentation of company aircraft.
  *Supervise support personnel, loaders, and maintenance assistants.
  *Interact with customers, make program recommendations, resolve complaints.
  *Monitor compliance with pertinent regulations; FAA, OSHA, EPA and state agencies.

**Business Owner / Application Developer, Icarus Software:** 1999-2012
  *Designed, developed and marketed the industry standard booking, invoicing and reporting
   software application tailored to businesses involved in aerial application.
  *Represented the product at numerous regional and national trade shows.

**Assistant Professor:**  1994-1998.  University of Central Missouri, Warrensburg, MO.
  *Planned and taught courses in aviation safety, safety program management,  FAA private
   pilot requirements and FAA commercial pilot requirements.
  *Served on departmental and college committees.
  *Faculty advisor and coach for UCM NIFA flight team.
  *Participated in course and curriculum development.
  *Undergraduate student advisement.
  *Wrote grants.
  *Flight instruction.

NOV 2 1 2016

**PreWil-01-05904**

**Aircraft Mechanic:** 1983-Present.
    \*University of Central Missouri, Warrensburg, MO., 1983-1992
    \*Maintained aircraft in the university flight program comprising approximately forty aircraft.
    \*Participated in construction and restoration of aircraft acquired by the university.
    \*Overhauled engines, accessories and components.
    \*Trained and supervised student employees.
    \*Suggested and implemented equipment improvements that resulted in efficiency gains.
    \*Various employers and self 1992-Present
    \*Maintenance, repair and alteration of restricted category and other general aviation aircraft.
    \*Restoration of hobby aircraft.

## PROFESSIONAL CERTIFICATION
    \*FAA Commercial Pilot, MEL
    \*FAA Certified Flight Instructor with Instrument and Glider ratings.
    \*FAA Advanced Ground Instructor Certificate
    \*FAA Airframe & Powerplant Certificate – Minor alterations and repairs to aircraft.
    \*Current Second Class Medical
    \*Restricted use pesticide certification and applicator certification, Nebraska, Kansas, Iowa.

## PROFESSIONAL AUTHORIZATION
    \*FAA Inspection Authorization – Authorizes major alterations and repairs to aircraft.

## ARTICLE PUBLISHED
Shattuck, L. (December 2007/January2008). Prairie Queen – Fleet Model 8. Air & Space Smithsonian, pp. 58-59. http://www.airspacemag.com/history-of-flight/restoration-fleet-model-8-23716897/

## PROFESSIONAL ACKNOWLEDGEMENT
Wood, R. (1997). Aviation Safety Programs, A Management Handbook (2nd ed.). Englewood, Colorado: Jeppesen Sanderson.

## ASSOCIATIONS
National Agricultural Aviation Association
Nebraska Aviation Trades Association
Aircraft Owners and Pilots Association

### Flight Times As Of 10/24/16

10,600 Total Time, 8500 Agricultural Time

**PreWil-01-05905**

# EXHIBIT B

This space for binding

| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN13LA163 | Aircraft Registration Number: N4305D |
|---|---|---|
| | Occurrence Date: 02/15/2013 | Most Critical Injury: Fatal |
| | Occurrence Type: Accident | Investigated By: NTSB |

## Location/Time

| Nearest City/Place | State | Zip Code | Local Time | Time Zone | |
|---|---|---|---|---|---|
| Jennings | LA | 70546 | 1710 | CST | |

| Airport Proximity: | Distance From Landing Facility: |
|---|---|

## Aircraft Information Summary

| Aircraft Manufacturer | Model/Series | Type of Aircraft |
|---|---|---|
| PZL MIELEC | M-18A | Airplane |

| Revenue Sightseeing Flight: No | Air Medical Transport Flight: No |
|---|---|

## Narrative

Brief narrative statement of facts, conditions and circumstances pertinent to the accident/incident:

*** Note: NTSB investigators may not have traveled in support of this investigation and used data provided by various sources to prepare this aircraft accident report. ***

HISTORY OF FLIGHT

On February 15, 2013, about 1710 central standard time, N4305D, a PZL Mielec M-18A, single-engine airplane, was substantially damaged when it impacted the guy wire for a radio tower southeast of Jennings, Louisiana. The pilot was fatally injured. The airplane was registered to and operated by Riceland Aviation, Inc. Day visual meteorological conditions prevailed at the time of the accident. The aerial application flight was being conducted under the provisions of 14 Code of Federal Regulations Part 137 without a flight plan. The local flight had departed about 1650 from the Jennings Airport (3R7), Jennings, Louisiana.

According to Riceland Aviation, the pilot was applying the herbicide Round Up to a rice field southeast of 3R7. The wreckage of the airplane was found near a radio tower in a field where the airplane had been conducting aerial applications. An examination of a radio tower to the southwest of the main wreckage revealed damage to the number 7 and 8 guy wires on the east side of the tower.

Satloc data recovered from the accident airplane depicted the airplane having made multiple passes, consistent with spray passes, in the vicinity of the radio tower. The last two minutes of the recording depict eda spray path from north to south, followed by a right turn to the west and then a course reversal to the east. The flight path depicted the airplane just to the south of the radio tower, with a flight path from the southwest to the northeast; the recorded decrease in altitude is consistent with an approach for the next spray pass to the north. The altitude increased at the end of the field and the airplane reversed course again. The flight path reversed to the south and then a right turn, back around to the north for a second pass along the same course as the previous pass. The airplane had just initiated a descent for the southwest to northeast pass when the recording ended.

PERSONNEL INFORMATION

The pilot, age 52, held a commercial pilot certificate with airplane single and multiengine land ratings. He was issued a second class airman medical certificate on February 28, 2012. The certificate contained the limitation "must have available glasses for near vision."

According to the National Transportation Safety Board Pilot Operator Aircraft Accident Incident Report Form submitted by the operator, the pilot had logged 19,325 hours of flight experience; 10,627 hours were in the make and model of the accident airplane. The pilot had successfully completed the requirements of a flight review on September 19, 2011.

FACTUAL REPORT - AVIATION

Page 1



**EXHIBIT**

tabbies

i

PreWil-01-03207

This space for binding

| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN13LA163 |
|---|---|
| | Occurrence Date: 02/15/2013 |
| | Occurrence Type: Accident |

**Narrative** (Continued)

According to Riceland Aviation, the pilot had not attended formal training for agricultural operations and had obtained all of his knowledge and experience through on-the-job training. The pilot had attended the Professional Aerial Applicators' Support System (PAASS) training provided by the National Agricultural Aviation Association in 2013. The pilot also held a chemical applicators license as required by the State of Louisiana.

AIRCRAFT INFORMATION

The accident airplane, a PZL Mielec M18-A (serial number 1Z022-19), was manufactured in 1991. It was registered with the Federal Aviation Administration (FAA) on a special airworthiness certificate for restricted agriculture and pest control operations. A Pratt & Whitney PT6A-65B turbo-prop engine powered the airplane. The engine was equipped with a 4-blade, Hartzell propeller.

The airplane was registered to and operated by the Riceland Aviation Inc., and was maintained under an annual inspection program. A review of the maintenance records indicated that a 100-hour inspection had been completed on October 11, 2012, at an airframe total time of 6,999 hours.

METEOROLOGICAL INFORMATION

The closest official weather observation station was Jennings Airport (3R7), Jennings, Louisiana, located 3.5 nautical miles (nm) northwest of the accident site. The elevation of the weather observation station was 23 feet mean sea level (msl). The routine aviation weather report (METAR) for 3R7, issued at 1715, reported, wind 360 degrees at 7 knots, visibility 10 miles, sky condition, scattered clouds at 7,000 feet, temperature 17 degrees Celsius (C), dew point temperature 5 degrees C, altimeter 30.11 inches.

According to the United States Naval Observatory, Astronomical Applications Department Sun and Moon Data, the sunset was recorded at 1759 CST and the end of civil twilight was 1823 CST.

FLIGHT RECORDERS

The accident airplane was equipped with Hemisphere AgJunction Satloc G4 control system designed to control the application of chemicals during aerial application flights. The Satloc G4 operates a cockpit mounted lightbar guidance system and a real-time graphic moving map display providing visual guidance to the pilot. Flow rates can be pilot selected or based on mapping. The unit was sent to the National Transportation Safety Board (NTSB) Vehicle Recorders Lab in Washington, D.C. for download. The log files downloaded from the unit were dated between January 8, 2013, and February 15, 2013. The last recording, which included the accident flight, lasted over two hours and was not corrected for the local time zone.

WRECKAGE AND IMPACT INFORMATION

The airplane wreckage was located in a dry rice field just northeast of the radio tower. The accident site was at an elevation of 15 feet mean sea level.

A small piece of the left wing was wrapped around one guy wire. Torn and bent metal from the left wing and the outboard section of the left wing were located directly below the east tripod of guy wires. Damage to the inboard section of the left wing, at the separation point, was consistent with a wire strike.

The main wreckage came to rest just north of the east tripod of guy wires. The main wreckage included the inboard portion of the left wing, the right wing, the empennage, and the engine. The spray booms, the propeller assembly, and bent and torn metal were located in the short debris field and ground scar directly adjacent to the main wreckage.

An examination of the airframe, engine, and related systems, conducted by the responding FAA inspector, revealed no anomalies.

| FACTUAL REPORT - AVIATION | Page 1a |
|---|---|

PreWil-01-03208

This space for binding

| | NTSB ID: CEN13LA163 |
|---|---|
| National Transportation Safety Board **FACTUAL REPORT AVIATION** | Occurrence Date: 02/15/2013 |
| | Occurrence Type: Accident |

Narrative    (Continued)

MEDICAL AND PATHOLOGICAL INFORMATION

The Calcasieu Parish Coroner's Office and Forensic Facility performed the autopsy on the pilot on February 16, 2013, as requested by the Jefferson Davis Parish Coroner's Office. The autopsy concluded that the cause of death was due to the "multiple injuries sustained in an airplane crash" and the report listed the specific injuries.

The FAA's Civil Aerospace Medical Institute, Oklahoma City, Oklahoma, performed toxicological tests on specimens that were collected during the autopsy (CAMI Reference #201300071001). Results were negative for carbon monoxide and ethanol. Tests of the urine detected 40.8 ug/ml of Salicylate; a metabolite of aspirin.

ADDITIONAL INFORMATION

The radio tower, which was owned by Global Tower Partners, was located in the northwest corner of the target field. The radio tower was guyed by 8 wires in a tri-pod configuration. The tower stood approximately 480 feet in height and was painted red and white. The radio tower was depicted on the Houston Visual Flight Rules Sectional Chart as a cluster of two towers to the southeast of Jennings, Louisiana. The broadcast tower was marked in accordance with guidance outlined in FAA Advisory Circular 70/7460-1K and the requirements found in the Federal Communications Commission Regulation 47 CFR §§ 17.21-17.50.

According to officials at Riceland Aviation Inc., the pilot was familiar with the field and had flown that field at least 15 times in the previous spray season. There were no ground crews present during the aerial application flight. They stated that it appeared that the pilot had finished spraying the field and was "dressing up around the tower."
Updated on Mar 24 2014  8:45AM

FACTUAL REPORT - AVIATION                                                    Page 1b

PreWil-01-03209

This space for binding

| National Transportation Safety Board FACTUAL REPORT AVIATION | NTSB ID: CEN13LA163 |
|---|---|
| | Occurrence Date: 02/15/2013 |
| | Occurrence Type: Accident |

## Landing Facility/Approach Information

| Airport Name | | Airport ID: | Airport Elevation | Runway Used | Runway Length | Runway Width |
|---|---|---|---|---|---|---|
| N/A | | | Ft. MSL | N/A | | |

Runway Surface Type: Not Applicable

Runway Surface Condition:

Approach/Arrival Flown:     NONE

VFR Approach/Landing: None

## Aircraft Information

| Aircraft Manufacturer | Model/Series | Serial Number |
|---|---|---|
| PZL MIELEC | M-18A | 1Z022-19 |

Airworthiness Certificate(s): Restricted (Special)

Landing Gear Type: Tailwheel

| Amateur Built Acft? No | Number of Seats: 1 | Certified Max Gross Wt.        11000 LBS | Number of Engines: 1 |
|---|---|---|---|

| Engine Type: Turbo Prop | Engine Manufacturer: Pratt & Whitney Canada | Model/Series: PT6A-65B | Rated Power: |
|---|---|---|---|

### - Aircraft Inspection Information

| Type of Last Inspection | Date of Last Inspection | Time Since Last Inspection | Airframe Total Time |
|---|---|---|---|
| 100 Hour | 10/2012 | Hours | 6999 Hours |

### - Emergency Locator Transmitter (ELT) Information

| ELT Installed?/Type No | ELT Operated? | ELT Aided in Locating Accident Site? |
|---|---|---|

## Owner/Operator Information

| Registered Aircraft Owner | Street Address | | | |
|---|---|---|---|---|
| RICELAND AVIATION INC | City            JENNINGS | | State LA | Zip Code 70546-0877 |

| Operator of Aircraft | Street Address | | | |
|---|---|---|---|---|
| RICELAND AVIATION INC | City            JENNINGS | | State LA | Zip Code 70546-0877 |

| Operator Does Business As: | Operator Designator Code: |
|---|---|

### - Type of U.S. Certificate(s) Held:

Air Carrier Operating Certificate(s): Agricultural Aircraft (137)

| Operating Certificate: | Operator Certificate: |
|---|---|

Regulation Flight Conducted Under: Part 137: Agricultural

Type of Flight Operation Conducted: Aerial Application

| FACTUAL REPORT - AVIATION | Page 2 |
|---|---|

PreWil-01-03210

This space for binding

| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN13LA163 |
|---|---|
| | Occurrence Date: 02/15/2013 |
| | Occurrence Type: Accident |

## First Pilot Information

| Name | | City | | State | Date of Birth | Age |
|---|---|---|---|---|---|---|
| On File | | On File | | On File | On File | 52 |

| Sex: | Seat Occupied: Single | Occupational Pilot? Yes | | Certificate Number: On File |
|---|---|---|---|---|

| Certificate(s): | Commercial |
|---|---|

| Airplane Rating(s): | Multi-engine Land; Single-engine Land |
|---|---|
| Rotorcraft/Glider/LTA: | None |
| Instrument Rating(s): | None |
| Instructor Rating(s): | None |

Current Biennial Flight Review? 09/2011

| Medical Cert.: Class 2 | Medical Cert. Status: With Waivers/Limitations | Date of Last Medical Exam: 02/2012 |
|---|---|---|

| - Flight Time Matrix | All A/C | This Make and Model | Airplane Single Engine | Airplane Multi-Engine | Night | Instrument Actual | Instrument Simulated | Rotorcraft | Glider | Lighter Than Air |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Time | 19325 | 10627 | 19325 | | | | | | | |
| Pilot In Command(PIC) | 19139 | 10627 | 19139 | | | | | | | |
| Instructor | | | | | | | | | | |
| Instruction Received | | | | | | | | | | |
| Last 90 Days | 110 | 110 | | | | | | | | |
| Last 30 Days | 30 | 30 | | | | | | | | |
| Last 24 Hours | 5 | 5 | | | | | | | | |

| Seatbelt Used? | Shoulder Harness Used? | Toxicology Performed? Yes | Second Pilot? No |
|---|---|---|---|

## Flight Plan/Itinerary

Type of Flight Plan Filed: None

| Departure Point | | State | Airport Identifier | Departure Time | Time Zone |
|---|---|---|---|---|---|
| Same as Accident/Incident Location | | | | 1650 | CST |

| Destination | | State | Airport Identifier |
|---|---|---|---|
| Local Flight | | LA | |

Type of Clearance: None

Type of Airspace: Class G

## Weather Information

Pilot's Source of Wx Information:

Automated Report

FACTUAL REPORT - AVIATION

Page 3

PreWil-01-03211

This space for binding

| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN13LA163 |
|---|---|
| | Occurrence Date: 02/15/2013 |
| | Occurrence Type: Accident |

## Weather Information

| WOF ID | Observation Time | Time Zone | WOF Elevation | WOF Distance From Accident Site | Direction From Accident Site |
|---|---|---|---|---|---|
| K3R7 | 1715 | CST | 23 Ft. MSL | 4 NM | 130 Deg. Mag. |

| Sky/Lowest Cloud Condition: Scattered | 7000 Ft. AGL | Condition of Light: Day |
|---|---|---|

| Lowest Ceiling: None | | Ft. AGL | Visibility: | 10 | SM | Altimeter: | 30.11 | "Hg |
|---|---|---|---|---|---|---|---|---|

| Temperature: | 17 °C | Dew Point: | 5 °C | Weather Conditions at Accident Site: Visual Conditions |
|---|---|---|---|---|

| Wind Direction: 360 | Wind Speed: 7 | Wind Gusts: |
|---|---|---|

| Visibility (RVR): | Ft. | Visibility (RVV) | SM | |
|---|---|---|---|---|

Precip and/or Obscuration:
No Obscuration; No Precipitation

## Accident Information

| Aircraft Damage: Substantial | Aircraft Fire: None | Aircraft Explosion None |
|---|---|---|

| - Injury Summary Matrix | Fatal | Serious | Minor | None | TOTAL |
|---|---|---|---|---|---|
| First Pilot | 1 | | | | 1 |
| Second Pilot | | | | | |
| Student Pilot | | | | | |
| Flight Instructor | | | | | |
| Check Pilot | | | | | |
| Flight Engineer | | | | | |
| Cabin Attendants | | | | | |
| Other Crew | | | | | |
| Passengers | | | | | |
| - TOTAL ABOARD - | 1 | | | | 1 |
| Other Ground | 0 | 0 | 0 | | 0 |
| - GRAND TOTAL - | 1 | 0 | 0 | | 1 |

FACTUAL REPORT - AVIATION

Page 4

PreWil-01-03212

This space for binding

| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN13LA163 | |
|---|---|---|
| | Occurrence Date: 02/15/2013 | |
| | Occurrence Type: Accident | |

**Administrative Information**

Investigator-In-Charge (IIC)

Stuart E. Bothwell

Additional Persons Participating in This Accident/Incident Investigation:

Keith   Kibodeaux
Federal Aviation Administration
Baton Rouge, LA

FACTUAL REPORT - AVIATION                                         Page 5

PreWil-01-03213

NATIONAL TRANSPORTATION SAFETY BOARD
Vehicle Recorder Division
Washington, D.C. 20594

August 19, 2013

# Electronic Device Factual Report

### Specialist's Factual Report
### by Bill Tuccio

## A.   EVENT

| | |
|---|---|
| Location: | Jennings, Lousiana |
| Date: | February 15, 2013 |
| Aircraft: | WSK PZL Mielec M-18A |
| Registration: | N4305D |
| Operator: | Riceland Aviation, Inc. |
| NTSB Number: | CEN13LA163 |

## B.   GROUP - No Group

## C.   SUMMARY

On February 15, 2013, about 1710 central standard time (CST), N4305D, a WSK PZL Mielec M-18A, single engine airplane, was destroyed after impacting terrain near Jennings, Louisiana. The pilot was fatally injured. The airplane was registered to and operated by Riceland Aviation, Inc. Day visual meteorological conditions (VMC) prevailed at the time of the accident and a flight plan had not been filed for the 14 *Code of Federal Regulations* Part 137 agricultural application flight. The local area flight had departed at 1650 from Jennings Airport (3R7), Jennings, Louisiana.

## D.   DETAILS OF INVESTIGATION

The NTSB Vehicle Recorder Laboratory received the following device(s):

| | |
|---|---|
| GPS Manufacturer/Model: | Hemisphere AgJunction Satloc G4 |
| Serial Number: | 806-1040-W |

**Hemisphere AgJunction Satloc G4 Device Description**

The Satloc G4 is part of an on-board control system designed to programmatically control agricultural, aerial spray operations based on vendor and user specified prescription maps. The Satloc G4 can drive a cockpit mounted lightbar guidance system and a real-time graphic moving map display providing visual guidance to the pilot. Flow rates can be pilot selected or based on mapping created using a



EXHIBIT
ii

PreWil-01-03458

proprietary software package called MapStar that runs on a desktop computer. The Satloc G4 is capable of realtime wireless transmission of position and agricultural information to a cloud based data collection service in addition to recording similar information to an internal, eSata solid state disk drive. The Satloc G4 is supported by the Satloc division of AgJunction, previously named Hemisphere GPS.

**Satloc G4 Data Recovery**

Upon arrival at the Vehicle Recorder Laboratory, an exterior examination revealed the device had not sustained any damage, as shown in figure 1. The unit was opened and the internal eSata drive removed, as shown in figure 2. The eSata drive was formatted as a Microsoft Windows file system, and binary log files were copied from the eSata drive. The log file on February 15, 2013 containing the accident flight was decoded using AgJunction's MapStar software.

Figure 1. Photo of Satloc G4.



ATC 000023

PreWil-01-03459

**Figure 2. eSata solid state drive removed from Satloc G4.**



**Satloc G4 Description**

The log files downloaded from the Satloc G4 dated back to at least January 8, 2013 and extended through February 15, 2013. Three recording sessions occurred on February 15, 2013, the last of which recorded the accident flight.  Only the last recording on February 15, 2013 was analyzed for this report.  The MapStar program provided an overview of the recorded flight path and spraying operations and also allowed for export of the recorded data in engineering units. The sampling rate of the recording was approximately once every 2 seconds.

The MapStar export provided a time for each sampling interval precise to the hundredth of a second.  However, the accuracy and timezone of the MapStar export was not verified for this report.  As such, all times are reported as "Satloc recorded time."

The time period of the last recording was from 1551:20.39 to 1756:38.29 Satloc recorded time. According to the manufacturer, if power is interrupted to the unit, up to 6 seconds of data may not be recorded due to latency in the recording mechanism.

**Satloc G4 Parameters Provided**

Table 1 describes data parameters provided by the Satloc G4 device validated for this report.

ATC 000024

PreWil-01-03460

**Table 1: Satloc G4 Data Parameters**

| Parameter Name | Parameter Description |
|---|---|
| Time | MapStar reported time for recorded data point (HH:MM:SS.tt) |
| Lat | Recorded Latitude (degrees) |
| Lon | Recorded Longitude (degrees) |
| Alt | Recorded Altitude (feet) |
| Speed | Recorded groundspeed (mph) |
| Hdg | Recorded true course (degrees) |
| X-Track | Distance to desired target spray swath line (feet) |
| Spray | Discrete value indicating spray on or off (0=off, non-zero=on) |

## OVERLAYS AND TABULAR DATA

Figure 3 shows a MapStar output from the file containing the accident flight. The output covers the period from 1551:20.39 to 1756:38.29 Satloc recorded time on February 15, 2013. The red areas in Figure 3 are those areas where the Spray discrete recorded value was non-zero. Figure 4 shows the same time period as figure 3, overlayed using Google Earth, with select points annotated. The last recorded point at 1756:38.29 Satloc recorded time is shown in the eastern portion of the recorded track.

Figure 5 shows the many passes in the vicinity of the radio tower the aircraft eventually struck, as reported by the investigator-in-charge. Only one recorded pass crossed the field nearest the tower on a west-to-east track prior to the end of the recording.

Figure 6 shows expanded detail of the end of the flight. The west-to-east pass prior to the accident pass is shown commencing at about 1754:34 Satloc recorded time, followed by a course reversal at 1755:23 Satloc recorded time. The recorded data ended at 1756:38, on a west-to-east track towards the tower, ending prior to the tower.

Figure 7 shows a plot of recorded parameters around the end of the recording. The aircraft had just descended to about 200 feet prior to the end of the recording and was at a speed of about 120 mph.

Tabular data used to generate figures 3 through 7 are included as Attachment 1. This attachment is provided in electronic comma-delimited (.CSV) format.

ATC 000025

PreWil-01-03461



Figure 3. MapStar output of track and spray pattern.



CEN13LA163
Electronic Device Factual Report, Page 5 of 9

ATC 000026

PreWil-01-03462



Figure 4. Google Earth overlay of ground track for entire recording.

Electronic Device Factual Report, Page 6 of 9

CEN13LA163

ATC 000027

PreWil-01-03463



Figure 5. Google Earth overlay of ground track near radio tower of collision.

ATC 000028

PreWil-01-03464



Figure 6. Google Earth overlay of end of recording.

CEN13LA163
Electronic Device Factual Report, Page 8 of 9

ATC 000029

PreWil-01-03465



**Figure 7. Plot of parameters near the end of the recording.**

Riceland Aviation, Inc., WSK PLZ M-18A, Recorded by SatLoc G4, N4305D

ATC 000030

PreWil-01-03466



EXHIBIT

PreWil-01-03456

tabbies®

EXHIBIT

iv













EXHIBIT

V

PreWil-01-03457

1/15/14 Site Brochure

 

## 📍 Asset Number: 371725    Asset Name: Krelow/Jennings

**Lat / Long:** 30.1883333333, -92.6319444444 | **Address:** 1558 Hwy 1126, Jennings, Louisiana, 70546-0000

## Geographic Region

**County** JEFFERSON DAVIS
**MTA** Houston
**BTA** Lake Charles, LA
**MSA/RSA** Louisiana 5 - Beauregard

Contact
877-ATC-SITE
877-282-7483
Site Documents

## Find This Asset

**Driving Directions**
N/A

## Specifications

**Asset Class** Wireless
**Structure Type** Guyed
**Ground Elevation** 19 ft. (AMSL)
**Structure Height** 472 ft. (AGL)
**Clearance** 27.0 ft.
**FAA Number** 2011-ASW-1564-OE
**FCC Number** 1019462

## Utility Providers

**Telco** N/A
**Power** N/A



EXHIBIT
Vi

PreWil-01-02737



Post Construction Inspection Report
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 1 of 9

## POST CONSTRUCTION CLOSE OUT REPORT

### SITE NAME: JENNINGS/KRELOW
### GTP SITE NUMBER:  LA-5136



**Performed By:**

F. Geoffrey Bost, PE

**Prepared for:**



110 Fortune Way, Raleigh, NC  27617  o) 919.280.4191
www.engineeredtowersolutions.com



EXHIBIT
Vii

PreWil-01-02130



**ENGINEERED TOWER SOLUTIONS, PLLC.**

**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 2 of 9

## 1.0   ASSIGNMENT

**Subject** – Post Construction report of a guyed tower.

**Location** – 1558 Hwy 1126, Jennings, LA 70546

**Structure** – 480-ft Guyed Tower

**Purpose** –  The objective was replace damaged guy wires and associated hardware that was damaged by airplane.  The tower also required re-plumb and tension.

## 2.0   SCOPE OF SERVICES

1) Install new guy attachments
2) Install new guy wires
3) Clear all anchor paths of vegetation
4) Re-plumb tower
5) Re-tension guy wires
6) Prepare a report of observations and recommendations

## 3.0   PARTICIPATING PERSONNEL

Carrier Representatives:   Mr. Steven Sirignano
Global Tower Partners
750 Park of Commerce Blvd
Suite 300
Boca Raton, Florida 33487
(o) 561-886-3952

Consulting Engineers:   Mr. F. Geoffrey Bost, PE
Engineered Tower Solutions, PLLC (ETS)
2624 Leighton Ridge Drive, Suite 100
Wake Forest, NC 27587
(919) 280-4191

**PreWil-01-02131**



**ENGINEERED TOWER SOLUTIONS, PLLC.**

**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 3 of 9

### 4.0   BACKGROUND INFORMATION

Global Tower Partners (GTP) requested that ETS complete construction upgrades of a Global Tower Guyed Tower.  The construction was install modifications of per following documents

- Drawings by John Bozzetto at GTP, see attached Appendix A
- ETS Drawing titled "Krelow/Jenning Modification drawings dated 9/25/13.

### 5.0   INVESTIGATION

**Construction –** Construction was performed by Goff Communications under the supervision of F. Geoffrey Bost, PE from ETS.  The work began on September 23 and following tasks were performed:

- Replace guy wires on 5, 6 and 7
- Install new bolt guy lug on guy 6 and 7
- Clear vegetation in contact with guy wires
- Re-plumb tower
- Re-tension Guy wires

All work was completed on October 10th, 2013.

### 6.0   RESULTS

***All work was completed per provided documentation (guy wire markers locations changed per client)***

---

110 Fortune Way, Raleigh, NC  27617  o) 919.280.4191
www.engineeredtowersolutions.com

**PreWil-01-02132**



**ENGINEERED TOWER SOLUTIONS, PLLC.**

**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 4 of 9

## Tower Twist and Plumb Measurements

| Reference Elevation (above conc.) | Twist with Respect To Base (°) | Allowable Twist with Respect To Base (°) | Relative Twist Between Reference Elevations (°) | Allowable Twist Between Reference Elevations (°) |
|---|---|---|---|---|
| 470-ft | 1.18 | +5.00 | | |
| | | | -0.59 | +2.25 |
| 425-ft | 1.77 | +5.00 | | |
| | | | 0.39 | +2.25 |
| 380-ft | 1.38 | +5.00 | | |
| | | | 1.38 | +3.00 |
| 320-ft | 0.00 | +5.00 | | |
| | | | 0.00 | +4.00 |
| 240-ft | 0.00 | +5.00 | | |
| | | | 0.00 | +4.50 |
| 150-ft | 0.00 | +5.00 | | |
| | | | 0.00 | +3.75 |
| 75-ft | -0.20 | +3.75 | | |
| | | | -0.20 | +3.75 |
| 0-ft | 0.00 | +0.00 | | |

Tower twist measurements

| Reference Elevation (above conc.) | Resultant Deflection (in) | Allowable Resultant Deflection (in) per TIA | Resultant Deflection Between Reference Elevations (in) | Allowable Deflection Between Reference Elevations (in) Per TIA |
|---|---|---|---|---|
| 470-ft | 2.65 | ±14.10 | | |
| | | | 0.50 | ±1.35 |
| 425-ft | 2.29 | ±12.75 | | |
| | | | 1.17 | ±1.35 |
| 380-ft | 1.17 | ±10.40 | | |
| | | | 1.54 | ±1.80 |
| 320-ft | 1.01 | ±9.60 | | |
| | | | 0.50 | ±2.40 |
| 240-ft | 1.52 | ±7.20 | | |
| | | | 0.88 | ±2.70 |
| 150-ft | 0.88 | ±4.50 | | |
| | | | 0.91 | ±2.25 |
| 75-ft | 0.60 | ±2.25 | | |
| | | | 0.60 | ±2.25 |
| 0-ft | 0.00 | +0.00 | | |

Lateral deflection measurements

**PreWil-01-02133**



**ENGINEERED TOWER SOLUTIONS, PLLC.**

**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 5 of 9

**TOWER TENSION – Recorded at 90.0 F**

| Guy Path | Guy # | Guy Size Diameter (in inches) | Measured Tension converted to 60°F (lbs) | -10% of Breaking Strength 60°F (lbs) | +10% of Breaking Strength 60°F (lbs) | Results |
|---|---|---|---|---|---|---|
| A | 1 | 7/16" | 2260 | 1870 | 2290 | OK |
| | 2 | 7/16" | 2190 | 1870 | 2290 | OK |
| | 3 Center | 7/16" | 2150 | 1870 | 2290 | OK |
| | 3 Left | 7/16" | 2300 | 1870 | 2290 | OK |
| | 3 Right | 7/16" | 2150 | 1870 | 2290 | OK |
| | 4 | 7/16" | 2280 | 1870 | 2290 | OK |
| | 5 | 1/2" | 2830 | 2420 | 2960 | OK |
| | 6 | 9/16" | 3790 | 3150 | 3850 | OK |
| | 7 | 9/16" | 3560 | 3150 | 3850 | OK |
| | | | | | | |
| B | 1 | 7/16" | 2260 | 1870 | 2290 | OK |
| | 2 | 7/16" | 2190 | 1870 | 2290 | OK |
| | 3 Center | 7/16" | 2150 | 1870 | 2290 | OK |
| | 3 Left | 7/16" | 2150 | 1870 | 2290 | OK |
| | 3 Right | 7/16". | 2250 | 1870 | 2290 | OK |
| | 4 | 7/16" | 2280 | 1870 | 2290 | OK |
| | 5 | 1/2" | 2680 | 2420 | 2960 | OK |
| | 6 | 9/16" | 3440 | 3150 | 3850 | OK |
| | 7 | 9/16" | 3230 | 3150 | 3850 | OK |
| | | | | | | |
| C | 1 | 7/16" | 2260 | 1870 | 2290 | OK |
| | 2 | 7/16" | 2140 | 1870 | 2290 | OK |
| | 3 Center | 7/16" | 2100 | 1870 | 2290 | OK |
| | 3 Left | 7/16" | 2150 | 1870 | 2290 | OK |
| | 3 Right | 7/16" | 2250 | 1870 | 2290 | OK |
| | 4 | 7/16" | 2230 | 1870 | 2290 | OK |
| | 5 | 1/2" | 2830 | 2420 | 2960 | OK |
| | 6 | 9/16" | 3240 | 3150 | 3850 | OK |
| | 7 | 9/16" | 3180 | 3150 | 3850 | OK |

**PreWil-01-02134**



**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 6 of 9

## EXECUTIVE SUMMARY

| Photograph | Observations and Recommendations |
|---|---|
|  | **Item 1**<br><br>Observation:<br>Guy wires were changed out at guy levels 5, 6, and 7. A new ½-in wire was installed at guy level 4 and a new 9/16-in guy wire was installed at guy level 6 and 7. Additionally, aviation markers were installed on the upper guy wire per GTP guidance.<br><br>Recommendation:<br>No action required. |

**PreWil-01-02135**



**ENGINEERED TOWER SOLUTIONS, PLLC.**

**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 7 of 9

## EXECUTIVE SUMMARY

| Photograph | Observations and Recommendations |
|---|---|
| | **Item 2**<br><br>Observation:<br>New guys lugs were installed to accommodate larger size guy wires at guy level 6 and 7.<br><br>Recommendation:<br>No action required. |

PreWil-01-02136



**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 8 of 9

**EXECUTIVE SUMMARY**

| Photograph | Observations and Recommendations |
|---|---|
| | **Item 3**<br><br>Observation:<br>Vegetation was removed from guy paths.<br><br>Recommendation:<br>No action required. |

PreWil-01-02137



**Post Construction Inspection Report**
Krelow/Jennings
ETS #130376
GTP Site Number: LA-5136
October 15th, 2013
Page 9 of 9

## EXECUTIVE SUMMARY

| Photograph | Observations and Recommendations |
|---|---|
|  | **Item 4**<br><br>Observation:<br>Guy tensions were adjusted and tower was brought back to plumb.  ETS inspected tower members upon completion and did not observed any damaged welds or additional bent members from previous inspection.<br><br>Recommendation:<br>No action required. |

**PreWil-01-02138**



TSTower - v 5.4.0 Tower Analysis Program
(c) 1997-2013 TowerSoft www.TSTower.com

Licensed to: Global Tower Partners
Boca Raton

File: Z:\Shared\Modifications\Misc Project info\LA\LA-5136\LA-5136_070913_correctAZandRADIUS.out
Contract:                                              Revision: 1
Project: Structural analysis                           Site: LA-5136
Date and Time: 7/9/2013 6:44:25 PM                     Engineer: John Bozzetto

## DESIGN SPECIFICATION

Design Standard: ANSI/TIA-222-G-2005 Add 2
Basic Wind Speed (No Ice) = 110.0 (mph)
Basic Wind Speed (With Ice) = 30 0 (mph)
Design Ice Thickness = 0.50 (in)
Structure Class = II
Exposure Category = C
Topographic Category = 1

| Elev. (ft) | Guy Size | Init. Tension (Kips) |
|------------|----------|----------------------|
| 75.00 | 3-EH 7/16 | 2.08 |
| 150.00 | 3-EH 7/16 | 2.08 |
| 239.00 | 3-EH 7/16 | 2.08 |
| 245.00 | 6-EH 7/16 | 2.08 |
| 319.00 | 3-EH 7/16 | 2.08 |
| 379.00 | 3-EH 7/16 | 2.08 |
| 425.00 | 3-EH 1/2 | 2.69 |
| 470.00 | 3-EH 1/2 | 2.69 |

*Handwritten annotations:*

NEW 9/16" GUY WIRE

NEW 1/2" GUY WIRE AT 379' ELEV.

NEW BOLT-ON GUY PULL-OFFS w/ HORIZ MEMBER - ABANDON PULL-OFFS @ 470' & 425' AND ATTACH NEW 9/16" GUY WIRES @ NEW PULL-OFFS @ 465' & 420'

NEED TO ADD AVIATION BALLS - 36"Ø @ 200' MAX ALONG GUY WIRES TYP.

→ ABANDON AND USE NEW GUY PULL-OFFS @ 465'

→ ABANDON AND USE NEW GUY PULL-OFFS @ 420'

Elevation labels: 480.00 (ft), 470.00 (ft), 425.00 (ft), 379.00 (ft), 319.00 (ft), 245.00 (ft), 238.00 (ft), 150.00 (ft), 75.00 (ft)

Appendix 1

PreWil-01-02139



PreWil-01-02140



PreWil-01-02141



PreWil-01-02142



## GENERAL NOTES:

1. ALL REFERENCES TO THE OWNER IN THESE DOCUMENTS SHALL BE CONSIDERED GLOBAL TOWER PARTNERS OR ITS DESIGNATED REPRESENTATIVE.

2. ALL WORK PRESENTED ON THESE DRAWINGS MUST BE COMPLETED BY THE CONTRACTOR UNLESS NOTED OTHERWISE. THE CONTRACTOR MUST HAVE CROSSTRADE EXPERIENCE IN PERFORMANCE OF WORK SIMILAR TO THE ONE PRESENTED HEREIN. THE CONTRACTOR MUST HAVE SUFFICIENT EXPERIENCE AND ABILITY THAT HE IS KNOWLEDGEABLE OF THE WORK TO BE DONE. HE DOES HAVE SUFFICIENT EXPERIENCE AND ABILITY THAT HE IS KNOWLEDGEABLE OF THE WORK TO BE DONE.

3. WORK SHALL BE COMPLETED IN ACCORDANCE WITH THE INTERNATIONAL BUILDING CODE, 2009 EDITION, STATE OF LOUISIANA.

4. UNLESS SHOWN OR NOTED OTHERWISE ON THE CONTRACT DRAWINGS, OR IN THE SPECIFICATIONS, THE FOLLOWING DETAILS SHALL APPLY TO THE MATERIALS LISTED HEREIN, AND TO THE PROCEDURES TO BE USED ON THIS PROJECT.

5. ALL HARDWARE, ASSEMBLY MANUFACTURER'S INSTRUCTIONS SHALL BE FOLLOWED EXACTLY AND SHALL SUPERSEDE THESE GENERAL NOTES.

6. IT IS THE CONTRACTOR'S SOLE RESPONSIBILITY TO DETERMINE ERECTION PROCEDURE AND SEQUENCE TO INSURE THE SAFETY OF THE STRUCTURE AND ITS COMPONENT PARTS DURING ERECTION. BRACING AND FIELD MODIFICATIONS MAY BE NECESSARY. SUCH MATERIAL SHALL BE REMOVED AND NOT USED WHEN THE STRUCTURE IS DEEMED STABLE.

7. ALL DIMENSIONS, ELEVATIONS, AND EXISTING CONDITIONS SHOWN ON THE DRAWINGS SHALL BE FIELD VERIFIED BY THE CONTRACTOR. THE CONTRACTOR SHALL NOT SCALE THE DRAWINGS. IN LIEU OF FIELD VERIFICATION, THE ENGINEER SHALL BE RELEASED BEFORE THE CONSTRUCTION. THE CONTRACTOR IS RESPONSIBLE FOR ALL ENGINEERING OF THE DISCREPANCIES PRIOR TO CONSTRUCTION BY WRITTEN MEANS TO SUPERSEDE AND DIRECT THIS WORK AND SHALL BE SOLELY RESPONSIBLE FOR ALL CONSTRUCTION MEANS, METHODS, AND THE ENGINEER SHALL NOT INCLUDE INSPECTION OF THE PROTECTIVE MEASURES OR THE PROCEDURES.

8. ALL MATERIALS AND EQUIPMENT FURNISHED SHALL BE NEW AND OF GOOD QUALITY, FREE FROM FAULTS AND DEFECTS. THE CONTRACTOR IS RESPONSIBLE FOR THE RESPONSIBILITY OF THE CONTRACTOR. THE OWNER AND ENGINEER PRIOR TO INSTALLATION. PROPERLY, APPROVED, AND AUTHORIZED IN WRITING BY THE OWNER AND ENGINEER PRIOR TO INSTALLATION AND EQUIPMENT BEING SUBSTITUTED. SUBSTITUTIONS WITH SATISFACTORY EVIDENCE AS TO THE KIND AND QUALITY OF THE MATERIALS.

9. THE CONTRACTOR SHALL BE RESPONSIBLE FOR INITIATING, MAINTAINING, AND SUPERVISING ALL SAFETY PRECAUTIONS AND PROGRAMS IN CONNECTION WITH THE WORK. ON THE DRAWINGS THAT ALL DRAWINGS ARE IN LIEU OF FIELD VERIFICATION. PROJECT AND RELATED WORK COMPLIES WITH ALL APPLICABLE LOCAL, STATE, AND FEDERAL SAFETY CODES AND REGULATIONS GOVERNING THIS WORK.

10. THE CONTRACTOR SHALL BE RESTRICTED TO ANY CORPORATE INTENDED CONSTRUCTION ACTIVITY, INCLUDING WORK SCHEDULE AND MATERIALS ACCESS, WITH THE RESIDENT LESSING JURISDICTION, (STATE, COUNTY OR CITY) ENGINEER.

11. ALL WELDING SHALL BE IN ACCORDANCE WITH THE ANS D1.1/D1.1M 2008 "STRUCTURAL WELDING CODE-STEEL."

12. IF APPLICABLE, ALL CONCRETE WORK SHALL CONFORM TO LOCAL CODES AND THE ACI 318-05, "BUILDING REQUIREMENTS FOR STRUCTURAL CONCRETE".

13. 24 HOURS PRIOR TO THE BEGINNING OF ANY CONSTRUCTION, THE CONTRACTOR MUST NOTIFY THE APPLICABLE JURISDICTION, (STATE, COUNTY OR CITY) ENGINEER.

## WELDING NOTES:

1. ALL WELDING SHALL BE PERFORMED BY AWS CERTIFIED WELDERS.

2. ONLY WELDS PRESENTED ON THE PLANS AND INSPECTED TO PERFORM VISUAL INSPECTIONS ON FIELD WELDS. A LETTER AND REPORT TOWER ENGINEERING PROFESSIONALS, AND REPORT TO TOWER ENGINEERING PROFESSIONALS.

3. SLAG, RUST, MOISTURE, GREASE OR ANY OTHER FOREIGN MATERIAL THAT WOULD PREVENT PROPER WELDING.

4. GRIND THE SURFACE ADJACENT TO THE WELD FOR A DISTANCE OF 2" MINIMUM ALL AROUND. GRIND THE SURFACE BOTH AREAS ARE 100% FREE OF ALL GALVANIC SURFACES TO BE WELDED SHALL BE FREE FROM SCALE.

5. COLD GALVANIZING COMPOUND SHALL BE APPLIED TO THE AREA AT 70° DURING THE WELDING PROCESS.

6. DO NOT WELD OR WET OR FROST-COVERED SURFACES & PROVIDE ADEQUATE PROTECTION FROM HIGH WINDS.

7. FOR ALL WELDING, USE E70XX ELECTRODES.

8. AFTER FINAL INSPECTION, THE AREA OF THE WELDS, THE INSTALLATION AND ALL SURFACES DAMAGED BY BRUSH. THE GALVANIZING COMPOUND SHALL CONTAIN A MINIMUM OF 95% PURE ZINC. THE FINISHED COATING SHALL BE A MINIMUM THICKNESS OF 3 MILS.

## STRUCTURAL STEEL NOTES:

1. THE FABRICATION AND ERECTION OF STRUCTURAL STEEL SHALL CONFORM TO THE AISC SPECIFICATION FOR MANUAL OF STEEL CONSTRUCTION, AND ALL STRUCTURAL ELEMENTS SHALL CONFORM TO THE FOLLOWING REQUIREMENTS.

2. STRUCTURAL STEEL SHALL CONFORM TO THE FOLLOWING:
   A. PIPE: ASTM A53 GRADE B
   B. PIPE/TUBE: ASTM A500-50
   C. PLATE: ASTM A36 (SELF SUPPORTING AND GUYED TOWERS)
   D. ALL BOLTS: ASTM A325 TYPE I, GALVANIZED HIGH STRENGTH BOLTS
   E. ALL BOLTS: ASTM A325 (UNC) AND ALLOY STEEL NUTS
   F. ALL NUTS: ASTM A563 CARBON AND ALLOY STEEL NUTS
   G. ALL WASHERS, ASTM F436 HARDENED STEEL WASHERS.

3. ALL CONNECTIONS NOT FULLY DETAILED ON THESE PLANS SHALL BE DETAILED BY THE STEEL FABRICATOR IN FACTOR DESIGN, 13TH EDITION.

4. HOLES SHALL NOT BE FLAME CUT THRU PLATES UNLESS APPROVED BY THE ENGINEER.

5. HOT-DIP GALVANIZED ALL ITEMS UNLESS OTHERWISE NOTED, AFTER FABRICATION WHERE PRACTICABLE. GALVANIZING: ASTM A123, ASTM A153/A153M OR ASTM A653/A653M. GIRD, AS REQUIRED.

6. ANY FIELD WELDED JOINT, AREA, OR SPOT CONFORMING TO ASTM A780 OR BY APPLICATION OF STICK OR THICK PASTED MATERIAL SPECIFICALLY DESIGNED FOR REPAIR OF GALVANIZING. PASTED, SPREAD MOLTEN MATERIAL UNIFORMLY OVER SURFACES TO BE COATED AND WIPE OFF EXCESS MATERIAL.

7. A NUT LOCKING DEVICE SHALL BE INSTALLED ON ALL PROPOSED AND/OR NEW REPLACED BOLTS.

8. ALL PROPOSED AND/OR REPLACED BOLTS SHALL BE OF SUFFICIENT LENGTH TO EXCLUDE THE THREADS FROM THE SHEAR PLANE.

9. ALL PROPOSED AND/OR REPLACED BOLTS SHALL BE OF SUFFICIENT LENGTH SUCH THAT THE END OF THE BELOW THE FACE OF THE NUT AND AFTER TIGHTENING IS COMPLETED.

10. GALVANIZED ASTM A325 BOLTS SHALL NOT BE REUSED.

## BOLT TIGHTENING PROCEDURE:

TIGHTEN CONNECTION BOLTS BY AISC – TURN OF THE NUT METHOD, USING THE CHART BELOW

BOLT LENGTHS UP TO AND INCLUDING FOUR DIA.
| | |
|---|---|
| ⅓ | TURN BEYOND SNUG TIGHT |
| BOLTS UP TO AND INCLUDING 2.0 INCH LENGTH | |
| BOLTS UP TO AND INCLUDING 2.25 INCH LENGTH | ⅓ TURN BEYOND SNUG TIGHT |
| BOLTS UP TO AND INCLUDING 2.5 INCH LENGTH | ⅓ TURN BEYOND SNUG TIGHT |
| BOLTS UP TO AND INCLUDING 3.0 INCH LENGTH | ⅓ TURN BEYOND SNUG TIGHT |
| BOLTS UP TO AND INCLUDING 3.5 INCH LENGTH | ⅓ TURN BEYOND SNUG TIGHT |
| BOLTS UP TO AND INCLUDING 4.0 INCH LENGTH | ⅓ TURN BEYOND SNUG TIGHT |

BOLT LENGTHS OVER FOUR DIA. BUT NOT EXCEEDING EIGHT DIA.
| | |
|---|---|
| BOLTS 4.25 TO 4.5 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 2.75 TO 3.0 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 3.25 TO 6.0 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 6.25 TO 7.0 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 7.25 TO 7.5 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 7.75 TO 8.0 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |
| BOLTS 6.75 TO 8.0 INCH LENGTH | ½ TURN BEYOND SNUG TIGHT |

1. CONNECTION BOLTS SUBJECT TO DIRECT TENSION SHALL BE INSTALLED AND TIGHTENED AS PER SECTION 8.21 MANUAL OF STEEL CONSTRUCTION. THE INSTALLATION PROCEDURE IS PARAPHRASED AS FOLLOWS:

2. CONNECTION BOLTS SUBJECT TO DIRECT TENSION SHALL BE INSTALLED AND TIGHTENED BY ONE OF THE METHODS MANUAL OF STEEL CONSTRUCTION. THE INSTALLATION PROCEDURE IS PARAPHRASED AS FOLLOWS:

### 8.21 TURN-OF-THE-NUT TIGHTENING

3. FASTENERS SHALL BE INSTALLED IN PROPERLY ALIGNED HOLES AND TIGHTENED AS PER SECTION 8.21 THROUGH 8.2.4.

   8.21 TURN-OF-THE-NUT TIGHTENING
   A. DEPENDS IN SUBSECTION 8.21 UNTIL ALL THE BOLTS IN THE CONNECTION ARE BROUGHT TO A SNUG TIGHT CONDITION
   B. IS FULLY COMPACTED. FOLLOWING THIS INITIAL OPERATION ALL BOLTS IN THE CONNECTION SHALL BE TIGHTENED
   FURTHER BY THE APPLICABLE AMOUNT OF NUT ROTATION... AS SHOWN IN TABLE 8.2. DURING THE TIGHTENING OPERATION
   THERE SHALL BE NO ROTATION OF THE PART NOT TURNED BY THE WRENCH. TIGHTENING SHALL PROGRESS
   SYSTEMATICALLY FROM THE MOST RIGID PART OF THE JOINT IN A MANNER THAT WILL MINIMIZE RELAXATION
   OF PREVIOUSLY PRETENSIONED BOLTS.

4. ALL OTHER BOLTED CONNECTIONS SHALL BE BROUGHT TO A SNUG TIGHT CONDITION AS DEFINED IN SECTION 8.1 OF THE SPECIFICATION.

PLANS PREPARED FOR:

ETS
ENGINEERED TOWER SOLUTIONS

GTP

250 PARK OF COMMERCE BLVD.
BOCA RATON, FL 33487-3612
OFFICE: (561) 322-1800

2501 LEIGHTON RIDGE DRIVE
WAKE FOREST, NC 27587
OFFICE: (919) 762-2710

www.engineeredtowersolutions.com

| | |
|---|---|
| PLANS PREPARED BY: | |
| SEAL: | SITE NAME |
| | **KRELOW/JENNINGS** |
| | SITE NUMBER: |
| | **LA-5136** |
| | SITE ADDRESS: JENNINGS, LOUISIANA |
| SHEET TITLE: | |
| DRAWN BY: GMR | CHECKED BY: TGB |
| REV: 0 | DATE: 06-27-13 |
| | ISSUED FOR: AS BUILT |
| | MOD: DRAWINGS |
| REV: 1 | DATE: 11-01-13 |



AS BUILT DRAWINGS
NOVEMBER 1ST, 2013

SHEET NUMBER: **N-1**   REVISION: **1**

PROJECT NOTES

PreWil-01-02144

**Bill To:**
**ATTN: Accounts Payable**
**Global Tower, LLC**
750 Park of Commerce Blvd
Boca Raton, Florida 33487-3612
866-487-8977 FAX:561-995-0321

Page 1 of 1



| Project Manager: | John Bozzetto |
| | jbozzetto@gtpsites.com |
| | Phone: 561-886-5877 |

**Requisition/ Purchase Order**

| Purchase Order No | PO13-002376 |
|---|---|
| Date | 08/14/2013 |

**Vendor:**

Engineered Tower Solutions, LLC
110 Fortune Way
Raleigh NC  27617-1907

**Ship To:**

**Job Site Location**
1558 Hwy 1126
Not Available
Jennings, LA 70546
**Attn:** GTP - Telcom Rentals

| GTP Site ID | GTP Site Name |
|---|---|
| US-LA-5136 | Krelow/Jennings |

| Req. Comp. Date | GTP Reference | Payment Terms | Ship Via | Project ID |
|---|---|---|---|---|
| 12/13/2013 | ENGT001 | Net 30 | | |

| L/N | Stock No/Description | Unit | Quantity Ordered | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | Modification Drawings | Each | 1 | $2,500.00 | $2,500.00 |
| 2 | Modification Materials | Each | 1 | $21,942.00 | $21,942.00 |
| 3 | Installation Cost (Includes close out report) | Each | 1 | $101,388.00 | $101,388.00 |

The Vendor hereby agrees that all work shall be done in a good workman like manner and to indemnify and hold customer harmless from any and all claims related to vendor's work.

*Alex Gellman*                                  0/0/0000
**Authorized Signatory**

| Subtotal | $ 125,830.00 |
|---|---|
| Trade Discount | $ 0.00 |
| Freight | $ 0.00 |
| Miscellaneous | $ 0.00 |
| Tax | $ 0.00 |
| Order Total | $ 125,830.00 |

*John Bozzetto*                                  08/14/2013
**Requestor**

Please reference purchase order number, GTP Site Name, and GTP Site Number on all invoices and inquiries.
Please submit all invoices to AP@gtpsites.com in Adobe PDF format along with a copy of the Purchase Order.

**PreWil-01-02145**

Sec. 5½-107. - Lighting.

(a) "Light" will mean an electric device equivalent to a beacon or similar apparatus to provide sufficient illumination, from dusk to dawn, for aircraft pilots to identify the location and height of such structures.

(b) When tower lighting is not required by the Federal Aviation Administration or other federal or state authority for a particular tower, continuously illuminated red beacons shall be installed on towers greater than or equal to one hundred (100) feet in height.

(c) Federal restrictions shall supersede these requirements as may be required by law.

(d) When lighting is required and is permitted by the Federal Aviation Administration or other federal or state authority, dual lighting shall be employed. For the purposes of this article, and to minimize intrusion into other areas, dual lighting shall be considered as strobe lighting during the daylight hours (if necessary) and red lighting at night. In no case shall lighting shine downward during nighttime hours, such lights shall be focuses upward if necessary.

(e) Any guy wires used for support of any tower shall include tana wire markers that enable aircraft pilots to identify the location of such guy wires.

(f) All towers required to be illuminated or lighted under this section shall be equipped with a generator or other additional power supply sufficient to maintain illumination and/or lighting during periods of electrical or power outage.

(g) On existing structures, owners, developers, contractors, and/or businesses must comply with said lighting requirements within a period not to exceed six (6) months from the effective date of this article.

(Ord. No. 1077, 3-8-00; Ord. No. 1081, 5-24-00; Ord. No. 2089, 10-26-05)


Sec. 5½-116. - Nonconforming uses.

(a) The lawful use of any communications tower existing, at the time of enactment of this article, may be continued, although such use does not conform with the provisions of this article, excluding the lighting provisions. ⟨i.e. see. 5. 5~107⟩

(b) No communication tower shall contain advertising or other signs. The use of any portion of a tower for other than warning or equipment information signs is prohibited.

(Ord. No. 1077, 3-8-00; Ord. No. 1081, 5-24-00)



EXHIBIT

tabbies

viii

PreWil-01-02985



U.S. Department
of Transportation
**Federal Aviation
Administration**

# ADVISORY
# CIRCULAR

AC 70/7460-1K

# Obstruction Marking
# and Lighting







---

Effective: 2/1/07

Initiated by: System Operations Services

FEB 0 3 2015

PreWil-01-01412

EXHIBIT
IX
tables



U.S. Department
of Transportation
**Federal Aviation
Administration**

# ADVISORY CIRCULAR

AC 70/7460-1K

# Obstruction Marking and Lighting







---

Effective: 2/1/07

Initiated by: System Operations Services

FEB 0 3 2015

PreWil-01-01412

**Subject:** CHANGE 2 TO OBSTRUCTION MARKING AND LIGHTING

**Date:** 2/1/07
**Initiated by:** AJR-33

**AC No.:** 70/7460-1K
**Change:** 2

1. <u>PURPOSE</u>. This change amends the Federal Aviation Administration's standards for marking and lighting structures to promote aviation safety. The change number and date of the change material are located at the top of the page.

2. <u>EFFECTIVE DATE</u>. This change is effective February 1, 2007.

3. <u>EXPLANATION OF CHANGES</u>.

   a. Table of Contents. Change pages i through iii.

   b. Page 1. Paragraph 1. **Reporting Requirements.** Incorporated the word "Title" in reference to the 14 Code of Federal Regulations (14 CFR part 77). FAA Regional Air Traffic Division office to read Obstruction Evaluation service (OES). FAA website to read http://oeaaa.faa.gov.

   c. Page 1. Paragraph 4. **Supplemental Notice Requirement** (subpart b). FAA Regional Air Traffic Division office to read OES.

   d. Page 1. Paragraph 5. **Modifications and Deviations** (subpart a). FAA Regional Air Traffic Division office to read OES.

   e. Page 1. Paragraph 5. **Modifications and Deviations** (subpart c). FAA Regional office to read OES.

   f. Page 2. Paragraph 5. **Modifications and Deviations** (subpart d). Removed period to create one sentence.

   g. Page 2. Paragraph 7. **Metric Units.** And to read however.

   h. Page 3. Paragraph 23. **Light Failure Notification** (subpart b). Nearest to read appropriate. FAA's website to read web. Website www.faa.gov/ats/ata/ata400 to read http://www.afss.com.

   i. Page 4. Paragraph 24. **Notification of Restoration.** Removed AFSS.

   j. Page 5. Paragraph 32. **Paint Standards.** Removed a comma after "Since".

   k. Page 5. Paragraph 33. **Paint Patterns** (subpart d. **Alternate Bands**). Removed number 6. Number 7 to read number 6.

   l. Page 9. Paragraph 41. **Standards.** TASC to read OTS. SVC-121.23 to read M-30.

PreWil-01-01413

m.  Page 14. Paragraph 55. **Wind Turbine Structures**. Removed. The paragraph numbers that follow have been changed accordingly.

n.  Page 18. Paragraph 65. **Wind Turbine Structures**. Removed. The paragraph numbers that follow have been changed accordingly.

o.  Page 20. Paragraph 77. **Radio and Television Towers and Similar Skeletal Structures**. Excluding to read including.

p.  Page 23. Paragraph 85. **Wind Turbine Structures**. Removed. The paragraph number that follows has been changed accordingly.

q.  Page 33-34. Chapter 13. **Marking and Lighting Wind Turbine Farms**. Added.

r.  Page A1-3. Appendix 1. Verbiage removed under first structure.

*Nancy B Kalinowski*

Nancy B. Kalinowski
Director, System Operations Airspace and Aeronautical Information Management

PAGE CONTROL CHART

**AC 70/7460-1K CHG 2**

| Remove Pages | Dated | Insert Pages | Dated |
|---|---|---|---|
| i through iii | 8/1/00 | i through iii | 1/1/07 |
| 1-5 | 8/1/00 | 1-5 | 1/1/07 |
| 9 | 3/1/00 | 9 | 1/1/07 |
| 14 | 3/1/00 | 14 | 1/1/07 |
| 18-34 | 3/1/00 | 18-34 | 1/1/07 |
| A1-3 | 8/1/00 | A1-3 | 1/1/07 |

PreWil-01-01415

# TABLE OF CONTENTS

## CHAPTER 1. ADMINISTRATIVE AND GENERAL PROCEDURES

1. REPORTING REQUIREMENTS ................................................................. 1
2. PRECONSTRUCTION NOTICE ................................................................ 1
3. FAA ACKNOWLEDGEMENT ................................................................... 1
4. SUPPLEMENTAL NOTICE REQUIREMENT .............................................. 1
5. MODIFICATIONS AND DEVIATIONS ..................................................... 1
6. ADDITIONAL NOTIFICATION ................................................................ 2
7. METRIC UNITS ..................................................................................... 2

## CHAPTER 2. GENERAL

20. STRUCTURES TO BE MARKED AND LIGHTED ....................................... 3
21. GUYED STRUCTURES .......................................................................... 3
22. MARKING AND LIGHTING EQUIPMENT ................................................ 3
23. LIGHT FAILURE NOTIFICATION .......................................................... 3
24. NOTIFICATION OF RESTORATION ....................................................... 4
25. FCC REQUIREMENT ............................................................................ 4

## CHAPTER 3. MARKING GUIDELINES

30. PURPOSE ........................................................................................... 5
31. PAINT COLORS ................................................................................... 5
32. PAINT STANDARDS ............................................................................. 5
33. PAINT PATTERNS ............................................................................... 5
34. MARKERS .......................................................................................... 6
35. UNUSUAL COMPLEXITIES ................................................................... 7
36. OMISSION OR ALTERNATIVES TO MARKING ....................................... 7

## CHAPTER 4. LIGHTING GUIDELINE

40. PURPOSE ........................................................................................... 9
41. STANDARDS ....................................................................................... 9
42. LIGHTING SYSTEMS ........................................................................... 9
43. CATENARY LIGHTING ........................................................................ 10
44. INSPECTION, REPAIR AND MAINTENANCE .......................................... 10
45. NONSTANDARD LIGHTS ..................................................................... 10
46. PLACEMENT FACTORS ........................................................................ 10
47. MONITORING OBSTRUCTION LIGHTS ................................................. 11
48. ICE SHIELDS ..................................................................................... 11
49. DISTRACTION .................................................................................... 11

## CHAPTER 5. RED OBSTRUCTION LIGHT SYSTEM

50. PURPOSE ........................................................................................... 13
51. STANDARDS ....................................................................................... 13
52. CONTROL DEVICE ............................................................................. 13
53. POLES, TOWERS, AND SIMILAR SKELETAL STRUCTURES .................... 13
54. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES ......... 14
55. GROUP OF OBSTRUCTIONS ................................................................. 14
56. ALTERNATE METHOD OF DISPLAYING OBSTRUCTION LIGHTS ............ 15
57. PROMINENT BUILDINGS, BRIDGES, AND SIMILAR EXTENSIVE OBSTRUCTIONS ............ 15

PreWil-01-01416

## CHAPTER 6. MEDIUM INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS

60. PURPOSE ........ 17
61. STANDARDS ........ 17
62. RADIO AND TELEVISION TOWERS AND SIMILAR SKELETAL STRUCTURES ........ 17
63. CONTROL DEVICE ........ 17
64. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES ........ 18
65. GROUP OF OBSTRUCTIONS ........ 18
66. SPECIAL CASES ........ 18
67. PROMINENT BUILDINGS AND SIMILAR EXTENSIVE OBSTRUCTIONS ........ 18

## CHAPTER 7. HIGH INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS

70. PURPOSE ........ 19
71. STANDARDS ........ 19
72. CONTROL DEVICE ........ 19
73. UNITS PER LEVEL ........ 19
74. INSTALLATION GUIDANCE ........ 19
75. ANTENNA OR SIMILAR APPURTENANCE LIGHT ........ 20
76. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES ........ 20
77. RADIO AND TELEVISION TOWERS AND SIMILAR SKELETAL STRUCTURES ........ 20
78. HYPERBOLIC COOLING TOWERS ........ 20
79. PROMINENT BUILDINGS AND SIMILAR EXTENSIVE OBSTRUCTIONS ........ 21

## CHAPTER 8. DUAL LIGHTING WITH RED/MEDIUM INTENSITY FLASHING WHITE SYSTEMS

80. PURPOSE ........ 23
81. INSTALLATION ........ 23
82. OPERATION ........ 23
83. CONTROL DEVICE ........ 23
84. ANTENNA OR SIMILAR APPURTENANCE LIGHT ........ 23
85. OMISSION OF MARKING ........ 23

## CHAPTER 9. DUAL LIGHTING WITH RED/HIGH INTENSITY FLASHING WHITE SYSTEMS

90. PURPOSE ........ 25
91. INSTALLATION ........ 25
92. OPERATION ........ 25
93. CONTROL DEVICE ........ 25
94. ANTENNA OR SIMILAR APPURTENANCE LIGHT ........ 25
95. OMISSION OF MARKING ........ 25

## CHAPTER 10. MARKING AND LIGHTING OF CATENARY AND CATENARY SUPPORT STRUCTURES

100. PURPOSE ........ 27
101. CATENARY MARKING STANDARDS ........ 27
102. CATENARY LIGHTING STANDARDS ........ 27
103. CONTROL DEVICE ........ 28
104. AREA SURROUNDING CATENARY SUPPORT STRUCTURES ........ 28
105. THREE OR MORE CATENARY SUPPORT STRUCTURES ........ 28

PreWil-01-01417

## CHAPTER 11. MARKING AND LIGHTING MOORED BALLOONS AND KITES
110. PURPOSE ........................................................................................................... 29
111. STANDARDS ...................................................................................................... 29
112. MARKING ........................................................................................................... 29
113. PURPOSE ............................................................................................................ 29
114. OPERATIONAL CHARACTERISTICS ............................................................ 29

## CHAPTER 12. MARKING AND LIGHTING EQUIPMENT AND INFORMATION
120. PURPOSE ........................................................................................................... 31
121. PAINT STANDARD ........................................................................................... 31
122. AVAILABILITY OF SPECIFICATIONS .......................................................... 31
123. LIGHTS AND ASSOCIATED EQUIPMENT .................................................... 31
124. AVAILABILITY .................................................................................................. 32

## CHAPTER 13. MARKING AND LIGHTING WIND TURBINE FARMS
130. PURPOSE ........................................................................................................... 33
131. GENERAL STANDARDS ................................................................................... 33
132. WIND TURBINE CONFIGURATIONS .............................................................. 33
133. MARKING STANDARDS ................................................................................... 33
134. LIGHTING STANDARDS ................................................................................... 33

## APPENDIX 1:  SPECIFICATIONS FOR OBSTRUCTION LIGHTING EQUIPMENT CLASSIFICATION
APPENDIX .................................................................................................................. A1-2

## APPENDIX 2. MISCELLANEOUS
1. RATIONALE FOR OBSTRUCTION LIGHT INTENSITIES. .................................. A2-1
2. DISTANCE VERSUS INTENSITIES. ....................................................................... A2-1
3. CONCLUSION. .......................................................................................................... A2-1
4. DEFINITIONS. ........................................................................................................... A2-1
5. LIGHTING SYSTEM CONFIGURATION. .............................................................. A2-2

PreWil-01-01418

PreWil-01-01419

## CHAPTER 1.  ADMINISTRATIVE AND GENERAL PROCEDURES

### 1.  REPORTING REQUIREMENTS

A sponsor proposing any type of construction or alteration of a structure that may affect the National Airspace System (NAS) is required under the provisions of Title 14 Code of Federal Regulations (14 CFR part 77) to notify the FAA by completing the Notice of Proposed Construction or Alteration form (FAA Form 7460-1).  The form should be sent to the Obstruction Evaluation service (OES).  Copies of FAA Form 7460-1 may be obtained from OES, Airports District Office or FAA Website at http://oeaaa.faa.gov.

### 2.  PRECONSTRUCTION NOTICE

The notice must be submitted:

**a.** At least 30 days prior to the date of proposed construction or alteration is to begin.

**b.** On or before the date an application for a construction permit is filed with the Federal Communications Commission (FCC).  (The FCC advises its applicants to file with the FAA well in advance of the 30-day period in order to expedite FCC processing.)

### 3.  FAA ACKNOWLEDGEMENT

The FAA will acknowledge, in writing, receipt of each FAA Form 7460-1 notice received.

### 4.  SUPPLEMENTAL NOTICE REQUIREMENT

**a.** If required, the FAA will include a FAA Form 7460-2, Notice of Actual Construction or Alteration, with a determination.

**b.** FAA Form 7460-2 Part 1 is to be completed and sent to the FAA at least 48 hours prior to starting the actual construction or alteration of a structure.  Additionally, Part 2 shall be submitted no later than 5 days after the structure has reached its greatest height.  The form should be sent to the OES.

**c.** In addition, supplemental notice shall be submitted upon abandonment of construction.

**d.** Letters are acceptable in cases where the construction/alteration is temporary or a proposal is abandoned.  This notification process is designed to permit the FAA the necessary time to change affected procedures and/or minimum flight altitudes, and to otherwise alert airmen of the structure's presence.

*Note-*
*NOTIFICATION AS REQUIRED IN THE DETERMINATION IS CRITICAL TO AVIATION SAFETY.*

### 5.  MODIFICATIONS AND DEVIATIONS

**a.** Requests for modification or deviation from the standards outlined in this AC must be submitted to the OES.  The sponsor is responsible for adhering to approved marking and/or lighting limitations, and/or recommendations given, and should notify the FAA and FCC (for those structures regulated by the FCC) prior to removal of marking and/or lighting.  A request received after a determination is issued may require a new study and could result in a new determination.

**b.** *Modifications.*  Modifications will be based on whether or not they impact aviation safety.  Examples of modifications that may be considered:

**1.** *Marking and/or Lighting Only a Portion of an Object.*  The object may be so located with respect to other objects or terrain that only a portion of it needs to be marked or lighted.

**2.** *No Marking and/or Lighting.*  The object may be so located with respect to other objects or terrain, removed from the general flow of air traffic, or may be so conspicuous by its shape, size, or color that marking or lighting would serve no useful purpose.

**3.** *Voluntary Marking and/or Lighting.*  The object may be so located with respect to other objects or terrain that the sponsor feels increased conspicuity would better serve aviation safety.  Sponsors who desire to voluntarily mark and/or light their structure should request the proper marking and/or lighting from the FAA to ensure no aviation safety issues are impacted.

**4.** *Marking or Lighting an Object in Accordance with the Standards for an Object of Greater Height or Size.*  The object may present such an extraordinary hazard potential that higher standards may be recommended for increased conspicuity to ensure the safety to air navigation.

**c.** *Deviations.*  The OES conducts an aeronautical study of the proposed deviation(s) and forwards its recommendation to FAA headquarters in Washington, DC, for final approval. Examples of deviations that may be considered:

**1.** Colors of objects.

**2.** Dimensions of color bands or rectangles.

**3.** Colors/types of lights.

**4.** Basic signals and intensity of lighting.

PreWil-01-01420

**5.** Night/day lighting combinations.

**6.** Flash rate.

**d.** The FAA strongly recommends that owners become familiar with the different types of lighting systems and to specifically request the type of lighting system desired when submitting FAA Form 7460-1. (This request should be noted in "item 2.D" of the FAA form.) Information on these systems can be found in Chapter 12, Table 4 of this AC. While the FAA will make every effort to accommodate the structure sponsor's request, sponsors should also request information from system manufacturers in order to determine which system best meets their needs based on purpose, installation, and maintenance costs.

## 6. ADDITIONAL NOTIFICATION

Sponsors are reminded that any change to the submitted information on which the FAA has based its determination, including modification, deviation or optional upgrade to white lighting on structures which are regulated by the FCC, must also be filed with the FCC prior to making the change for proper authorization and annotations of obstruction marking and lighting. These structures will be subject to inspection and enforcement of marking and lighting requirements by the FCC. FCC Forms and Bulletins can be obtained from the FCC's National Call Center at 1-888-CALL-FCC (1-888-225-5322). Upon completion of the actual change, notify the Aeronautical Charting office at:

NOAA/NOS

Aeronautical Charting Division

Station 5601, N/ACC113

1305 East-West Highway

Silver Spring, MD 20910-3233

## 7. METRIC UNITS

To promote an orderly transition to metric units, sponsors should include both English and metric (SI units) dimensions. The metric conversions may not be exact equivalents, however, until there is an official changeover to the metric system, the English dimensions will govern.

PreWil-01-01421

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 61 of 208 PageID #: 1199

## CHAPTER 2. GENERAL

**20. STRUCTURES TO BE MARKED AND LIGHTED**

Any temporary or permanent structure, including all appurtenances, that exceeds an overall height of 200 feet (61m) above ground level (AGL) or exceeds any obstruction standard contained in 14 CFR part 77, should normally be marked and/or lighted. However, an FAA aeronautical study may reveal that the absence of marking and/or lighting will not impair aviation safety. Conversely, the object may present such an extraordinary hazard potential that higher standards may be recommended for increased conspicuity to ensure safety to air navigation. Normally outside commercial lighting is not considered sufficient reason to omit recommended marking and/or lighting. Recommendations on marking and/or lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design. The FAA may also recommend marking and/or lighting a structure that does not exceed 200 (61m) feet AGL or 14 CFR part 77 standards because of its particular location.

**21. GUYED STRUCTURES**

The guys of a 2,000-foot (610m) skeletal tower are anchored from 1,600 feet (488m) to 2,000 feet (610m) from the base of the structure. This places a portion of the guys 1,500 feet (458m) from the tower at a height of between 125 feet (38m) to 500 feet (153m) AGL. 14 CFR part 91, section 119, requires pilots, when operating over other than congested areas, to remain at least 500 feet (153m) from man-made structures. . Therefore, the tower must be cleared by 2,000 feet (610m) horizontally to avoid all guy wires. Properly maintained marking and lighting are important for increased conspicuity since the guys of a structure are difficult to see until aircraft are dangerously close.

**22. MARKING AND LIGHTING EQUIPMENT**

Considerable effort and research have been expended in determining the minimum marking and lighting systems or quality of materials that will produce an acceptable level of safety to air navigation. The FAA will recommend the use of only those marking and lighting systems that meet established technical standards. While additional lights may be desirable

to identify an obstruction to air navigation and may, on occasion be recommended, the FAA will recommend minimum standards in the interest of safety, economy, and related concerns. Therefore, to provide an adequate level of safety, obstruction lighting systems should be installed, operated, and maintained in accordance with the recommended standards herein.

**23. LIGHT FAILURE NOTIFICATION**

**a.** Sponsors should keep in mind that conspicuity is achieved only when all recommended lights are working. Partial equipment outages decrease the margin of safety. Any outage should be corrected as soon as possible. Failure of a steady burning side or intermediate light should be corrected as soon as possible, but notification is not required.

**b.** Any failure or malfunction that lasts more than thirty (30) minutes and affects a top light or flashing obstruction light, regardless of its position, should be reported immediately to the appropriate flight service station (FSS) so a Notice to Airmen (NOTAM) can be issued. Toll-free numbers for FSS are listed in most telephone books or on the web at http://www.afss.com. This report should contain the following information:

**1.** Name of persons or organizations reporting light failures including any title, address, and telephone number.

**2.** The type of structure.

**3.** Location of structure (including latitude and longitude, if known, prominent structures, landmarks, etc.).

**4.** Height of structure above ground level (AGL)/above mean sea level (AMSL), if known.

**5.** A return to service date.

**6.** FCC Antenna Registration Number (for structures that are regulated by the FCC).

*Note-*
*1. When the primary lamp in a double obstruction light fails, and the secondary lamp comes on, no report is required. However, when one of the lamps in an incandescent L-864 flashing red beacon fails, it should be reported.*

*2. After 15 days, the NOTAM is automatically deleted from the system. The sponsor is responsible for calling the nearest FSS to extend the outage date or to report a return to service date.*

PreWil-01-01422

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 62 of 208 PageID #: 1200

**24.  NOTIFICATION OF RESTORATION**
As soon as normal operation is restored, notify the same FSS that received the notification of failure. The FCC advises that noncompliance with notification procedures could subject its sponsor to penalties or monetary forfeitures.

**25. FCC REQUIREMENT**
FCC licensees are required to file an environmental assessment with the Commission when seeking authorization for the use of the high intensity flashing white lighting system on structures located in residential neighborhoods, as defined by the applicable zoning law.

PreWil-01-01423

## CHAPTER 3. MARKING GUIDLINES

### 30. PURPOSE

This chapter provides recommended guidelines to make certain structures conspicuous to pilots during daylight hours.  One way of achieving this conspicuity is by painting and/or marking these structures. Recommendations on marking structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

### 31. PAINT COLORS

Alternate sections of aviation orange and white paint should be used as they provide maximum visibility of an obstruction by contrast in colors.

### 32. PAINT STANDARDS

The following standards should be followed.  To be effective, the paint used should meet specific color requirements when freshly applied to a structure. Since all outdoor paints deteriorate with time and it is not practical to give a maintenance schedule for all climates, surfaces should be repainted when the color changes noticeably or its effectiveness is reduced by scaling, oxidation, chipping, or layers of contamination.

  a. *Materials and Application.* Quality paint and materials should be selected to provide extra years of service.  The paint should be compatible with the surfaces to be painted, including any previous coatings, and suitable for the environmental conditions.  Surface preparation and paint application should be in accordance with manufacturer's recommendations.

*Note-*
*In-Service Aviation Orange Color Tolerance Charts are available from private suppliers for determining when repainting is required.  The color should be sampled on the upper half of the structure, since weathering is greater there.*

  b. *Surfaces Not Requiring Paint.* Ladders, decks, and walkways of steel towers and similar structures need not be painted if a smooth surface presents a potential hazard to maintenance personnel.  Paint may also be omitted from precision or critical surfaces if it would have an adverse effect on the transmission or radiation characteristics of a signal. However, the overall marking effect of the structure should not be reduced.

  c. *Skeletal Structures.* Complete all marking/painting prior to or immediately upon completion of construction. This applies to catenary support structures, radio and television towers, and similar skeletal structures.  To be effective, paint should be applied to all inner and outer surfaces of the framework.

### 33. PAINT PATTERNS

Paint patterns of various types are used to mark structures.  The pattern to be used is determined by the size and shape of the structure.  The following patterns are recommended.

  a. *Solid Pattern.* Obstacles should be colored aviation orange if the structure has both horizontal and vertical dimensions not exceeding 10.5 feet (3.2m).

  b. *Checkerboard Pattern.* Alternating rectangles of aviation orange and white are normally displayed on the following structures:

    1. Water, gas, and grain storage tanks.

    2. Buildings, as required.

    3. Large structures exceeding 10.5 feet (3.2m) across having a horizontal dimension that is equal to or greater than the vertical dimension.

  c. *Size of Patterns.* Sides of the checkerboard pattern should measure not less than 5 feet (1.5m) or more than 20 feet (6m) and should be as nearly square as possible.  However, if it is impractical because of the size or shape of a structure, the patterns may have sides less than 5 feet (1.5m). When possible, corner surfaces should be colored orange.

  d. *Alternate Bands.* Alternate bands of aviation orange and white are normally displayed on the following structures:

    1. Communication towers and catenary support structures.

    2. Poles.

    3. Smokestacks.

    4. Skeletal framework of storage tanks and similar structures.

    5. Structures which appear narrow from a side view, that are 10.5 feet (3.2m) or more across and the horizontal dimension is less than the vertical dimension.

    6. Coaxial cable, conduits, and other cables attached to the face of a tower.

PreWil-01-01424

e. *Color Band Characteristics.* Bands for structures of any height should be:

**1.** Equal in width, provided each band is not less than $1^1/_2$ feet (0.5m) or more than 100 feet (31m) wide.

**2.** Perpendicular to the vertical axis with the bands at the top and bottom ends colored orange.

**3.** An odd number of bands on the structure.

**4.** Approximately one-seventh the height if the structure is 700 feet (214m) AGL or less. For each additional 200 feet (61m) or fraction thereof, add one (1) additional orange and one (1) additional white band.

**5.** Equal and in proportion to the structure's height AGL.

**Structure Height to Bandwidth Ratio**

| Example: If a Structure is: | | |
|---|---|---|
| **Greater Than** | **But Not More Than** | **Band Width** |
| 10.5 feet (3.2m) | 700 feet (214m) | $^1/_7$ of height |
| 701 feet (214m) | 900 feet (275m) | $^1/_9$ of height |
| 901 feet (275m) | 1,100 feet (336m) | $^1/_{11}$ of height |
| 1,100 feet (336m) | 1,300 feet (397m) | $^1/_{13}$ of height |

*TBL 1*

f. *Structures With a Cover or Roof.* If the structure has a cover or roof, the highest orange band should be continued to cover the entire top of the structure.

g. *Skeletal Structures Atop Buildings.* If a flagpole, skeletal structure, or similar object is erected on top of a building, the combined height of the object and building will determine whether marking is recommended; however, only the height of the object under study determines the width of the color bands.

h. *Partial Marking.* If marking is recommended for only a portion of a structure because of shielding by other objects or terrain, the width of the bands should be determined by the overall height of the structure. A minimum of three bands should be displayed on the upper portion of the structure.

i. *Teardrop Pattern.* Spherical water storage tanks with a single circular standpipe support may be marked in a teardrop-striped pattern. The tank may show alternate stripes of aviation orange and white. The stripes should extend from the top center of the tank to its supporting standpipe. The width of the stripes should be equal, and the width of each stripe at the greatest girth of the tank should not be less than 5 feet (1.5m) nor more than 15 feet (4.6m).

j. *Community Names.* If it is desirable to paint the name of the community on the side of a tank, the stripe pattern may be broken to serve this purpose. This open area should have a maximum height of 3 feet (0.9m).

k. *Exceptions.* Structural designs not conducive to standard markings may be marked as follows:

**1.** If it is not practical to color the roof of a structure in a checkerboard pattern, it may be colored solid orange.

**2.** If a spherical structure is not suitable for an exact checkerboard pattern, the shape of the rectangles may be modified to fit the shape of the surface.

**3.** Storage tanks not suitable for a checkerboard pattern may be colored by alternating bands of aviation orange and white or a limited checkerboard pattern applied to the upper one-third of the structure.

**4.** The skeletal framework of certain water, gas, and grain storage tanks may be excluded from the checkerboard pattern.

**34. MARKERS**

Markers are used to highlight structures when it is impractical to make them conspicuous by painting. Markers may also be used in addition to aviation orange and white paint when additional conspicuity is necessary for aviation safety. They should be displayed in conspicuous positions on or adjacent to the structures so as to retain the general definition of the structure. They should be recognizable in clear air from a distance of at least 4,000 feet (1219m) and in all directions from which aircraft are likely to approach. Markers should be distinctively shaped, i.e., spherical or cylindrical, so they are not mistaken for items that are used to convey other information. They should be replaced when faded or otherwise deteriorated.

PreWil-01-01425

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 65 of 208 PageID #: 1203

**a**. *Spherical Markers*. Spherical markers are used to identify overhead wires. Markers may be of another shape, i.e., cylindrical, provided the projected area of such markers will not be less than that presented by a spherical marker.

**1**. *Size and Color*.

The diameter of the markers used on extensive catenary wires across canyons, lakes, rivers, etc., should be not less than 36 inches (91cm). Smaller 20-inch (51cm) spheres are permitted on less extensive power lines or on power lines below 50 feet (15m) above the ground and within 1,500 feet (458m) of an airport runway end. Each marker should be a solid color such as aviation orange, white, or yellow.

**2**. *Installations*.

**(a)** *Spacing*. Markers should be spaced equally along the wire at intervals of approximately 200 feet (61m) or a fraction thereof. Intervals between markers should be less in critical areas near runway ends (i.e., 30 to 50 feet (10m to 15m)). They should be displayed on the highest wire or by another means at the same height as the highest wire. Where there is more than one wire at the highest point, the markers may be installed alternately along each wire if the distance between adjacent markers meets the spacing standard. This method allows the weight and wind loading factors to be distributed.

**(b)** *Pattern*. An alternating color scheme provides the most conspicuity against all backgrounds. Mark overhead wires by alternating solid colored markers of aviation orange, white, and yellow. Normally, an orange sphere is placed at each end of a line and the spacing is adjusted (not to exceed 200 feet (61m)) to accommodate the rest of the markers. When less than four markers are used, they should all be aviation orange.

**b**. *Flag Markers*. Flags are used to mark certain structures or objects when it is technically impractical to use spherical markers or painting. Some examples are temporary construction equipment, cranes, derricks, oil and other drilling rigs. Catenaries should use spherical markers.

**1**. *Minimum Size*. Each side of the flag marker should be at least 2 feet (0.6m) in length.

**2**. *Color Patterns*. Flags should be colored as follows:

**(a)** *Solid*. Aviation orange.

**(b)** *Orange and White*. Arrange two triangular sections, one aviation orange and the other white to form a rectangle.

**(c)** *Checkerboard*. Flags 3 feet (0.9m) or larger should be a checkerboard pattern of aviation orange and white squares, each 1 foot (0.3m) plus or minus 10 percent.

**3**. *Shape*. Flags should be rectangular in shape and have stiffeners to keep them from drooping in calm wind.

**4**. *Display*. Flag markers should be displayed around, on top, or along the highest edge of the obstruction. When flags are used to mark extensive or closely grouped obstructions, they should be displayed approximately 50 feet (15m) apart. The flag stakes should be of such strength and height that they will support the flags above all surrounding ground, structures, and/or objects of natural growth.

## 35. UNUSUAL COMPLEXITIES

The FAA may also recommend appropriate marking in an area where obstructions are so grouped as to present a common obstruction to air navigation.

## 36. OMISSION OR ALTERNATIVES TO MARKING

There are two alternatives to marking. Either alternative requires FAA review and concurrence.

**a**. *High Intensity Flashing White Lighting Systems*. The high intensity lighting systems are more effective than aviation orange and white paint and therefore can be recommended instead of marking. This is particularly true under certain ambient light conditions involving the position of the sun relative to the direction of flight. When high intensity lighting systems are operated during daytime and twilight, other methods of marking may be omitted. When operated 24 hours a day, other methods of marking and lighting may be omitted.

**b**. *Medium Intensity Flashing White Lighting Systems*. When medium intensity lighting systems are operated during daytime and twilight on structures 500 feet (153m) AGL or less, other methods of marking may be omitted. When operated 24 hours a day on structures 500 feet (153m) AGL or less, other methods of marking and lighting may be omitted.

*Note-*
*SPONSORS MUST ENSURE THAT ALTERNATIVES TO MARKING ARE COORDINATED WITH THE FCC FOR STRUCTURES UNDER ITS JURISDICTION PRIOR TO MAKING THE CHANGE.*

PreWil-01-01426

8

Chap 4

PreWil-01-01427

## CHAPTER 4. LIGHTING GUIDELINE

**40. PURPOSE**

This chapter describes the various obstruction lighting systems used to identify structures that an aeronautical study has determined will require added conspicuity. The lighting standards in this circular are the minimum necessary for aviation safety. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

**41. STANDARDS**

The standards outlined in this AC are based on the use of light units that meet specified intensities, beam patterns, color, and flash rates as specified in AC 150/5345-43.

These standards may be obtained from:

Department of Transportation
OTS
Subsequent Distribution Office, M-30
Ardmore East Business Center
3341 Q 75th Avenue
Landover, MD 20785

**42. LIGHTING SYSTEMS**

Obstruction lighting may be displayed on structures as follows:

a. *Aviation Red Obstruction Lights.* Use flashing beacons and/or steady burning lights during nighttime.

b. *Medium Intensity Flashing White Obstruction Lights.* Medium intensity flashing white obstruction lights may be used during daytime and twilight with automatically seleeted reduced intensity for nighttime operation. When this system is used on structures 500 feet (153m) AGL or less in height, other methods of marking and lighting the structure may be omitted. Aviation orange and white paint is always required for daytime marking on structures exceeding 500 feet (153m) AGL. This system is not normally recommended on structures 200 feet (61m) AGL or less.

c. *High Intensity Flashing White Obstruction Lights.* Use high intensity flashing white obstruction lights during daytime with automatically seleeted reduced intensities for twilight and nighttime operations. When this system is used, other methods of marking and lighting the structure may be omitted.

This system should not be recommended on structures 500 feet (153m) AGL or less, unless an FAA aeronautical study shows otherwise.

*Note–*
*All flashing lights on a structure should flash simultaneously except for catenary support structures, which have a distinct sequence flashing between levels.*

d. *Dual Lighting.* This system consists of red lights for nighttime and high or medium intensity flashing white lights for daytime and twilight. When a dual lighting system incorporates medium flashing intensity lights on structures 500 feet (153m) or less, or high intensity flashing white lights on structures of any height, other methods of marking the structure may be omitted.

e. *Obstruction Lights During Construction.* As the height of the structure exceeds each level at which permanent obstruction lights would be recommended, two or more lights of the type specified in the determination should be installed at that level. Temporary high or medium intensity flashing white lights, as recommended in the determination, should be operated 24 hours a day until all permanent lights are in operation. In either case, two or more lights should be installed on the uppermost part of the structure any time it exceeds the height of the temporary construction equipment. They may be turned off for periods when they would interfere with construction personnel. If practical, permanent obstruction lights should be installed and operated at each level as construction progresses. The lights should be positioned to ensure that a pilot has an unobstructed view of at least one light at each level.

f. *Obstruction Lights in Urban Areas.* When a structure is located in an urban area where there are numerous other white lights (e.g., streetlights, etc.) red obstruction lights with painting or a medium intensity dual system is recommended. Medium intensity lighting is not normally recommended on structures less than 200 feet (61m).

g. *Temporary Construction Equipment Lighting.* Since there is such a variance in construction cranes, derricks, oil and other drilling rigs, each case should be considered individually. Lights should be installed according to the standards given in Chapters 5, 6, 7, or 8, as they would apply to permanent structures.

PreWil-01-01428

### 43. CATENARY LIGHTING

Lighted markers are available for increased night conspicuity of high-voltage (69KV or greater) transmission line catenary wires. These markers should be used on transmission line catenary wires near airports, heliports, across rivers, canyons, lakes, etc. The lighted markers should be manufacturer certified as recognizable from a minimum distance of 4,000 feet (1219m) under nighttime conditions, minimum visual flight rules (VFR) conditions or having a minimum intensity of at least 32.5 candela. The lighting unit should emit a steady burning red light. They should be used on the highest energized line. If the lighted markers are installed on a line other than the highest catenary, then markers specified in paragraph 34 should be used in addition to the lighted markers. (The maximum distance between the line energizing the lighted markers and the highest catenary above the lighted marker should be no more than 20 feet (6m).) Markers should be distinctively shaped, i.e., spherical, cylindrical, so they are not mistaken for items that are used to convey other information. They should be visible in all directions from which aircraft are likely to approach. The area in the immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's lights. Where a catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide a full coverage.

### 44. INSPECTION, REPAIR AND MAINTENANCE

To ensure the proper candela output for fixtures with incandescent lamps, the voltage provided to the lamp filament should not vary more than plus or minus 3 percent of the rated voltage of the lamp. The input voltage should be measured at the lamp socket with the lamp operating during the hours of normal operation. (For strobes, the input voltage of the power supplies should be within 10 percent of rated voltage.) Lamps should be replaced after being operated for not more than 75 percent of their rated life or immediately upon failure. Flashtubes in a light unit should be replaced immediately upon failure, when the peak effective intensity falls below specification limits or when the fixture begins skipping flashes, or at the manufacturer's recommended intervals. Due to the effects of harsh environments, beacon lenses should be visually inspected for ultraviolet damage, cracks, crazing, dirt build up, etc., to insure that the certified light output has not deteriorated. (See paragraph 23, for reporting requirements in case of failure.)

### 45. NONSTANDARD LIGHTS

Moored balloons, chimneys, church steeples, and similar obstructions may be floodlighted by fixed search light projectors installed at three or more equidistant points around the base of each obstruction. The searchlight projectors should provide an average illumination of at least 15 foot-candles over the top one-third of the obstruction.

### 46. PLACEMENT FACTORS

The height of the structure AGL determines the number of light levels. The light levels may be adjusted slightly, but not to exceed 10 feet (3m), when necessary to accommodate guy wires and personnel who replace or repair light fixtures. Except for catenary support structures, the following factors should be considered when determining the placement of obstruction lights on a structure.

a. *Red Obstruction Lighting Systems*. The overall height of the structure including all appurtenances such as rods, antennas, obstruction lights, etc., determines the number of light levels.

b. *Medium Intensity Flashing White Obstruction Lighting Systems*. The overall height of the structure including all appurtenances such as rods, antennas, obstruction lights, etc., determines the number of light levels.

c. *High Intensity Flashing White Obstruction Lighting Systems*. The overall height of the main structure including all appurtenances such as rods, antennas, obstruction lights, etc., determines the number of light levels.

d. *Dual Obstruction Lighting Systems*. The overall height of the structure including all appurtenances such as rods, antennas, obstruction lights, etc., is used to determine the number of light levels for a medium intensity white obstruction light/red obstruction dual lighting system. The overall height of the structure including all appurtenances is used to determine the number of light levels for a high intensity white obstruction light/red obstruction dual lighting system.

e. *Adjacent Structures*. The elevation of the tops of adjacent buildings in congested areas may be used as the equivalent of ground level to determine the proper number of light levels required.

PreWil-01-01429

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 69 of 208 PageID #: 1207

**f. *Shielded Lights*.** If an adjacent object shields any light, horizontal placement of the lights should be adjusted or additional lights should be mounted on that object to retain or contribute to the definition of the obstruction.

## 47. MONITORING OBSTRUCTION LIGHTS

Obstruction lighting systems should be closely monitored by visual or automatic means. It is extremely important to visually inspect obstruction lighting in all operating intensities at least once every 24 hours on systems without automatic monitoring. In the event a structure is not readily accessible for visual observation, a properly maintained automatic monitor should be used. This monitor should be designed to register the malfunction of any light on the obstruction regardless of its position or color. When using remote monitoring devices, the communication status and operational status of the system should be confirmed at least once every 24 hours. The monitor (aural or visual) should be located in an area generally occupied by responsible personnel. In some cases, this may require a remote monitor in an attended location. For each structure, a log should be maintained in which daily operations status of the lighting system is recorded. Beacon

lenses should be replaced if serious cracks, crazing, dirt build up, etc., has occurred.

## 48. ICE SHIELDS

Where icing is likely to occur, metal grates or similar protective ice shields should be installed directly over each light unit to prevent falling ice or accumulations from damaging the light units.

## 49. DISTRACTION

**a.** Where obstruction lights may distract operators of vessels in the proximity of a navigable waterway, the sponsor must coordinate with the Commandant, U.S. Coast Guard, to avoid interference with marine navigation.

**b.** The address for marine information and coordination is:

| |
|---|
| Chief, Aids to Navigation |
| Division (OPN) |
| U.S. Coast Guard Headquarters |
| 2100 2nd Street, SW., Rm. 3610 |
| Washington, DC 20593-0001 |
| *Telephone:* (202) 267-0980 |

PreWil-01-01430

Chap 4

PreWil-01-01431

03/1/00                                                                          AC 70/7460-1K

## CHAPTER 5. RED OBSTRUCTION LIGHT SYSTEM

### 50. PURPOSE

Red Obstruction lights are used to increase conspicuity during nighttime. Daytime and twilight marking is required. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

### 51. STANDARDS

The red obstruction lighting system is composed of flashing omnidirectional beacons (L-864) and/or steady burning (L-810) lights. When one or more levels is comprised of flashing beacon lighting, the lights should flash simultaneously.

a. *Single Obstruction Light.* A single (L-810) light may be used when more than one obstruction light is required either vertically or horizontally or where maintenance can be accomplished within a reasonable time.

1. *Top Level.* A single light may be used to identify low structures such as airport ILS buildings and long horizontal structures such as perimeter fences and building roof outlines.

2. *Intermediate Level.* Single lights may be used on skeletal and solid structures when more than one level of lights is installed and there are two or more single lights per level.

b. *Double Obstruction Light.* A double (L-810) light should be installed when used as a top light, at each end of a row of single obstruction lights, and in areas or locations where the failure of a single unit could cause an obstruction to be totally unlighted.

1. *Top Level.* Structures 150 feet (46m) AGL or less should have one or more double lights installed at the highest point and operating simultaneously.

2. *Intermediate Level.* Double lights should be installed at intermediate levels when a malfunction of a single light could create an unsafe condition and in remote areas where maintenance cannot be performed within a reasonable time. Both units may operate simultaneously, or a transfer relay may be used to switch to a spare unit should the active system fail.

3. *Lowest Level.* The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights. In certain instances, as determined by an FAA aeronautical study, the lowest level of lights may be eliminated.

### 52. CONTROL DEVICE

Red obstruction lights should be operated by a satisfactory control device (e.g., photo cell, timer, etc.) adjusted so the lights will be turned on when the northern sky illuminance reaching a vertical surface falls below a level of 60 foot-candles (645.8 lux) but before reaching a level of 35 foot-candles (367.7 lux). The control device should turn the lights off when the northern sky illuminance rises to a level of not more than 60 foot-candles (645.8 lux). The lights may also remain on continuously. The sensing device should, if practical, face the northern sky in the Northern Hemisphere. (See AC 150/5345-43.)

### 53. POLES, TOWERS, AND SIMILAR SKELETAL STRUCTURES

The following standards apply to radio and television towers, supporting structures for overhead transmission lines, and similar structures.

a. *Top Mounted Obstruction Light.*

1. *Structures 150 Feet (46m) or Less.* Two or more steady burning (L-810) lights should be installed in a manner to ensure an unobstructed view of one or more lights by a pilot.

2. *Structures Exceeding 150 Feet (46m) AGL.* At least one red flashing (L-864) beacon should be installed in a manner to ensure an unobstructed view of one or more lights by a pilot.

3. *Appurtenances 40 Feet (12m) or Less.* If a rod, antenna, or other appurtenance 40 feet (12m) or less in height is incapable of supporting a red flashing beacon, then it may be placed at the base of the appurtenance. If the mounting location does not allow unobstructed viewing of the beacon by a pilot, then additional beacons should be added.

4. *Appurtenances Exceeding 40 Feet (12m).* If a rod, antenna, or other appurtenance exceeding 40 feet (12m) in height is incapable of supporting a red flashing beacon, a supporting mast with one or more beacons should be installed adjacent to the appurtenance. Adjacent installations should not exceed the height of the appurtenance and be within 40 feet (12m) of the tip to allow the pilot an unobstructed view of at least one beacon.

b. *Mounting Intermediate Levels.* The number of light levels is determined by the height of the structure, including all appurtenances, and is detailed in Appendix 1. The number of lights on each level is

PreWil-01-01432

determined by the shape and height of the structure. These lights should be mounted so as to ensure an unobstructed view of at least one light by a pilot.

**1. *Steady Burning Lights (L-810).***

**(a) *Structures 350 Feet (107m) AGL or Less.*** Two or more steady burning (L-810) lights should be installed on diagonally or diametrically opposite positions.

**(b) *Structures Exceeding 350 Feet (107m) AGL.*** Install steady burning (L-810) lights on each outside corner of each level.

**2. *Flashing Beacons (L-864).***

**(a) *Structures 350 Feet (107m) AGL or Less.*** These structures do not require flashing (L-864) beacons at intermediate levels.

**(b) *Structure Exceeding 350 Feet (107m) AGL.*** At intermediate levels, two beacons (L-864) should be mounted outside at diagonally opposite positions of intermediate levels.

## 54. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES

a. *Number of Light Units.*

**1.** The number of units recommended depends on the diameter of the structure at the top. The number of lights recommended below are the minimum.

**2.** When the structure diameter is:

**(a) *20 Feet (6m) or Less.*** Three light units per level.

**(b) *Exceeding 20 Feet (6m) But Not More Than 100 Feet (31m).*** Four light units per level.

**(c) *Exceeding 100 Feet (31m) But Not More Than 200 Feet (61m).*** Six light units per level.

**(d) *Exceeding 200 Feet (61m).*** Eight light units per level.

b. *Top Mounted Obstruction Lights.*

**1.** *Structures 150 Feet (46m) AGL or Less.* L-810 lights should be installed horizontally at regular intervals at or near the top.

**2.** *Structures Exceeding 150 Feet (46m) AGL.* At least three L-864 beacons should be installed.

**3.** *Chimneys, Cooling Towers, and Flare Stacks.* Lights may be displayed as low as 20 feet (6m) below the top to avoid the obscuring effect of deposits and heat generally emitted by this type of structure. It is important that these lights be readily accessible for cleaning and lamp replacement. It is understood that with flare stacks, as well as any other structures associated with the petrol-chemical industry, normal lighting requirements may not be necessary. This could be due to the location of the flare stack/structure within a large well-lighted petrol-chemical plant or the fact that the flare, or working lights surrounding the flare stack/structure, is as conspicuous as obstruction lights.

c. *Mounting Intermediate Levels.* The number of light levels is determined by the height of the structure including all appurtenances. For cooling towers 600 feet (183m) or less, intermediate light levels are not necessary. Structures exceeding 600 feet (183m) AGL should have a second level of light units installed approximately at the midpoint of the structure and in a vertical line with the top level of lights.

**1.** *Steady Burning (L-810) Lights.* The recommended number of light levels may be obtained from Appendix 1. At least three lights should be installed on each level.

**2.** *Flashing (L-864) Beacons.* The recommended number of beacon levels may be obtained from Appendix 1. At least three lights should be installed on each level.

**(a)** *Structures 350 Feet (107m) AGL or Less.* These structures do not need intermediate levels of flashing beacons.

**(b)** *Structures Exceeding 350 Feet (107m) AGL.* At least three flashing (L-864) beacons should be installed on each level in a manner to allow an unobstructed view of at least one beacon.

## 55. GROUP OF OBSTRUCTIONS

When individual objects, except wind turbines, within a group of obstructions are not the same height and are spaced a maximum of 150 feet (46m) apart, the prominent objects within the group should be lighted in accordance with the standards for individual obstructions of a corresponding height. If the outer structure is shorter than the prominent, the outer structure should be lighted in accordance with the standards for individual obstructions of a corresponding height. Light units should be placed to ensure that the light is visible to a pilot approaching from **any** direction. In addition, at least one flashing beacon should be installed at the top of a prominent center obstruction or on a special tower located near the center of the group.

PreWil-01-01433

## 56. ALTERNATE METHOD OF DISPLAYING OBSTRUCTION LIGHTS

When recommended in an FAA aeronautical study, lights may be placed on poles equal to the height of the obstruction and installed on or adjacent to the structure instead of installing lights on the obstruction.

## 57. PROMINENT BUILDINGS, BRIDGES, AND SIMILAR EXTENSIVE OBSTRUCTIONS

When objects within a group of obstructions are approximately the same overall height above the surface and are located a maximum of 150 feet (46m) apart, the group of obstructions may be considered an extensive obstruction. Install light units on the same horizontal plane at the highest portion or edge of prominent obstructions. Light units should be placed to ensure that the light is visible to a pilot approaching from any direction. If the structure is a bridge and is over navigable water, the sponsor must obtain prior approval of the lighting installation from the Commander of the District Office of the United States Coast Guard to avoid interference with marine navigation. Steady burning lights should be displayed to indicate the extent of the obstruction as follows:

**a.** *Structures 150 Feet (46m) or Less in Any Horizontal Direction.* If the structure/bridge/extensive obstruction is 150 feet (46m) or less horizontally, at least one steady burning light (L-810) should be displayed on the highest point at each end of the major axis of the obstruction. If this is impractical because of the overall shape, display a double obstruction light in the center of the highest point.

**b.** *Structures Exceeding 150 Feet (46m) in at Least One Horizontal Direction.* If the structure/bridge/ extensive obstruction exceeds 150 feet (46m) horizontally, display at least one steady burning light for each 150 feet (46m), or fraction thereof, of the overall length of the major axis. At least one of these lights should be displayed on the highest point at each end of the obstruction. Additional lights should be displayed at approximately equal intervals not to exceed 150 feet (46m) on the highest points along the edge between the end lights. If an obstruction is located near a landing area and two or more edges are the same height, the edge nearest the landing area should be lighted.

**c.** *Structures Exceeding 150 Feet (46m) AGL.* Steady burning red obstruction lights should be installed on the highest point at each end. At intermediate levels, steady burning red lights should be displayed for each 150 feet (46m) or fraction thereof. The vertical position of these lights should be equidistant between the top lights and the ground level as the shape and type of obstruction will permit. One such light should be displayed at each outside corner on each level with the remaining lights evenly spaced between the corner lights.

**d.** *Exceptions.* Flashing red beacons (L-864) may be used instead of steady burning obstruction lights if early or special warning is necessary. These beacons should be displayed on the highest points of an extensive obstruction at intervals not exceeding 3,000 feet (915m). At least three beacons should be displayed on one side of the extensive obstruction to indicate a line of lights.

**e.** *Ice Shields.* Where icing is likely to occur, metal grates or similar protective ice shields should be installed directly over each light unit to prevent falling ice or accumulations from damaging the light units. The light should be mounted in a manner to ensure an unobstructed view of at least one light by a pilot approaching from any direction.

PreWil-01-01434

16

Chap 6

PreWil-01-01435

## CHAPTER 6. MEDIUM INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS

### 60. PURPOSE

Medium intensity flashing white (L-865) obstruction lights may provide conspicuity both day and night. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

### 61. STANDARDS

The medium intensity flashing white light system is normally composed of flashing omnidirectional lights. Medium intensity flashing white obstruction lights may be used during daytime and twilight with automatically selected reduced intensity for nighttime operation. When this system is used on structures 500 feet (153m) AGL or less in height, other methods of marking and lighting the structure may be omitted. Aviation orange and white paint is always required for daytime marking on structures exceeding 500 feet (153m) AGL. This system is not normally recommended on structures 200 feet (61m) AGL or less.

The use of a 24-hour medium intensity flashing white light system in urban/populated areas in not normally recommended due to their tendency to merge with background lighting in these areas at night. This makes it extremely difficult for some types of aviation operations, i.e., med-evac, and police helicopters to see these structures. The use of this type of system in urban and rural areas often results in complaints. In addition, this system is not recommended on structures within 3 nautical miles of an airport.

### 62. RADIO AND TELEVISION TOWERS AND SIMILAR SKELETAL STRUCTURES

a. *Mounting Lights.* The number of levels recommended depends on the height of the structure, including antennas and similar appurtenances.

1. *Top Levels.* One or more lights should be installed at the highest point to provide 360-degree coverage ensuring an unobstructed view.

2. *Appurtenances 40 feet (12m) or less.* If a rod, antenna, or other appurtenance 40 feet (12m) or less in height is incapable of supporting the medium intensity flashing white light, then it may be placed at the base of the appurtenance. If the mounting location does not allow unobstructed viewing of the medium intensity flashing white light by a pilot, then additional lights should be added.

3. *Appurtenances Exceeding 40 feet (12m).* If a rod, antenna, or other appurtenance exceeds 40 feet (12m) above the tip of the main structure, a medium intensity flashing white light should be placed within 40 feet (12m) from the top of the appurtenance. If the appurtenance (such as a whip antenna) is incapable of supporting the light, one or more lights should be mounted on a pole adjacent to the appurtenance. Adjacent installations should not exceed the height of the appurtenance and be within 40 feet (12m) of the tip to allow the pilot an unobstructed view of at least one light.

b. *Intermediate Levels.* At intermediate levels, two beacons (L-865) should be mounted outside at diagonally or diametrically opposite positions of intermediate levels. The lowest light level should not be less than 200 feet (61m) AGL.

c. *Lowest Levels.* The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights. In certain instances, as determined by an FAA aeronautical study, the lowest level of lights may be eliminated.

d. *Structures 500 feet (153m) AGL or Less.* When white lights are used during nighttime and twilight only, marking is required for daytime. When operated 24 hours a day, other methods of marking and lighting are not required.

e. *Structures Exceeding 500 Feet (153m) AGL.* The lights should be used during nighttime and twilight and may be used 24 hours a day. Marking is always required for daytime.

f. *Ice Shields.* Where icing is likely to occur, metal grates or similar protective ice shields should be installed directly over each light unit to prevent falling ice or accumulations from damaging the light units. The light should be mounted in a manner to ensure an unobstructed view of at least one light by a pilot approaching from any direction.

### 63. CONTROL DEVICE

The light intensity is controlled by a device that changes the intensity when the ambient light changes. The system should automatically change intensity steps when the northern sky illumination in the Northern Hemisphere on a vertical surface is as follows:

a. *Twilight-to-Night.* This should not occur before the illumination drops below five foot-candles (53.8

PreWil-01-01436

lux) but should occur before it drops below two foot-candles (21.5 lux).

**b.** *Night-to-Day.* The intensity changes listed in subparagraph 63a above should be reversed when changing from the night to day mode.

## 64. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES

**a.** *Number of Light Units.* The number of units recommended depends on the diameter of the structure at the top. Normally, the top level is on the highest point of a structure. However, the top level of chimney lights may be installed as low as 20 feet (6m) below the top to minimize deposit build-up due to emissions. The number of lights recommended are the minimum. When the structure diameter is:

**1.** *20 Feet (6m) or Less.* Three light units per level.

**2.** *Exceeding 20 Feet (6m) But Not More Than 100 Feet (31m).* Four light units per level.

**3.** *Exceeding 100 Feet (31m) But Not More Than 200 Feet (61m).* Six light units per level.

**4.** *Exceeding 200 Feet (61m).* Eight light units per level.

## 65. GROUP OF OBSTRUCTIONS

When individual objects within a group of obstructions are not the same height and are spaced a maximum of 150 feet (46m) apart, the prominent objects within the group should be lighted in accordance with the standards for individual obstructions of a corresponding height. If the outer structure is shorter than the prominent, the outer structure should be lighted in accordance with the standards for individual obstructions of a corresponding height. Light units should be placed to ensure that the light is visible to a pilot approaching from **any** direction. In addition, at least one medium intensity flashing white light should be installed at the top of a prominent center obstruction or on a special tower located near the center of the group.

## 66. SPECIAL CASES

Where lighting systems are installed on structures located near highways, waterways, airport approach areas, etc., caution should be exercised to ensure that the lights do not distract or otherwise cause a hazard to motorists, vessel operators, or pilots on an approach to an airport. In these cases, shielding may be necessary.

This shielding should not derogate the intended purpose of the lighting system.

## 67. PROMINENT BUILDINGS AND SIMILAR EXTENSIVE OBSTRUCTIONS

When objects within a group of obstructions are approximately the same overall height above the surface and are located a maximum of 150 feet (46m) apart, the group of obstructions may be considered an extensive obstruction. Install light units on the same horizontal plane at the highest portion or edge of prominent obstructions. Light units should be placed to ensure that the light is visible to a pilot approaching from **any** direction. Lights should be displayed to indicate the extent of the obstruction as follows:

**a.** *Structures 150 Feet (46m) or Less in Any Horizontal Direction.* If the structure/extensive obstruction is 150 feet (46m) or less horizontally, at least one light should be displayed on the highest point at each end of the major axis of the obstruction. If this is impractical because of the overall shape, display a double obstruction light in the center of the highest point.

**b.** *Structures Exceeding 150 Feet (46m) in at Least One Horizontal Direction.* If the structure/extensive obstruction exceeds 150 feet (46m) horizontally, display at least one light for each 150 feet (46m) or fraction thereof, of the overall length of the major axis. At least one of these lights should be displayed on the highest point at each end of the obstruction. Additional lights should be displayed at approximately equal intervals not to exceed 150 feet (46m) on the highest points along the edge between the end lights. If an obstruction is located near a landing area and two or more edges are the same height, the edge nearest the landing area should be lighted.

**c.** *Structures Exceeding 150 Feet (46m) AGL.* Lights should be installed on the highest point at each end. At intermediate levels, lights should be displayed for each 150 feet (46m), or fraction thereof. The vertical position of these lights should be equidistant between the top lights and the ground level as the shape and type of obstruction will permit. One such light should be displayed at each outside corner on each level with the remaining lights evenly spaced between the corner lights.

PreWil-01-01437

## CHAPTER 7. HIGH INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS

### 70. PURPOSE

Lighting with high intensity (L-856) flashing white obstruction lights provides the highest degree of conspicuity both day and night. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structutes and overall layout of design.

### 71. STANDARDS

Use high intensity flashing white obstruction lights during daytime with automatically selected reduced intensities for twilight and nighttime operations. When high intensity white lights are operated 24 hours a day, other methods of marking and lighting may be omitted. This system should not be recommended on structures 500 feet (153m) AGL or less unless an FAA aeronautical study shows otherwise.

### 72. CONTROL DEVICE

Light intensity is controlled by a device that changes the intensity when the ambient light changes. The use of a 24-hour high intensity flashing white light system in urban/populated areas is not normally recommended due to their tendency to merge with background lighting in these areas at night. This makes it extremely difficult for some types of aviation operations, i.e., med-evac, and police helicopters to see these structures. The use of this type of system in urban and rural areas often results in complaints.

The system should automatically change intensity steps when the northern sky illumination in the Northern Hemisphere on a vertical surface is as follows:

a. *Day-to-Twilight*. This should not occur before the illumination drops to 60 foot-candles (645.8 lux), but should occur before it drops below 35 foot-candles (376.7 lux). The illuminance-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

b. *Twilight-to-Night*. This should not occur before the illumination drops below five foot-candles (53.8 lux), but should occur before it drops below two foot-candles (21.5 lux).

c. *Night-to-Day*. The intensity changes listed in subparagraph 72 a and b above should be reversed when changing from the night to day mode.

### 73. UNITS PER LEVEL

One or more light units is needed to obtain the desired horizontal coverage. The number of light units recommended per level (except for the supporting structures of catenary wires and buildings) depends upon the average outside diameter of the specific structure, and the horizontal beam width of the light fixture. The light units should be installed in a manner to ensure an unobstructed view of the system by a pilot approaching from any direction. The number of lights recommended are the minimum. When the structure diameter is:

a. *20 Feet (6m) or Less.* Three light units per level.

b. *Exceeding 20 Feet (6m) But Not More Than 100 Feet (31m).* Four light units per level.

c. *Exceeding 100 Feet (31m).* Six light units per level.

### 74. INSTALLATION GUIDANCE

Manufacturing specifications provide for the effective peak intensity of the light beam to be adjustable from zero to 8 degrees above the horizon. Normal installation should place the top light at zero degrees to the horizontal and all other light units installed in accordance with Table 2:

Light Unit Elevation Above the Horizontal

| Height of Light Unit Above Terrain | Degrees of Elevation Above the Horizontal |
|---|---|
| Exceeding 500 feet AGL | 0 |
| 401 feet to 500 feet AGL | 1 |
| 301 feet to 400 feet AGL | 2 |
| 300 feet AGL or less | 3 |

*TBL 2*

a. *Vertical Aiming.* Where terrain, nearby residential areas, or other situations dictate, the light beam may be further elevated above the horizontal. The main beam of light at the lowest level should not strike the ground closer than 3 statute miles (5km) from the structure. If additional adjustments are necessary, the lights may be individually adjusted upward, in 1-degree increments, starting at the bottom. Excessive elevation may reduce its conspicuity by raising the beam above a collision course flight path.

b. *Special Cases.* Where lighting systems are installed on structures located near highways, waterways, airport approach areas, etc., caution should be exercised to ensure that the lights do not distract or otherwise cause a hazard to motorists, vessel operators, or pilots on an approach to an airport. In these cases,

PreWil-01-01438

shielding or an adjustment to the vertical or horizontal light aiming may be necessary. This adjustment should not derogate the intended purpose of the lighting system. Such adjustments may require review action as described in Chapter 1, paragraph 5.

**c.** *Relocation or Omission of Light Units.* Light units should not be installed in such a manner that the light pattern/output is disrupted by the structure.

**1.** *Lowest Level.* The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights. In certain instances, as determined by an FAA aeronautical study, the lowest level of lights may be eliminated.

**2.** *Two Adjacent Structures.* Where two structures are situated within 500 feet (153m) of each other and the light units are installed at the same levels, the sides of the structures facing each other need not be lighted. However, all lights on both structures must flash simultaneously, except for adjacent catenary support structures. Adjust vertical placement of the lights to either or both structures' intermediate levels to place the lights on the same horizontal plane. Where one structure is higher than the other, complete level(s) of lights should be installed on that part of the higher structure that extends above the top of the lower structure. If the structures are of such heights that the levels of lights cannot be placed in identical horizontal planes, then the light units should be placed such that the center of the horizontal beam patterns do not face toward the adjacent structure. For example, structures situated north and south of each other should have the light units on both structures installed on a northwest/southeast and northeast/southwest orientation.

**3.** *Three or More Adjacent Structures.* The treatment of a cluster of structures as an individual or a complex of structures will be determined by the FAA as the result of an aeronautical study, taking into consideration the location, heights, and spacing with other structures.

## 75. ANTENNA OR SIMILAR APPURTENANCE LIGHT

When a structure lighted by a high intensity flashing light system is topped with an antenna or similar appurtenance exceeding 40 feet (12m) in height, a medium intensity flashing white light (L-865) should be placed within 40 feet (12m) from the tip of the

appurtenance. This light should operate 24 hours a day and flash simultaneously with the rest of the lighting system.

## 76. CHIMNEYS, FLARE STACKS, AND SIMILAR SOLID STRUCTURES

The number of light levels depends on the height of the structure excluding appurtenances. Three or more lights should be installed on each level in such a manner to ensure an unobstructed view by the pilot. Normally, the top level is on the highest point of a structure. However, the top level of chimney lights may be installed as low as 20 feet (6m) below the top to minimize deposit build-up due to emissions.

## 77. RADIO AND TELEVISION TOWERS AND SIMILAR SKELETAL STRUCTURES

**a.** *Mounting Lights.* The number of levels recommended depends on the height of the structure, including antennas and similar appurtenances. At least three lights should be installed on each level and mounted to ensure that the effective intensity of the full horizontal beam coverage is not impaired by the structural members.

**b.** *Top Level.* One level of lights should be installed at the highest point of the structure. If the highest point is a rod or antenna incapable of supporting a lighting system, then the top level of lights should be installed at the highest portion of the main skeletal structure. When guy wires come together at the top, it may be necessary to install this level of lights as low as 10 feet (3m) below the top. If the rod or antenna exceeds 40 feet (12m) above the main structure, a medium intensity flashing white light (L-865) should be mounted on the highest point. If the appurtenance (such as a whip antenna) is incapable of supporting a medium intensity light, one or more lights should be installed on a pole adjacent to the appurtenance. Adjacent installation should not exceed the height of the appurtenance and be within 40 feet (12m) of the top to allow an unobstructed view of at least one light.

**c.** *Ice Shields.* Where icing is likely to occur, metal grates or similar protective ice shields should be installed directly over each light unit to prevent falling ice or accumulations from damaging the light units.

## 78. HYPERBOLIC COOLING TOWERS

Light units should be installed in a manner to ensure an unobstructed view of at least two lights by a pilot approaching from **any** direction.

**a.** *Number of Light Units.* The number of units recommended depends on the diameter of the structure

PreWil-01-01439

at the top. The number of lights recommended in the following table are the minimum. When the structure diameter is:

**1.** *20 Feet (6m) or Less.* Three light units per level.

**2.** *Exceeding 20 Feet (6m) But Not More Than 100 Feet (31m).* Four light units per level.

**3.** *Exceeding 100 Feet (31m) But Not More Than 200 Feet (61m).* Six light units per level.

**4.** *Exceeding 200 Feet (61m).* Eight light units per level.

**b.** **Structures Exceeding 600 Feet (183m) AGL.** Structures exceeding 600 feet (183m) AGL should have a second level of light units installed approximately at the midpoint of the structure and in a vertical line with the top level of lights.

## 79. PROMINENT BUILDINGS AND SIMILAR EXTENSIVE OBSTRUCTIONS

When objects within a group of obstructions are approximately the same overall height above the surface and are located not more than 150 feet (46m) apart, the group of obstructions may be considered an extensive obstruction. Install light units on the same horizontal plane at the highest portion or edge of prominent obstructions. Light units should be placed

to ensure that the light is visible to a pilot approaching from **any** direction. These lights may require shielding, such as louvers, to ensure minimum adverse impact on local communities. Extreme caution in the use of high intensity flashing white lights should be exercised.

**a.** **If the Obstruction is 200 feet (61m) or Less in Either Horizontal Dimension,** install three or more light units at the highest portion of the structure in a manner to ensure that at least one light is visible to a pilot approaching from **any** direction. Units may be mounted on a single pedestal at or near the center of the obstruction. If light units are placed more than 10 feet (3m) from the center point of the structure, use a minimum of four units.

**b.** **If the Obstruction Exceeds 200 Feet (61m) in One Horizontal Dimension,** but is 200 feet (61m) or less in the other, two light units should be placed on each of the shorter sides. These light units may either be installed adjacent to each other at the midpoint of the edge of the obstruction or at (near) each corner with the light unit aimed to provide 180 degrees of coverage at each edge. One or more light units should be installed along the overall length of the major axis. These lights should be installed at approximately equal intervals not to exceed a distance of 100 feet (31m) from the corners or from each other.

**c.** **If the Obstruction Exceeds 200 Feet (61m) in Both Horizontal Dimensions,** light units should be equally spaced along the overall perimeter of the obstruction at intervals of 100 feet (31m) or fraction thereof.

PreWil-01-01440

22

Chap 7

PreWil-01-01441

## CHAPTER 8. DUAL LIGHTING WITH RED/MEDIUM INTENSITY FLASHING WHITE SYSTEMS

### 80. PURPOSE

This dual lighting system includes red lights (L-864) for nighttime and medium intensity flashing white lights (L-865) for daytime and twilight use. This lighting system may be used in lieu of operating a medium intensity flashing white lighting system at night. There may be some populated areas where the use of medium intensity at night may cause significant environmental concerns. The use of the dual lighting system should reduce/mitigate those concerns. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

### 81. INSTALLATION

The light units should be installed as specified in the appropriate portions of Chapters 4, 5, and 6. The number of light levels needed may be obtained from Appendix 1.

### 82. OPERATION

Lighting systems should be operated as specified in Chapter 3. Both systems should not be operated at the same time; however, there should be no more than a 2-second delay when changing from one system to the other. Outage of one of two lamps in the uppermost red beacon (L-864 incandescent unit) or outage of any uppermost red light shall cause the white obstruction light system to operate in its specified "night" step intensity.

### 83. CONTROL DEVICE

The light system is controlled by a device that changes the system when the ambient light changes. The system should automatically change steps when

the northern sky illumination in the Northern Hemisphere on a vertical surface is as follows:

a. *Twilight-to-Night*. This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

b. *Night-to-Day*. The intensity changes listed in subparagraph 83 a above should be reversed when changing from the night to day mode.

### 84. ANTENNA OR SIMILAR APPURTENANCE LIGHT

When a structure utilizing this dual lighting system is topped with an antenna or similar appurtenance exceeding 40 feet (12m) in height, a medium intensity flashing white (L-865) and a red flashing beacon (L-864) should be placed within 40 feet (12m) from the tip of the appurtenance. The white light should operate during daytime and twilight and the red light during nighttime. These lights should flash simultaneously with the rest of the lighting system.

### 85. OMISSION OF MARKING

When medium intensity white lights are operated on structures 500 feet (153m) AGL or less during daytime and twilight, other methods of marking may be omitted.

PreWil-01-01442

24

Chap 8

PreWil-01-01443

## CHAPTER 9. DUAL LIGHTING WITH RED/HIGH INTENSITY FLASHING WHITE SYSTEMS

**90. PURPOSE**

This dual lighting system includes red lights (L-864) for nighttime and high intensity flashing white lights (L-856) for daytime and twilight use. This lighting system may be used in lieu of operating a flashing white lighting system at night. There may be some populated areas where the use of high intensity lights at night may cause significant environmental concerns and complaints. The use of the dual lighting system should reduce/mitigate those concerns. Recommendations on lighting structures can vary depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, number of structures and overall layout of design.

**91. INSTALLATION**

The light units should be installed as specified in the appropriate chapters of Chapters 4, 5, and 7. The number of light levels needed may be obtained from Appendix 1.

**92. OPERATION**

Lighting systems should be operated as specified in Chapters 4, 5, and 7. Both systems should not be operated at the same time; however, there should be no more than a 2-second delay when changing from one system to the other. Outage of one of two lamps in the uppermost red beacon (L-864 incandescent unit) or outage of any uppermost red light shall cause the white obstruction light system to operate in its specified "night" step intensity.

**93. CONTROL DEVICE**

The light intensity is controlled by a device that changes the intensity when the ambient light changes.

The system should automatically change intensity steps when the northern sky illumination in the Northern Hemisphere on a vertical surface is as follows:

   **a.** *Day-to-Twilight.* This should not occur before the illumination drops to 60 foot-candles (645.8 lux) but should occur before it drops below 35 foot-candles (376.7 lux). The illuminance-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

   **b.** *Twilight-to-Night.* This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

   **c.** *Night-to-Day.* The intensity changes listed in subparagraph 93 a and b above should be reversed when changing from the night to day mode.

**94. ANTENNA OR SIMILAR APPURTENANCE LIGHT**

When a structure utilizing this dual lighting system is topped with an antenna or similar appurtenance exceeding 40 feet (12m) in height, a medium intensity flashing white light (L-865) and a red flashing beacon (L-864) should be placed within 40 feet (12m) from the tip of the appurtenance. The white light should operate during daytime and twilight and the red light during nighttime.

**95. OMISSION OF MARKING**

When high intensity white lights are operated during daytime and twilight, other methods of marking may be omitted.

PreWil-01-01444

Chap 9

PreWil-01-01445

### CHAPTER 10. MARKING AND LIGHTING OF CATENARY AND CATENARY SUPPORT STRUCTURES

#### 100. PURPOSE

This chapter provides guidelines for marking and lighting catenary and catenary support structures. The recommended marking and lighting of these structures is intended to provide day and night conspicuity and to assist pilots in identifying and avoiding catenary wires and associated support structures.

#### 101. CATENARY MARKING STANDARDS

Lighted markers are available for increased night conspicuity of high-voltage (69KV or greater) transmission line catenary wires. These markers should be used on transmission line catenary wires near airports, heliports, across rivers, canyons, lakes, etc. The lighted markers should be manufacturer certified as recognizable from a minimum distance of 4,000 feet (1219m) under nighttime conditions, minimum VFR conditions or having a minimum intensity of at least 32.5 candela. The lighting unit should emit a steady burning red light. They should be used on the highest energized line. If the lighted markers are installed on a line other than the highest catenary, then markers specified in paragraph 34 should be used in addition to the lighted markers. (The maximum distance between the line energizing the lighted markers and the highest catenary above the lighted marker should be no more than 20 feet (6m).) Markers should be distinctively shaped, i.e., spherical, cylindrical, so they are not mistaken for items that are used to convey other information. They should be visible in all directions from which aircraft are likely to approach. The area in the immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's lights. Where a catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide a full coverage.

**a.** *Size and Color.* The diameter of the markers used on extensive catenary wires across canyons, lakes, rivers, etc., should be not less than 36 inches (91cm). Smaller 20-inch (51cm) markers are permitted on less extensive power lines or on power lines below 50 feet (15m) above the ground and within 1,500 feet (458m) of an airport runway end. Each marker should be a solid color such as aviation orange, white, or yellow.

**b.** *Installation.*

**1.** *Spacing.* Lighted markers should be spaced equally along the wire at intervals of approximately 200 feet (61m) or a fraction thereof. Intervals between

markers should be less in critical areas near runway ends, i.e., 30 to 50 feet (10m to 15m). If the markers are installed on a line other than the highest catenary, then markers specified in paragraph 34 should be used in addition to the lighted markers. The maximum distance between the line energizing the lighted markers and the highest catenary above the markers can be no more than 20 feet (6m). The lighted markers may be installed alternately along each wire if the distance between adjacent markers meets the spacing standard. This method allows the weight and wind loading factors to be distributed.

**2.** *Pattern.* An alternating color scheme provides the most conspicuity against all backgrounds. Mark overhead wires by alternating solid colored markers of aviation orange, white, and yellow. Normally, an orange marker is placed at each end of a line and the spacing is adjusted (not to exceed 200 feet (61m)) to accommodate the rest of the markers. When less than four markers are used, they should all be aviation orange.

#### 102. CATENARY LIGHTING STANDARDS

When using medium intensity flashing white (L-866), high intensity flashing white (L-857), dual medium intensity (L-866/L-885) or dual high intensity (L-857/885) lighting systems, operated 24 hours a day, other marking of the support structure is not necessary.

**a.** *Levels.* A system of three levels of sequentially flashing light units should be installed on each supporting structure or adjacent terrain. Install one level at the top of the structure, one at the height of the lowest point in the catenary and one level approximately midway between the other two light levels. The middle level should normally be at least 50 feet (15m) from the other two levels. The middle light unit may be deleted when the distance between the top and the bottom light levels is less than 100 feet (30m).

**1.** *Top Levels.* One or more lights should be installed at the top of the structure to provide 360-degree coverage ensuring an unobstructed view. If the installation presents a potential danger to maintenance personnel, or when necessary for lightning protection, the top level of lights may be mounted as low as 20 feet (6m) below the highest point of the structure.

**2.** *Horizontal Coverage.* The light units at the middle level and bottom level should be installed so as to provide a minimum of 180-degree coverage centered perpendicular to the flyway. Where a catenary crossing is situated near a bend in a river, canyon, etc., or is not perpendicular to the flyway, the

PreWil-01-01446

horizontal beam should be directed to provide the most effective light coverage to warn pilots approaching from either direction of the catenary wires.

3. **Variation.** The vertical and horizontal arrangements of the lights may be subject to the structural limits of the towers and/or adjacent terrain. A tolerance of 20 percent from uniform spacing of the bottom and middle light is allowed. If the base of the supporting structure(s) is higher than the lowest point in the catenary, such as a canyon crossing, one or more lights should be installed on the adjacent terrain at the level of the lowest point in the span. These lights should be installed on the structure or terrain at the height of the lowest point in the catenary.

b. **Flash Sequence.** The flash sequence should be middle, top, and bottom with all lights on the same level flashing simultaneously. The time delay between flashes of levels is designed to present a unique system display. The time delay between the start of each level of flash duration is outlined in FAA AC 150/5345-43, Specification for Obstruction Lighting Equipment.

c. **Synchronization.** Although desirable, the corresponding light levels on associated supporting towers of a catenary crossing need not flash simultaneously.

d. **Structures 500 feet (153m) AGL or Less.** When medium intensity white lights (L-866) are operated 24 hours a day, or when a dual red/medium intensity system (L-866 daytime & twilight/L-885 nighttime) is used, marking can be omitted. When using a medium intensity white light (L-866) or a flashing red light (L-885) during twilight or nighttime only, painting should be used for daytime marking.

e. **Structures Exceeding 500 Feet (153m) AGL.** When high intensity white lights (L-857) are operated 24 hours a day, or when a dual red/high intensity system (L-857 daytime and twilight/L-885 nighttime) is used, marking can be omitted. This system should not be recommended on structures 500 feet (153m) or less unless an FAA aeronautical study shows otherwise. When a flashing red obstruction light (L-885), a medium intensity (L-866) flashing white lighting system or a high intensity white lighting system (L-857) is used for nighttime and twilight only, painting should be used for daytime marking.

## 103. CONTROL DEVICE

The light intensity is controlled by a device (photocell) that changes the intensity when the ambient light changes. The lighting system should automatically change intensity steps when the northern sky illumination in the Northern Hemisphere on a vertical surface is as follows:

a. **Day-to-Twilight (L-857 System).** This should not occur before the illumination drops to 60 foot-candles (645.8 lux), but should occur before it drops below 35 foot-candles (376.7 lux). The illuminant-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

b. **Twilight-to-Night (L-857 System).** This should not occur before the illumination drops below 5 foot-candles (53.8 lux), but should occur before it drops below 2 foot-candles (21.5 lux).

c. **Night-to-Day.** The intensity changes listed in subparagraph 103 a. and b. above should be reversed when changing from the night to day mode.

d. **Day-to-Night (L-866 or L-885/L-866).** This should not occur before the illumination drops below 5 foot-candles (563.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

e. **Night-to-Day.** The intensity changes listed in subparagraph d. above should be reversed when changing from the night to day mode.

f. **Red Obstruction (L-885).** The red lights should not turn on until the illumination drops below 60 foot-candles (645.8 lux) but should occur before reaching a level of 35 foot-candles (367.7 lux). Lights should not turn off before the illuminance rises above 35 foot-candles (367.7 lux), but should occur before reaching 60 foot-candles (645.8 lux).

## 104. AREA SURROUNDING CATENARY SUPPORT STRUCTURES

The area in the immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's lights.

## 105. THREE OR MORE CATENARY SUPPORT STRUCTURES

Where a catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide a full 360-degree coverage.

PreWil-01-01447

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 87 of 208 PageID #: 1225

## CHAPTER 11. MARKING AND LIGHTING MOORED BALLOONS AND KITES

### 110. PURPOSE

The purpose of marking and lighting moored balloons, kites, and their cables or mooring lines is to indicate the presence and general definition of these objects to pilots when converging from any normal angle of approach.

### 111. STANDARDS

These marking and lighting standards pertain to all moored balloons and kites that require marking and lighting under 14 CFR, part 101.

### 112. MARKING

Flag markers should be used on mooring lines to warn pilots of their presence during daylight hours.

**a. Display.** Markers should be displayed at no more than 50-foot (15m) intervals and should be visible for at least 1 statute mile.

**b. Shape.** Markers should be rectangular in shape and not less than 2 feet (0.6m) on a side. Stiffeners should be used in the borders so as to expose a large area, prevent drooping in calm wind, or wrapping around the cable.

**c. Color Patterns.** One of the following color patterns should be used:

**1. Solid Color.** Aviation orange.

**2. Orange and White.** Two triangular sections, one of aviation orange and the other white, combined to form a rectangle.

### 113. PURPOSE

Flashing obstruction lights should be used on moored balloons or kites and their mooring lines to warn pilots of their presence during the hours between sunset and sunrise and during periods of reduced visibility. These lights may be operated 24 hours a day.

**a. Systems.** Flashing red (L-864) or white beacons (L-865) may be used to light moored balloons or kites. High intensity lights (L-856) are not recommended.

**b. Display.** Flashing lights should be displayed on the top, nose section, tail section, and on the tether cable approximately 15 feet (4.6m) below the craft so as to define the extremes of size and shape. Additional lights should be equally spaced along the cable's overall length for each 350 feet (107m) or fraction thereof.

**c. Exceptions.** When the requirements of this paragraph cannot be met, floodlighting may be used.

### 114. OPERATIONAL CHARACTERISTICS

The light intensity is controlled by a device that changes the intensity when the ambient light changes. The system should automatically turn the lights on and change intensities as ambient light condition change. The reverse order should apply in changing from nighttime to daytime operation. The lights should flash simultaneously.

PreWil-01-01448

Chap 11

PreWil-01-01449

## CHAPTER 12. MARKING AND LIGHTING EQUIPMENT AND INFORMATION

### 120. PURPOSE

This chapter lists documents relating to obstruction marking and lighting systems and where they may be obtained.

### 121. PAINT STANDARD

Paint and aviation colors/gloss, referred to in this publication should conform to Federal Standard FED-STD-595. Approved colors shall be formulated without the use of Lead, Zinc Chromate or other heavy metals to match International Orange, White and Yellow. All coatings shall be manufactured and labeled to meet Federal Environmental Protection Act Volatile Organic Compound(s) guidelines, including the National Volatile Organic Compound Emission Standards for architectural coatings.

**a. Exterior Acrylic Waterborne Paint.** Coating should be a ready mixed, 100% acrylic, exterior latex formulated for application directly to galvanized surfaces. Ferrous iron and steel or non-galvanized surfaces shall be primed with a manufacturer recommended primer compatible with the finish coat.

**b. Exterior Solventborne Alkyd Based Paint.** Coating should be ready mixed, alkyd-based, exterior enamel for application directly to non-galvanized surfaces such as ferrous iron and steel. Galvanized surfaces shall be primed with a manufacturer primer compatible with the finish coat.

**Paint Standards Color Table**

| COLOR | NUMBER |
|-------|--------|
| Orange | 12197 |
| White | 17875 |
| Yellow | 13538 |

*TBL 3*

*Note-*
*1 Federal specification T1-P-59, aviation surface paint, ready mixed international orange.*

*2. Federal specification T1-102, aviation surface paint, oil titanium zinc.*

*3. Federal specification T1-102, aviation surface paint, oil, exterior, ready mixed, white and light tints.*

### 122. AVAILABILITY OF SPECIFICATIONS

Federal specifications describing the technical characteristics of various paints and their application techniques may be obtained from:

| GSA- Specification Branch |
|---|
| 470 L'Enfant Plaza |
| Suite 8214 |
| Washington, DC 20407 |
| Telephone: (202) 619-8925 |

### 123. LIGHTS AND ASSOCIATED EQUIPMENT

The lighting equipment referred to in this publication should conform to the latest edition of one of the following specifications, as applicable:

**a. Obstruction Lighting Equipment.**

1. AC 150/5345-43, FAA Specification for Obstruction Lighting Equipment.

2. Military Specifications MIL-L-6273, Light, Navigational, Beacon, Obstacle or Code, Type G-1.

3. Military Specifications MIL-L-7830, Light Assembly, Markers, Aircraft Obstruction.

**b. Certified Equipment.**

1. AC 150/5345-53, Airport Lighting Certification Program, lists the manufacturers that have demonstrated compliance with the specification requirements of AC 150/5345-43.

2. Other manufacturers' equipment may be used provided that equipment meets the specification requirements of AC 150/5345-43.

**c. Airport Lighting Installation and Maintenance.**

1. AC 150/5340-21, Airport Miscellaneous Lighting Visual Aids, provides guidance for the installation, maintenance, testing, and inspection of obstruction lighting for airport visual aids such as airport beacons, wind cones, etc.

2. AC 150/5340-26, Maintenance of Airport Visual Aid Facilities, provides guidance on the maintenance of airport visual aid facilities.

**d. Vehicles.**

1. AC 150/5210-5, Painting, Marking, and Lighting of Vehicles Used on an Airport, contains provisions for marking vehicles principally used on airports.

2. FAA Facilities. Obstruction marking for FAA facilities shall conform to FAA Drawing Number D-5480, referenced in FAA Standard FAA-STD-003, Paint Systems for Structures.

PreWil-01-01450

## 124. AVAILABILITY

The standards and specifications listed above may be obtained free of charge from the below-indicated office:

### a. *Military Specifications:*

Standardization Document Order Desk
700 Robbins Avenue
Building #4, Section D
Philadelphia, PA 19111-5094

### b. *FAA Specifications:*

Manager, ASD-110
Department of Transportation
Document Control Center
Martin Marietta/Air Traffic Systems
475 School St., SW.
Washington, DC 20024
Telephone: (202) 646-2047
FAA Contractors Only

### c. *FAA Advisory Circulars:*

Department of Transportation
TASC
Subsequent Distribution Office, SVC-121.23
Ardmore East Business Center
3341 Q 75th Avenue
Landover, MD 20785
Telephone: (301) 322-4961

PreWil-01-01451

## CHAPTER 13. MARKING AND LIGHTING WIND TURBINE FARMS

**130. PURPOSE**

This chapter provides guidelines for the marking and lighting of wind turbine farms. For the purposes of this advisory circular, wind turbine farms are defined as a wind turbine development that contains more than three (3) turbines of heights over 200 feet above ground level. The recommended marking and lighting of these structures is intended to provide day and night conspicuity and to assist pilots in identifying and avoiding these obstacles.

**131. GENERAL STANDARDS**

The development of wind turbine farms is a very dynamic process, which constantly changes based on the differing terrain they are built on. Each wind turbine farm is unique; therefore it is important to work closely with the sponsor to determine a lighting scheme that provides for the safety of air traffic. The following are guidelines that are recommended for wind turbine farms. Consider the proximity to airports and VFR routes, extreme terrain where heights may widely vary, and local flight activity when making the recommendation.

a. Not all wind turbine units within an installation or farm need to be lighted. Definition of the periphery of the installation is essential; however, lighting of interior wind turbines is of lesser importance unless they are taller than the peripheral units.

b. Obstruction lights within a group of wind turbines should have unlighted separations or gaps of no more than ½ statute mile if the integrity of the group appearance is to be maintained. This is especially critical if the arrangement of objects is essentially linear.

c. Any array of flashing or pulsed obstruction lighting should be synchronized or flash simultaneously.

d. Nighttime wind turbine obstruction lighting should consist of the preferred FAA L-864 aviation red-colored flashing lights.

e. White strobe fixtures (FAA L-865) may be used in lieu of the preferred L-864 red flashing lights, but must be used alone without any red lights, and must be positioned in the same manner as the red flashing lights.

f. The white paint most often found on wind turbine units is the most effective daytime early warning device. Other colors, such as light gray or blue, appear to be significantly less effective in providing daytime warning. Daytime lighting of wind turbine farms is not required, as long as the turbine structures are painted in a bright white color or light off-white color most often found on wind turbines.

**132. WIND TURBINE CONFIGURATIONS –** Prior to recommending marking and lighting, determine the configuration and the terrain of the wind turbine farm. The following is a description of the most common configurations.

a. Linear – wind turbine farms in a line-like arrangement, often located along a ridge line, the face of a mountain or along borders of a mesa or field. The line may be ragged in shape or be periodically broke, and may vary in size from just a few turbines up to 20 miles long.

b. Cluster – turbine farms where the turbines are placed in circles like groups on top of a mesa, or within a large field. A cluster is typically characterized by having a pronounced perimeter, with various turbines placed inside the circle at various, erratic distances throughout the center of the circle.

c. Grid – turbine farms arranged in a geographical shape such as a square or a rectangle, where each turbine is set a consistent distance from each other in rows, giving the appearance that they are part of a square like pattern.

**133. MARKING STANDARDS**

The bright white or light off-white paint most often found on wind turbines has been shown to be most effective, and if used, no lights are required during the daytime. However, if darker paint is used, wind turbine marking should be supplemented with daytime lighting, as required.

**134. LIGHTING STANDARDS**

a. Flashing red (L864), or white (L-865) lights may be used to light wind turbines. Studies have shown that red lights are most effective, and should be the first consideration for lighting recommendations of wind turbines.

b. Obstruction lights should have unlighted separations or gaps of no more than ½ mile. Lights should flash simultaneously. Should the synchronization of the lighting system fail, a lighting outage report should be made in accordance with paragraph 23 of this advisory circular. Light fixtures should be placed as high as possible on the turbine nacelle, so as to be visible from 360 degrees.

PreWil-01-01452

c. Linear Turbine Configuration. Place a light on each turbine positioned at each end of the line or string of turbines. Lights should be no more than ½ statute mile, or 2640 feet from the last lit turbine. In the event the last segment is significantly short, push the lit turbines back towards the starting point to present a well balanced string of lights. High concentrations of lights should be avoided.

d. Cluster Turbine Configuration. Select a starting point among the outer perimeter of the cluster. This turbine should be lit, and a light should be placed on the next turbine so that no more than a ½ statute mile gap exists. Continue this pattern around the perimeter. If the distance across the cluster is greater than 1 mile, and/or the terrain varies by more than 100 feet, place one or more lit turbines at locations throughout the center of the cluster.

e. Grid Turbine Configuration. Select each of the defined corners of the layout to be lit, and then utilize the same concept of the cluster configuration as outlined in paragraph d.

f. Special Considerations. On occasion, one or two turbines may be located apart from the main grouping of turbines. If one or two turbines protrude from the general limits of the turbine farm, these turbines should be lit.

PreWil-01-01453

**APPENDIX 1:  Specifications for Obstruction Lighting Equipment Classification**

**APPENDIX**

| Type | Description |
|------|-------------|
| L-810 | Steady-burning Red Obstruction Light |
| L-856 | High Intensity Flashing White Obstruction Light (40 FPM) |
| L-857 | High Intensity Flashing White Obstruction Light (60 FPM) |
| L-864 | Flashing Red Obstruction Light (20-40 FPM) |
| L-865 | Medium Intensity Flashing White Obstruction Light (40-FPM) |
| L-866 | Medium Intensity Flashing White Obstruction Light (60-FPM) |
| L-864/L-865 | Dual: Flashing Red Obstruction Light (20-40 FPM) and Medium Intensity Flashing White Obstruction Light (40 FPM) |
| L-885 | Red Catenary 60 FPM |
| FPM = Flashes Per Minute | |

*TBL 4*

PreWil-01-01454

PAINTING AND/OR DUAL LIGHTING OF CHIMNEYS, POLES, TOWERS, AND SIMILAR STRUCTURES



FIG 1

PreWil-01-01455



Intermediate lighting not shown. Overall AGL height if more than 200' (61m), but not more than 500' (153m).

*FIG 2*

PreWil-01-01456

PAINTING AND LIGHTING OF WATER TOWERS, STORAGE TANKS, AND SIMILAR STRUCTURES



The number of light units recommended depends on the diameter of the structure

More than 150ft. (45m) but not more than 250ft. (77m)

More than 150ft. (45m) but not more than 250ft. (77m)

*FIG 3*

PreWil-01-01457

PAINTING AND LIGHTING OF WATER TOWERS ANDE SIMILAR STRUCTURES



The number of light units recommended depends on the diameter of the structure

= L-864

= L-810

More than 150 ft. (45m) but not more than 250ft. (77m)

*FIG 4*

Appendix 1

A1-5

PreWil-01-01458

PAINTING OF SINGLE PEDESTAL WATER TOWER BY TEARDROP PATTERN



*FIG 5*

PreWil-01-01459



LIGHTING ADJACENT STRUCTURES
Inboard lights recommended on all levels
above height of shorter structure

Inboard lights
may be omitted

795'
(242m)

534'
(163m)

800'
(244m)

267'
(81m)

545'
(166m)

275'
(84m)

270'
(82m)

550'
(168m)

Minor adjustments in vertical placement may be made
to place lights on same horizontal plane.
Lights on both structures be synchronized

*FIG 6*

Appendix 1                                                          A1-7

PreWil-01-01460

Lighting Adjacent Structure







*FIG 7*

PreWil-01-01461

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 101 of 208 PageID #: 1239

Lighting Adjacent Structure



a-20' (6m) or less



b-Exceeding 20' (6m) but
not more than 100' (31m)



250' AGL
(77m)



1/3

1/3

1/3

800' AGL
(244m)

*FIG 8*

PreWil-01-01462

AC 70/7460-1K CHG 1                                                        8/1/00

## HYPERBOLIC COOLING TOWER



The number of light units recommended depends on the diameter of the structure

a-Exceeding 100' (31m)

*FIG 9*

AI-10                                                        Appendix 1

**PreWil-01-01463**

**BRIDGE LIGHTING**



*FIG 10*

Appendix 1

A1-11

PreWil-01-01464

## TYPICAL LIGHTING OF A STAND ALONE WIND TURBINE



Front View



Side View

*FIG 11*

**PreWil-01-01465**

8/1/00                                                      AC 70/7460-1K CHG 1

WIND TURBINE GENERATOR



*FIG 12*

Appendix 1                                                      A1-13

**PreWil-01-01466**

AC 70/7460-1K CHG 1                                                    8/1/00



FIG 13

A1-14                                                                 Appendix 1

PreWil-01-01467

MEDIUM INTENSITY WHITE
OBSTRUCTION LIGHTING
STANDARDS (FAA Style D)

Day/Twilight Protection = 20,000cd White Strobe
Night Protection = 2,000cd White Strobe
Painting of tower is typically not required.

351'–500'
(106m–152m)

1/2 but not lower
than 200 feet (61m)

200'–350'
(61m–106m)

D–1        D–2

— L-855 Flashing White Strobe

FIG 14

Appendix 1

A1-15



**HIGH INTENSITY OBSTRUCTION LIGHTING STANDARDS (FAA Style B)**

Day Protection = 200,000cd White Strobe
Twilight Protection = 20,000cd White Strobe
Night Protection = 2,000cd White Strobe

FIG 15

PreWil-01-01469



**HIGH INTENSITY OBSTRUCTION LIGHTING STANDARDS (FAA Style C)**

Day Protection = 200,000cd White Strobe
Twilight Protection = 20,000cd White Strobe
Night Protection = 2,000cd White Strobe

FIG 16

PreWil-01-01470



# MEDIUM INTENSITY DUAL OBSTRUCTION LIGHTING STANDARDS (FAA Style E)

Day/Twilight Protection = 20,000cd White Strobe
Night Protection = 2,000cd Red Strobe and sidelights
Painting of tower is typically not required.

351'–500'
(107m–152m)

1/2 but not lower
than 200 feet (61m)

200'–350'
(61m–107m)

E–1          E–2

~ L–864/L–865 Flashing
  Dual (White/Red) Strobe

~ L–810 Obstruction Light

FIG 17

A1-18                                                    Appendix 1



FIG 18

PreWil-01-01472

## APPENDIX 2. Miscellaneous

### 1. RATIONALE FOR OBSTRUCTION LIGHT INTENSITIES.

Sections 91.117, 91.119 and 91.155 of the FAR Part 91, General Operating and Flight Rules, prescribe aircraft speed restrictions, minimum safe altitudes, and basic visual flight rules (VFR) weather minimums for governing the operation of aircraft, including helicopters, within the United States.

### 2. DISTANCE VERSUS INTENSITIES.

TBL 5 depicts the distance the various intensities can be seen under 1 and 3 statute miles meteorological visibilities:

**Distance/Intensity Table**

| Time Period | Meteorological Visibility Statute Miles | Distance Statute Miles | Intensity Candelas |
|---|---|---|---|
| Night | | 2.9 (4.7km) | 1,500 (+/- 25%) |
| | 3 (4.8km) | 3.1 (4.9km) | 2,000 (+/- 25%) |
| | | 1.4 (2.2km) | 32 |
| Day | | 1.5 (2.4km) | 200,000 |
| | 1 (1.6km) | 1.4 (2.2km) | 100,000 |
| | | 1.0 (1.6km) | 20,000 (+/- 25%) |
| Day | | 3.0 (4.8km) | 200,000 |
| | 3 (4.8km) | 2.7 (4.3km) | 100,000 |
| | | 1.8 (2.9km) | 20,000 (+/- 25%) |
| Twilight | 1 (1.6km) | 1.0 (1.6km) to 1.5 (2.4km) | 20,000 (+/- 25%)? |
| Twilight | 3 (4.8km) | 1.8 (2.9km) to 4.2 (6.7km) | 20,000 (+/- 25%)? |

*Note-*
*1. DISTANCE CALCULATED FOR NORTH SKY ILLUMINANCE.*

*TBL 5*

### 3. CONCLUSION.

Pilots of aircraft travelling at 165 knots (190 mph/306kph) or less should be able to see obstruction lights in sufficient time to avoid the structure by at least 2,000 feet (610m) horizontally under all conditions of operation, provided the pilot is operating in accordance with FAR Part 91. Pilots operating between 165 knots (190 mph/303 km/h) and 250 knots (288 mph/463 kph) should be able to see the obstruction lights unless the weather deteriorates to 3 statute miles (4.8 kilometers) visibility at night, during which time period 2,000 candelas would be required to see the lights at 1.2 statute miles (1.9km). A higher intensity, with 3 statute miles (4.8 kilometers) visibility at night, could generate a residential annoyance factor. In addition, aircraft in these speed ranges can normally be expected to operate under instrument flight rules (IFR) at night when the visibility is 1 statute mile (1.6 kilometers).

### 4. DEFINITIONS.

a. Flight Visibility. The average forward horizontal distance, from the cockpit of an aircraft in flight, at which prominent unlighted objects may be seen and identified by day and prominent lighted objects may be seen and identified by night.

*Reference-*
*AIRMAN'S INFORMATION MANUAL*
*PILOT/CONTROLLER GLOSSARY.*

b. Meteorological Visibility. A term that denotes the greatest distance, expressed in statute miles, that selected objects (visibility markers) or lights of moderate intensity (25 candelas) can be seen and identified under specified conditions of observation.

PreWil-01-01473

**5. LIGHTING SYSTEM CONFIGURATION.**

a. *Configuration A.* Red lighting system.

b. *Configuration B.* High Intensity White Obstruction Lights (including appurtenance lighting).

c. *Configuration C.* Dual Lighting System - High Intensity White & Red (including appurtenance lighting).

d. *Configuration D.* Medium Intensity White Lights (including appurtenance lighting).

e. *Configuration E.* Dual Lighting Systems - Medium Intensity White & Red (including appurtenance lighting).

*Example-*
*"CONFIGURATION B 3" DENOTES A HIGH INTENSITY LIGHTING SYSTEM WITH THREE LEVELS OF LIGHT.*

PreWil-01-01474

10/8/2016                                                          AC 70/7460-1L CHG1



U.S. Department
of Transportation
**Federal Aviation
Administration**

# Advisory Circular

| | | |
|---|---|---|
| **Subject:** Obstruction Marking and Lighting | **Date:** 10/8/2016 | **AC No.** 70/7460-1L |
| | **Initiated By:** AJV-15 | **Change:** 1 |

1. **Purpose.** This Advisory Circular (AC) sets forth standards for marking and lighting obstructions that have been deemed to be a hazard to air navigation. The change number and date of the change material are located at the top of the page.

2. **Effective Date.** This change is effective October 8, 2016.

3. **Explanation of Changes.**

    a. Page 2-2. Paragraph 2.4.3 Note 2 stated NOTAMS were automatically deleted from the system after 15 days and the sponsor was responsible for calling outage reporting to extend the outage date or to report a return to service date. This paragraph has been deleted. Tower owners now have the option to select the amount of time their NOTAMS remain active.

    b. Page A-1. Appendix A, Specifications for Obstruction Lighting Equipment Classification, Table A-1 FAA-Approved Obstruction Lighting Fixtures indicated:
    > L-885 – *Low Intensity Flashing* – RED
    > It has been changed to L-885 Flashing Obstruction Light (60 FPM) – RED

    c. Entire publication. Additional editorial/format changes were made where necessary. Revision bars were not used because of the insignificant nature of these changes.

Gary A. Norek
Director, Airspace Services

i

PreWil-01-06395

10/8/2016                                                    AC 70/7460-1L CHG1



U.S. Department
of Transportation

**Federal Aviation
Administration**

# Advisory
# Circular

| | | |
|---|---|---|
| **Subject:** Obstruction Marking and Lighting | **Date:** 10/07/2016 | **AC No.** 70/7460-1L |
| | **Initiated By:** AJV-15 | **Change:** 1 |

4.   **Purpose.**
     This Advisory Circular (AC) sets forth standards for marking and lighting obstructions
     that have been deemed to be a hazard to navigable airspace. Advisory Circular 70/7460-
     1L is effective immediately.

5.   **Cancellation.**
     Advisory Circular 70/7460-1K, Obstruction Lighting and Marking, dated February 1,
     2007, is cancelled.

6.   **Principal Changes.**
     The principal changes in this AC are:

     1.   The height of a structure identified as an obstruction has been lowered from 500
          feet above ground level (AGL) to 499 feet above ground level, by amendment to
          Title 14 Code of Federal Regulations (14 CFR) Part 77, *Safe, Efficient Use, and
          Preservation of the Navigable Airspace* (75 Federal Register 42303, July 21, 2010).
          Accordingly, all structures that are above 499 feet AGL are considered obstructions
          and the Federal Aviation Administration (FAA) will study them to determine their
          effect on the navigable airspace.  This will ensure that all usable airspace at and
          above 500 feet AGL is addressed during an aeronautical study and that this airspace
          is protected from obstructions that may create a hazard to air navigation.

     2.   Standards for voluntary marking of meteorological evaluation towers (METs), less
          than 200 feet above ground level (AGL), has been added to provide
          recommendations towards increasing conspicuity of these structures, particularly
          for low-level agricultural flight operations.  These standards include those for
          lighting and marking of the tower and associated guy wires.

ii

PreWil-01-06396

3. A new Chapter 14, Aircraft Detection Lighting Systems, has been added to provide performance standards for these types of systems.

4. New lighting and marking standards are provided to reduce impact on migratory bird populations.

5. Medium-intensity white and medium-intensity dual obstruction light are now authorized on towers up to and including 700 feet AGL.

6. Editorial changes have been made.

7. **Related Reading Material.**

   1. Advisory Circular 150/5345-43, Specification of Obstruction Marking and Lighting.

   2. 14 CFR Part 77, Safe, Efficient Use and Preservation of the Navigable Airspace.

8. **Application.**
   The FAA recommends the guidelines and standards in this AC for determining the proper way to light and mark obstructions affecting navigable airspace. This AC does not constitute a regulation and, in general, is not mandatory. However, a sponsor proposing any type of construction or alteration of a structure that may affect the National Airspace System (NAS) is required under the provisions of Title 14 Code of Federal Regulations to notify the FAA by completing the Notice of Proposed Construction or Alteration form (FAA Form 7460-1). These guidelines may become mandatory as part of the FAA's determination and should be followed on a case-by-case basis, as required.

9. **Comments or Suggestions.**
   Direct comments or suggestions regarding this AC to:

   Manager, Obstruction Evaluation Group
   Federal Aviation Administration
   ATTN: AJV-15
   800 Independence Avenue, S.W.
   Washington, DC 20591

PreWil-01-06397

10/8/2016                                                    AC 70/7460-1L CHG1

## CONTENTS

**Paragraph**                                                        **Page**

**CHAPTER 1. ADMINISTRATIVE AND GENERAL PROCEDURES** ........................... 1-1

1.1   Reporting Requirements. ....................................................................... 1-1

1.2   Preconstruction Notice. ......................................................................... 1-1

1.3   FAA Acknowledgement. ........................................................................ 1-1

1.4   Supplemental Notice Requirement. ....................................................... 1-1

1.5   Modifications and Deviations. ............................................................... 1-2

1.6   Additional Notification. ......................................................................... 1-3

**CHAPTER 2. GENERAL** ................................................................................ 2-1

2.1   Structures to be Marked and Lighted. .................................................... 2-1

2.2   Guyed Structures. .................................................................................. 2-1

2.3   Marking and Lighting Equipment. ......................................................... 2-1

2.4   Light Failure Notification. ..................................................................... 2-2

2.5   Notification of Restoration. .................................................................... 2-2

2.6   Federal Communications Commission (FCC) Requirement. .................. 2-2

2.7   Voluntary Marking of Meteorological Evaluation Towers (METs) Less Than 200 Feet (61
      m) AGL. ................................................................................................ 2-3

2.8   Obstruction Height Definition Changed to 499 Feet AGL. ..................... 2-3

**MARKING** .................................................................................................. 3-1

**CHAPTER 3. GUIDELINES** ......................................................................... 3-1

3.1   Purpose. ................................................................................................ 3-1

3.2   Paint Colors. ......................................................................................... 3-1

3.3   Paint Standards. .................................................................................... 3-1

3.4   Paint Patterns. ....................................................................................... 3-2

3.5   Unlighted Markers. ................................................................................ 3-4

3.6   Unusual Complexities. ........................................................................... 3-6

3.7   Omission or Alternatives to Marking. .................................................... 3-6

**CHAPTER 4. LIGHTING GUIDELINE** ......................................................... 4-1

4.1   Purpose. ................................................................................................ 4-1

4.2   Standards. .............................................................................................. 4-1

iv

**PreWil-01-06398**

4.3   Lighting Systems. ...................................................................................... 4-1

4.4   Lighted Spherical Markers. ....................................................................... 4-2

4.5   Inspection, Repair, and Maintenance. ...................................................... 4-3

4.6   Nonstandard Lights. .................................................................................. 4-3

4.7   Placement Factors. .................................................................................... 4-3

4.8   Monitoring Obstruction Lights. ................................................................ 4-4

4.9   Ice Shields. ............................................................................................... 4-5

4.10  Light Shields. ........................................................................................... 4-5

4.11  Distraction. ............................................................................................... 4-5

**CHAPTER 5. RED OBSTRUCTION LIGHT SYSTEM** ............................................. **5-1**

5.1   Purpose. .................................................................................................... 5-1

5.2   Standards. ................................................................................................. 5-1

5.3   Control Device. ......................................................................................... 5-2

5.4   Poles, Towers, and Similar Skeletal Structures. ...................................... 5-2

5.5   Chimneys, Flare Stacks, and Similar Solid Structures. ........................... 5-3

5.6   Group of Obstructions. ............................................................................. 5-4

5.7   Alternate Method of Displaying Obstruction Lights. ............................... 5-4

5.8   Prominent Buildings, Bridges, and Similar Extensive Obstructions. ....... 5-4

**CHAPTER 6. MEDIUM-INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS** ................................................................................................................ **6-1**

6.1   Purpose. .................................................................................................... 6-1

6.2   Standards. ................................................................................................. 6-1

6.3   Radio and Television Towers and Similar Skeletal Structures. ............... 6-1

6.4   Control Device. ......................................................................................... 6-2

6.5   Chimneys, Flare Stacks, and Similar Solid Structures. ........................... 6-2

6.6   Group of Obstructions. ............................................................................. 6-3

6.7   Special Cases. ........................................................................................... 6-3

6.8   Prominent Buildings and Similar Extensive Obstructions. ...................... 6-3

**CHAPTER 7. HIGH-INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS** ................................................................................................................ **7-1**

7.1   Purpose. .................................................................................................... 7-1

7.2   Standards. ................................................................................................. 7-1

PreWil-01-06399

7.3    Control Device. .................................................................................................... 7-1

7.4    Units per Level. .................................................................................................... 7-2

7.5    Installation Guidance. ........................................................................................... 7-2

7.6    Antenna or Similar Appurtenance Light. ............................................................... 7-3

7.7    Chimneys, Flare Stacks, and Similar Solid Structures. ....................................... 7-3

7.8    Radio and Television Towers and Similar Skeletal Structures. ........................... 7-4

7.9    Hyperbolic Cooling Towers. ................................................................................. 7-4

7.10   Prominent Buildings and Similar Extensive Obstructions. ................................... 7-5

**CHAPTER 8. DUAL LIGHTING WITH RED/MEDIUM-INTENSITY FLASHING  WHITE
LIGHT SYSTEMS .............................................................................................. 8-1**

8.1    Purpose. ............................................................................................................... 8-1

8.2    Installation. ........................................................................................................... 8-1

8.3    Operation. ............................................................................................................. 8-1

8.4    Control Device. ..................................................................................................... 8-1

8.5    Antenna or Similar Appurtenance Light. ............................................................... 8-1

8.6    Omission of Marking. ........................................................................................... 8-2

**CHAPTER 9. DUAL LIGHTING WITH RED/HIGH-INTENSITY FLASHING WHITE
LIGHT SYSTEMS .............................................................................................. 9-1**

9.1    Purpose. ............................................................................................................... 9-1

9.2    Installation. ........................................................................................................... 9-1

9.3    Operation. ............................................................................................................. 9-1

9.4    Control Device. ..................................................................................................... 9-1

9.5    Antenna or Similar Appurtenance Light. ............................................................... 9-2

9.6    Omission of Marking. ........................................................................................... 9-2

**CHAPTER 10. MARKING AND LIGHTING OF CATENARY AND CATENARY
SUPPORT STRUCTURES ............................................................................... 10-1**

10.1   Purpose. ............................................................................................................. 10-1

10.2   Catenary Marking Standards. ............................................................................ 10-1

10.3   Catenary Lighting Standards. ............................................................................ 10-3

10.4   Control Device. ................................................................................................... 10-4

10.5   Area Surrounding Catenary Wire Support Structures. ...................................... 10-5

10.6   Three or More Catenary Wire Support Structures. ............................................ 10-5

vi

PreWil-01-06400

10.7  Adjacent Catenary Structures. ........................................................................... 10-5

**CHAPTER 11. MARKING AND LIGHTING MOORED BALLOONS AND KITES..... 11-1**

11.1  Purpose. ........................................................................................................... 11-1

11.2  Standards. ........................................................................................................ 11-1

11.3  Marking. ........................................................................................................... 11-1

11.4  Purpose. ........................................................................................................... 11-1

11.5  Operational Characteristics. ............................................................................ 11-2

**CHAPTER 12. MARKING AND LIGHTING EQUIPMENT AND INFORMATION ...... 12-1**

12.1  Purpose. ........................................................................................................... 12-1

12.2  Paint Standard. ................................................................................................. 12-1

12.3  Availability of Specifications. ............................................................................ 12-2

12.4  Lights and Associated Equipment. ................................................................... 12-2

12.5  Availability. ...................................................................................................... 12-3

**CHAPTER 13. MARKING AND LIGHTING WIND TURBINES ................................ 13-1**

13.1  Purpose. ........................................................................................................... 13-1

13.2  General Standards. .......................................................................................... 13-1

13.3  Wind Turbine Configurations. .......................................................................... 13-1

13.4  Marking Standards. .......................................................................................... 13-1

13.5  Lighting Standards. .......................................................................................... 13-2

13.6  Wind Turbines Above 499 Feet. ...................................................................... 13-4

13.7  Wind Turbines at or Above 699 Feet (213 m). ................................................ 13-4

13.8  Lighting of Wind Turbines During Construction Phase. ................................... 13-5

13.9  Lighting and Marking of Airborne Wind Turbines. ........................................... 13-5

13.10 Lighting and Marking of Offshore Wind Turbines. .......................................... 13-5

**CHAPTER 14. AIRCRAFT DETECTION LIGHTING SYSTEMS ............................. 14-1**

14.1  Purpose. ........................................................................................................... 14-1

14.2  General Standards. .......................................................................................... 14-1

14.3  Voice/Audio Option. ......................................................................................... 14-3

**APPENDIX A** ................................................................................................................. A-1

**APPENDIX B** ................................................................................................................. B-1

PreWil-01-06401

Case 2:14-cv-00743-PM-KK  Document 109-1  Filed 01/30/17  Page 121 of 208 PageID #: 1259

## CHAPTER 1. ADMINISTRATIVE AND GENERAL PROCEDURES

1.1 **Reporting Requirements.**

A sponsor proposing any type of construction or alteration of a structure that may affect the NAS as required under the provisions of Title 14 Code of Federal Regulations (CFR) Part 77, Construction or alteration requiring notice, is to notify the Federal Aviation Administration (FAA) by completing the Notice of Proposed Construction or Alteration form (FAA Form 7460-1). This form should be filed electronically at https://oeaaa.faa.gov.

1.2 **Preconstruction Notice.**

The notice must be submitted:

1. At least 45 days prior to the date of proposed construction or alteration is to begin.

2. On or before the date an application for a construction permit is filed with the Federal Communications Commission (FCC). (The FCC advises its applicants to file with the FAA well in advance of the 45-day period to expedite FCC processing.)

1.3 **FAA Acknowledgement.**

The FAA will acknowledge, in writing, each FAA Form 7460-1 notice received.

1.4 **Supplemental Notice Requirement.**

1. If required, the FAA will include a statement requiring the filing of FAA Form 7460-2, Notice of Actual Construction or Alteration, on the determination. All FAA Forms 7460-2 should be filed electronically at http://oeaaa.faa.gov.

2. FAA Form 7460-2 Part 1 is to be completed and sent to the FAA at least 10 days prior to starting the actual construction or alteration of a structure. Part 2 shall be submitted within 5 days after the structure has reached its greatest height. The form should be filed electronically at http://oeaaa.faa.gov.

3. In addition, a supplemental notice shall be submitted upon abandonment of construction.

4. Letters are acceptable in cases where the construction/alteration is temporary or a proposal is abandoned. This notification process gives the FAA the necessary time to change effected procedures and/or minimum flight altitudes and to otherwise alert airmen of the structure's presence.

Note: Notification, as required in the determination, is critical to aviation safety.

PreWil-01-06402

1.5     **Modifications and Deviations.**

Requests for modification or deviation from the standards outlined in this AC must be submitted to the FAA Obstruction Evaluation Group (OEG). The sponsor is responsible for adhering to approved marking and/or lighting limitations, and/or recommendations given, and should notify the FAA and FCC (for those structures regulated by the FCC) prior to removal of marking and/or lighting. A request received after a determination is issued may require a new study and could result in a new determination.

1.  Modification Examples. Modifications will be based on whether they impact aviation safety. Examples of modifications are as follows:

    a.  Marking and/or Lighting Only a Portion of an Object. The object may be located with respect to other objects or terrain that only a portion of it needs to be marked or lighted.

    b.  No Marking and/or Lighting. The object may be located with respect to other objects or terrain, removed from the general flow of air traffic, or may be so conspicuous by its shape, size or color that marking or lighting would serve no useful purpose.

    c.  Voluntary Marking and/or Lighting. The object may be located with respect to other objects or terrain that the sponsor feels increased conspicuity would better serve aviation safety. Sponsors who desire to voluntarily mark and/or light their structure should do so in accordance with this AC.

    d.  Marking or Lighting an Object in Accordance with the Standards for an Object of Greater Height or Size. The object may present such an extraordinary hazard potential that higher standards may be recommended for increased conspicuity to ensure aviation safety.

2.  Deviations. The assigned Obstruction Evaluation Specialist will conduct an aeronautical study of the proposed deviation(s) and forward their recommendation to FAA Headquarters, OEG Manager, in Washington, DC, for final approval. Examples of deviations that may be considered:

    a.  Colors of objects.

    b.  Dimensions of color bands or rectangles.

    c.  Colors/types of lights.

    d.  Basic signals and intensity of lighting.

    e.  Night/day lighting combinations.

    f.  Flash rate.

3.  The FAA strongly recommends that owners become familiar with the different types of lighting systems and to specifically request the type of lighting system desired when submitting FAA Form 7460-1. Information on these systems is given in Table A-1 in Appendix A. While the FAA will make every effort to accommodate the structure sponsor's request, sponsors should also request

PreWil-01-06403

information from system manufacturers to determine which system best meets their needs based on purpose, installation, and maintenance costs.

1.6     **Additional Notification.**

Any change to the submitted information on which the FAA has based its determination, including modification, deviation, or optional upgrade to white lighting on structures, may require notice to the FCC prior to making the change for proper authorization and annotations of obstruction marking and lighting. These structures may be subject to inspection and enforcement of marking and lighting requirements by the FCC. FCC Forms and Bulletins can be obtained from the FCC's National Call Center at 1-888-CALL-FCC (1-888-225-5322) or online at https://www.fcc.gov.edgekey.net/licensing-databases/forms. Upon completion of the actual change, complete the "Add Supplemental Notice (7460-2 Form)" at the http://oeaaa.faa.gov website. You may also mail the FAA Form 7460-2 to:

FAA Aeronautical Information Services
1305 E W Hwy
Silver Spring, MD 20910
1-800-626-3677

PreWil-01-06404

10/8/2016                                                                AC 70/7460-1L CHG1

## CHAPTER 2.  GENERAL

2.1     **Structures to be Marked and Lighted.**

Any temporary or permanent structure, including all appurtenances, that exceeds an overall height of 200 feet (61 m) above ground level (AGL) or exceeds any obstruction standard contained in 14 CFR Part 77 should be marked and/or lighted.  However, an FAA aeronautical study may reveal that the absence of marking and/or lighting will not impair aviation safety.  Conversely, the object may present such an extraordinary hazard potential that higher standards may be recommended for increased conspicuity to ensure aviation safety.  In general, commercial outside lighting should not be used in lieu of FAA-recommended marking and/or lighting.  Recommendations on marking and/or lighting structures can vary, depending on terrain features, weather patterns, geographic location, and in the case of wind turbines, the number of structures and overall design layout.  The FAA may also recommend marking and/or lighting a structure that does not exceed 200 (61 m) feet AGL or 14 CFR Part 77 standards because of its particular location.  The marking and lighting configurations are illustrated in Appendix A, Figures A-1 through A-27.

2.2     **Guyed Structures.**

The guys of a 2,000-foot (610-m) skeletal tower are anchored between 1,600 feet (488 m) and 2,000 feet (610 m) from the base of the structure.  This places a portion of the guys 1,500 feet (458 m) from the tower at a height of between 125 feet (38 m) and 500 feet (153 m) AGL.  Title 14 CFR Part 91, Section 119, requires pilots, when operating over other than congested areas, to remain at least 500 feet (153 m) from man-made structures.  Therefore, the tower must be cleared by 2,000 feet (610 m) horizontally to avoid all guy wires.  Properly maintained marking and lighting are important for increased conspicuity because the guys of a structure are difficult to see until the aircraft is dangerously close.

2.3     **Marking and Lighting Equipment.**

Considerable effort and research was expended to determine the minimum marking and lighting systems or quality of materials that will produce an acceptable level of aviation safety.  The FAA will recommend only those marking and lighting systems that meet established technical standards.  While additional lights may be desirable to identify an obstruction to air navigation and may, on occasion, be recommended, the FAA will recommend minimum standards in the interest of safety, economy, and related concerns.  Therefore, to provide an adequate level of safety, obstruction lighting systems should be installed, operated, and maintained in accordance with the recommended standards herein.  Table A-1 in Appendix A contains descriptions of each FAA-approved obstruction lighting fixture that is referred to in this AC.

PreWil-01-06405

10/8/2016                                                          AC 70/7460-1L CHG1

2.4     **Light Failure Notification.**

2.4.1   Sponsors should consider that conspicuity is achieved only when all recommended lights are working.  Partial equipment outages decrease the margin of safety.  Any outage should be corrected as soon as possible.  Failure of steady-burning side or intermediate lights should be corrected as soon as possible, but notification is not required.

2.4.2   Any failure or malfunction that lasts more than thirty (30) minutes and affects a top light or flashing obstruction light, regardless of its position, should be reported immediately by calling Outage Reporting and Notice to Airmen (NOTAM) 877-487-6867, or for Alaska 800-478-3576, so a NOTAM can be issued.  Lights that are voluntary (not required by an FAA determination) do not require a NOTAM.  For structures that are regulated by the FCC, the FCC advises that noncompliance with notification procedures could subject the sponsor to penalties or monetary forfeitures.

2.4.3   The following information should be specified for outage reporting:

   1. Name of persons or organizations reporting the light failures, including any title, address, and telephone number.

   2. The type of structure.

   3. Location of structure (including latitude and longitude, if known, prominent structures, landmarks, etc.).

   4. Height of structure AGL/above mean sea level (AMSL) if known.

   5. A return to service date.

   6. FCC Antenna Structure Registration Number (for structures that are regulated by the FCC).

   **Note:** When the primary lamp in a double obstruction light fails, and the secondary lamp comes on, no report is required.

2.5     **Notification of Restoration.**
        As soon as normal operation is restored, notify outage reporting. For structures that are regulated by the FCC, the FCC advises that noncompliance with notification procedures could subject the sponsor to penalties or monetary forfeitures.

2.6     **Federal Communications Commission (FCC) Requirement.**
        The use of a high-intensity flashing white lighting system on structures located in residential neighborhoods (as defined by applicable zoning laws) trigger requirements for FCC licenses and an environmental assessment.

PreWil-01-06406

2.7 **Voluntary Marking of Meteorological Evaluation Towers (METs) Less Than 200 Feet (61 m) AGL.**

2.7.1 <u>Recommendation.</u>

The FAA recommends voluntary marking of METs less than 200 feet (61 m) AGL in accordance with marking guidance contained in this advisory circular (AC). Historically, this guidance has not been applied. However, the FAA recognizes the need to address safety impacts to low-level agricultural flight operations, and it believes that voluntarily marking METs less than 200 feet (61 m) AGL in remote and rural areas enhance the conspicuity of these structures.

2.7.2 <u>Painting.</u>

METs should be painted in accordance to the criteria contained in Chapter 3, paragraphs 3.1 through 3.4, specifically, with alternate bands of aviation orange and white paint. In addition, paragraph 3.5 states that all markings should be replaced when faded or otherwise deteriorated.

2.7.3 <u>High-Visibility Sleeves.</u>

It is recommended that several high-visibility sleeves be installed on the MET's outer guy wires. One high-visibility sleeve should be installed on each guy wire, as close to the anchor point as possible, but at a, height well above the crop or vegetation canopy. A second sleeve should be installed on the same outer guy wires midway between the location of the lower sleeve and the upper attachment point of the guy wire to the MET.

2.7.4 <u>Spherical Markers.</u>

It is also recommended that high-visibility aviation orange spherical marker (or cable) balls be attached to the guy wires. Spherical markers should be installed and displayed in accordance to Chapter 3, paragraph 3.5. The FAA, however, recognizes various weather conditions and manufacturing placement standards may affect the placement and use of high-visibility sleeves and/or spherical markers. Thus, some flexibility is allowed when determining sleeve length and marker placement on METs.

2.8 **Obstruction Height Definition Changed to 499 Feet AGL.**

Because of changes made to 14 CFR Part 77, *Safe, Efficient Use, and Preservation of the Navigable Airspace*, on July 21, 2010, the height of a structure (identified as an obstruction) was lowered to 499 feet AGL from 500 feet AGL. Consequently, all structures that are above 499 feet AGL will be designated as obstructions. The FAA will conduct an aeronautical study to determine the effect on navigable airspace. This will ensure all usable airspace at and above 500 feet AGL is addressed during the study and the airspace is safe for air navigation.

PreWil-01-06407

10/8/2016

## CHAPTER 3.  MARKING GUIDELINES

3.1     **Purpose.**

This chapter provides recommended guidelines to make certain structures conspicuous to pilots during daylight hours.  One way to achieve this conspicuity is to paint and/or mark these structures.  Recommendations on marking structures can vary, depending on terrain features, weather patterns, geographic location, and the number of structures. Specific marking guidelines for wind turbines are contained in Chapter 13.

3.2     **Paint Colors.**

Alternate sections of aviation orange and white paint should be used as the contrast in colors provides maximum visibility of an obstruction.  Specific paint standards are contained in Chapter 12.

3.3     **Paint Standards.**

To be effective, the paint used should meet specific color requirements when freshly applied to a structure.  Because all outdoor paints deteriorate with time, and it is not practical to give a maintenance schedule for all climates, surfaces should be repainted when the color changes noticeably or its effectiveness is reduced by scaling, oxidation, chipping, or layers of contamination.  The subsequent standards should be followed.

3.3.1   Materials and Application.

The FAA recommends that quality paint and materials be selected to maximize years of service.  The paint should be appropriate for the surfaces to be painted, including any previous coatings, and suitable for the environmental conditions.  Surface preparation and paint application should follow the manufacturer's recommendations.

    **Note:**  In-Service Aviation Orange Color Tolerance Charts are available from private suppliers for determining when repainting is required.  The color should be sampled on the upper half of the structure, since weathering is greater there.

3.3.2   Surfaces not Requiring Paint.

Ladders, decks, and walkways of steel towers and similar structures do not need to be painted if a smooth surface presents a potential hazard to maintenance personnel. Painting may also be omitted from precision or critical surfaces if the paint would have an adverse effect on the transmission or radiation characteristics of a signal.  However, the structure's overall marking effect should not be reduced.

3.3.3   Skeletal Structures.

Complete all marking/painting prior to or immediately upon completion of construction. This applies to catenary support structures, radio and television towers, and similar skeletal structures.  To be effective, paint should be applied to all inner and outer surfaces of the framework.

PreWil-01-06408

10/8/2016

AC 70/7460-1L CHG 1

3.4 **Paint Patterns.**

Various types of paint patterns are used to mark structures. The pattern is determined by the size and shape of the structure. The following patterns are recommended.

3.4.1 Solid Pattern.

Obstacles should be painted aviation orange if the structure's horizontal and vertical dimensions do not exceed 10.5 feet (3.2 m).

3.4.2 Checkerboard Pattern.

Alternating rectangles of aviation orange and white are normally displayed on the following structures:

1. Water, gas, and grain storage tanks.

2. Buildings, as required.

3. Large structures exceeding 10.5 feet (3.2 m) across, having a horizontal dimension that is equal to or greater than the vertical dimension.

3.4.3 Size of Patterns.

The sides of the checkerboard pattern should measure not less than 5 feet (1.5 m) or more than 20 feet (6 m) and should be as nearly square as possible. However, if it is impractical because of the size or shape of a structure, the sides of the patterns may be less than 5 feet (1.5 m). When possible, the corner surfaces should be painted aviation orange. (See Figures A-15 and A-16 in Appendix A.)

3.4.4 Alternate Bands.

Alternate bands of aviation orange and white are normally displayed on the following structures:

1. Communication towers and catenary support structures.

2. Poles.

3. Smokestacks.

4. Skeletal framework of storage tanks and similar structures.

5. Structures that appear narrow from a side view are 10.5 feet (3.2 m) or more across, and the horizontal dimension is less than the vertical dimension.

6. Coaxial cable, conduits, and other cables attached to the face of a tower.

3.4.5 Color Band Characteristics.

Bands for structures of any height should be:

1. Equal in width, provided each band is not less than 1 1/2 feet (0.5 m) or more than 100 feet (31 m) wide.

2. Perpendicular to the vertical axis with the bands at the top and bottom painted orange.

PreWil-01-06409

10/8/2016                                                                AC 70/7460-1L CHG 1

3. An odd number of bands on the structure.

4. Approximately one-seventh the height, if the structure is equal to or less than 700 feet (214 m) AGL. For each additional 200 feet (61 m) or fraction thereof, add one (1) additional orange and one (1) additional white band. Table 3-1 shows the required band widths based on the height of the structure.

5. Equal and in proportion to the structure's AGL height.

### Table 3-1. Structure Height to Bandwidth Ratio

| If a structure is: | | Then Band Width: |
| --- | --- | --- |
| Greater Than | Equal to or Less Than | Band Width |
| 10.5 feet (3.2 m) | 700 feet (214 m) | 1/7 of height |
| 700 feet (214 m) | 900 feet (275 m) | 1/9 of height |
| 900 feet (275 m) | 1,100 feet (336 m) | 1/11 of height |
| 1,100 feet (336 m) | 1,300 feet (397 m) | 1/13 of height |

**3.4.6**   Structures With a Cover or Roof.

If the structure has a cover or roof, the highest orange band should be continued to cover the entire top of the structure. (See Figures A-15 and A-16 in Appendix A.)

**3.4.7**   Skeletal Structures Atop Buildings.

If a flagpole, skeletal structure, or similar object is erected on top of a building, the combined height of the object and building will determine whether marking is recommended. However, only the height of the object filed with the FAA determines the width of the color bands.

**3.4.8**   Partial Marking.

If marking is recommended for only a portion of a structure because the structure is shielded by other objects or terrain, the width of the bands should be determined by the overall height of the structure. A minimum of three bands should be displayed on the upper portion of the structure.

**3.4.9**   Teardrop Pattern.

Spherical water storage tanks with a single, circular standpipe support may be marked in a teardrop-striped pattern. The tank should show alternate stripes of aviation orange and white. The stripes should extend from the top center of the tank to its supporting standpipe. The width of the stripes should be equal, and the width of each stripe at the greatest girth of the tank should not be less than 5 feet (1.5 m) nor more than 15 feet (4.6 m). (See Figure A-17 in Appendix A.)

PreWil-01-06410

10/8/2016

AC 70/7460-1L CHG 1

**3.4.10** <u>Community Names.</u>

If it is desirable to paint the name of the community on the side of a tank, the stripe pattern may be broken to serve this purpose. This open area should have a maximum height of 3 feet (0.9 m). (See Figure A-17 in Appendix A.)

**3.4.11** <u>Exceptions.</u>

Structural designs not conducive to standard markings may be marked as follows:

1. If it is not practical to paint the roof of a structure in a checkerboard pattern, it may be painted solid orange.

2. If a spherical structure is not suitable for an exact checkerboard pattern, the shape of the rectangles may be modified to fit the shape of the surface.

3. Storage tanks not suitable for a checkerboard pattern may have alternating bands of aviation orange and white or a limited checkerboard pattern applied to the upper one-third of the structure.

4. The skeletal framework of certain water, gas, and grain storage tanks may be excluded from the checkerboard pattern.

**3.5** **Unlighted Markers.**

Unlighted markers are used to identify structures and to make them more conspicuous when it is impractical to paint them. Unlighted markers may also be used in addition to aviation orange and white paint when additional conspicuity is necessary for aviation safety. Unlighted markers should be displayed in conspicuous positions on or adjacent to the structures so as to retain the general definition of the structure. They should be recognizable in clear, daytime visibility from a distance of at least 4,000 feet (1,219 m) and in all directions from which aircraft are likely to approach. Unlighted markers should be distinctively shaped, i.e., spherical or cylindrical, so that they are not mistaken for items that are used to convey other information. They should be replaced when faded or otherwise deteriorated.

**3.5.1** <u>Spherical Markers.</u>

Spherical markers are used to identify overhead wires and catenary transmission lines that are less than 69 kV. Markers may be of another shape, i.e., cylindrical, provided the projected area of such markers is not less than that presented by a spherical marker.

1. <u>Size and Color.</u>

The diameter of the markers used on extensive catenary wires (catenary wires that cross canyons, lakes, rivers, etc.) should not be less than 36 inches (91 cm). Smaller 20-inch (51-cm) spheres are permitted on less extensive catenary wires or on power lines below 50 feet (15 m) AGL and within 1,500 feet (458 m) of an airport runway end. Each marker should be a solid color, specifically aviation orange, white, or yellow.

PreWil-01-06411

10/8/2016

AC 70/7460-1L CHG 1

2.  Installations.

a.  Spacing. Unlighted markers should be spaced equally along the wire at approximately 200-foot (61-m) intervals, or fraction thereof. There should be less space between markers in critical areas near runway ends [i.e., 30 feet to 50 feet (10 m to 15 m)]. They should be displayed on the highest wire or by another means at the same height as the highest wire. Where there is more than one wire at the highest point, the markers may be installed alternately along each wire if the distance between adjacent markers meets the spacing standard of 200 feet or less. This method distributes the weight and wind-loading factors. (See Figure A-1 in Appendix A.)

b.  Pattern. An alternating color scheme provides the most conspicuity against all backgrounds. Unlighted markers should be installed by alternating solid-colored markers of aviation orange, white, and yellow. Normally, an orange marker is placed at each end of a line and the spacing is adjusted [not to exceed 200 feet (61 m)] to accommodate the rest of the markers. When less than four markers are used, they should all be aviation orange. (See Figure A-1 in Appendix A.)

c.  Wire Sag. Wire Sag, or droop, will occur due to temperature, wire weight, wind, etc. Twenty-five (25) feet (7.62 m) is the maximum allowable distance between the highest wire installed with marker balls and the highest wire without marker balls, and shall not violate the sag requirements of the transmission line design.

d.  Adjacent Lines. Catenary crossings with multiple transmission lines require appropriate markers when the adjacent catenary structure's outside lines are greater than 200 feet (61 m) away from the center of the primary structure. (See Figure A-2 in Appendix A.) If the outside lines of the adjacent catenary structure are within 200 feet (61 m) or less from the center of the primary structure, markers are not required on the adjacent lines. (See Figure A-3 in Appendix A.)

3.5.2  Flag Markers.

Flags are used to mark certain structures or objects when it is technically impractical to use spherical markers or paint. Some examples are temporary construction equipment, cranes, derricks, oil and other drilling rigs. Catenaries should use spherical markers.

1.  Minimum Size. Each side of the flag marker should be at least 2 feet (0.6 m) in length.

2.  Color Patterns. Flags should be colored as follows:

a.  Solid. Aviation orange.

b.  Orange and White. Arrange two triangular sections, one aviation orange and the other white to form a rectangle.

PreWil-01-06412

10/8/2016

AC 70/7460-1L CHG 1

   c. <u>Checkerboard</u>.  Flags 3 feet (0.9 m) or larger should be a checkerboard pattern of aviation orange and white squares, each 1 foot (0.3 m) plus or minus 10 percent.

3.  <u>Shape</u>.  Flags should be rectangular in shape and have stiffeners to keep them from drooping in calm wind.

4.  <u>Display</u>.  Flag markers should be displayed around, on top, or along the highest edge of the obstruction.  When flags are used to mark extensive or closely grouped obstructions, they should be displayed approximately 50 feet (15 m) apart.  The flag stakes should be strong enough to support the flags and be higher than the surrounding ground, structures, and/or objects of natural growth.

3.6    **Unusual Complexities.**

The FAA may also recommend appropriate marking in an area in which grouped obstructions present a common obstruction to air navigation.

3.7    **Omission or Alternatives to Marking.**

The alternatives listed below require FAA review and concurrence.

3.7.1   <u>High-Intensity Flashing White Lighting Systems.</u>

High-intensity flashing white lighting systems are more effective than aviation orange and white paint and therefore can be recommended instead of paint marking.  This is particularly true under certain ambient light conditions involving the position of the sun relative to the direction of flight.  When high-intensity lighting systems are operated during daytime and twilight, other methods of marking may be omitted.  When operated 24 hours a day, other methods of marking and lighting may be omitted.

3.7.2   <u>Medium-Intensity Flashing White Lighting Systems.</u>

When medium-intensity flashing white lighting systems are operated during daytime and twilight on structures 700 feet (213 m) AGL or less, other methods of marking may be omitted.

   **Note:**  Sponsors must ensure that alternatives to marking are coordinated with the FCC for structures under its jurisdiction prior to making the change.

PreWil-01-06413

10/8/2016

## CHAPTER 4. LIGHTING GUIDELINE

4.1     **Purpose.**

This chapter describes the various obstruction lighting systems used to identify structures that have been determined to require added conspicuity. The lighting standards in this AC are the minimum necessary for aviation safety. Recommendations on lighting structures can vary, depending on terrain features, weather patterns, geographic location, and number of structures. Specific lighting guidelines for wind turbines are contained in Chapter 13.

4.2     **Standards.**

The standards outlined in this AC are based on using light units that meet specified intensities, beam patterns, color, and flash rates as stated in AC 150/5345-43, *Specification for Obstruction Lighting Equipment*. These standards may be obtained from: www.faa.gov/airports/resources/advisory_circulars/

4.3     **Lighting Systems.**

Obstruction lighting may be displayed on structures as follows:

1.  Aviation Red Obstruction Lights. Use flashing lights and/or steady-burning lights during nighttime. Tower structures are typically marked with flashing red lights. Buildings and smaller obstructions located near airports should be marked with steady-burning red lights. (See Chapter 5).

2.  Medium-Intensity Flashing White Obstruction Lights. Medium-intensity flashing white obstruction lights may be used during daytime and twilight with automatically selected reduced intensity for nighttime operation. When this system is used on structures 700 feet (213 m) AGL or less, other methods of marking and lighting the structure may be omitted. Aviation orange and white paint is always required for daytime marking on structures exceeding 700 feet (213 m) AGL. This system is not normally recommended on structures 200 feet (61 m) AGL or less.

3.  High-Intensity Flashing White Obstruction Lights. High-intensity flashing white obstruction lights may be used during daytime with automatically selected reduced intensities for twilight and nighttime operations. When this system is used, other methods of marking and lighting the structure may be omitted. This system should not be used on structures 700 feet (213 m) AGL or less, unless an FAA aeronautical study shows otherwise.

    **Note:** All flashing lights on a structure should flash simultaneously except for catenary support structures, which have a distinct flashing sequence between the levels of lights (see paragraph 4.4).

4.  Dual Lighting. This system consists of red lights for nighttime and high- or medium-intensity flashing white obstruction lights for daytime and twilight. When a dual lighting system incorporates medium-intensity flashing white lights on

PreWil-01-06414

10/8/2016

structures 700 feet (213 m) AGL or less or high-intensity flashing white lights on structures greater than 700 feet (213 m) AGL, other methods of marking the structure may be omitted.

5. <u>Obstruction Lights During Construction</u>. As the height of the structure exceeds each level at which permanent obstruction lights would be recommended, two or more lights of the type specified in the determination should be installed at that level. Temporary high or medium-intensity flashing white lights, as recommended in the determination, should be operated 24 hours a day until all permanent lights are in operation. In either case, two or more lights should be installed on the uppermost part of the structure any time it exceeds the height of the temporary construction equipment. They may be turned off for periods when they could interfere with construction personnel. If practical, permanent obstruction lights should be installed and operated at each level as construction progresses. The lights should be positioned to ensure that a pilot has an unobstructed view of at least one light at each level.

6. <u>Obstruction Lights in Urban Areas</u>. When a structure is located in an urban area where there are numerous other white lights (e.g., streetlights) red obstruction lights with painting or a medium-intensity dual system is recommended. Medium-intensity lighting is not normally recommended on structures less than 200 feet (61 m).

7. <u>Temporary Construction Equipment Lighting</u>. Since there is such a variance in construction cranes, derricks and other drilling rigs, each case should be considered individually. Lights should be installed according to the standards given in Chapters 5, 6, 7, or 8, as they would apply to permanent structures.

4.4     **Lighted Spherical Markers.**

4.4.1   Lighted markers are available for increased night conspicuity of high-voltage (69 kV or greater) transmission line catenary wires. These markers should be used on transmission line catenary wires near airports, heliports, across rivers, canyons, lakes, etc. The lighted markers should be manufacturer-certified as recognizable from a minimum distance of 4,000 feet (1,219 m) under nighttime conditions, minimum Visual Flight Rule (VFR) conditions or having a minimum intensity of at least 32.5 candelas. The lighting unit should emit a steady-burning, red light.

4.4.2   Lighted markers should be installed on the highest energized line. If the lighted markers are installed on a line other than the highest catenary, then markers specified in Chapter 3 paragraph 3.5 should be used in addition to the lighted markers. The maximum distance between the line energizing the lighted markers and the highest catenary above the lighted marker should be no more than 25 feet (7.62 m) and shall not violate the sag requirements of the transmission line design.

4.4.3   Lighted markers should be distinctively shaped, (i.e., spherical or cylindrical) so they are not mistaken for items that are used to convey other information. They should be visible in all directions from which aircraft are likely to approach. The area in the

PreWil-01-06415

immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's lights. (See Figure A-4 in Appendix A.) When a catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide full coverage from which aircraft are likely to approach.

4.5   **Inspection, Repair, and Maintenance.**
To ensure the proper candela output for fixtures with incandescent lamps, the voltage provided to the lamp filament should not vary more than plus or minus three percent of the lamp's rated voltage. The input voltage should be measured at the closest disconnecting means to the lamp fixture with the lamp operating during the hours of normal operation. (For strobes, the input voltage of the power supplies should be within 10 percent of rated voltage.) Lamps should be replaced after being in operation for approximately 75 percent of their rated life or immediately upon failure. Flashtubes in a light unit should be replaced immediately upon failure, when the peak effective intensity falls below specification limits or when the fixture begins skipping flashes, or at the manufacturer's recommended intervals. Due to the effects of harsh environments, light fixture lenses should be visually inspected every 24 months, or when the light fixture fails, for ultraviolet (UV) damage, cracks, crazing, dirt buildup, etc., to ensure the certified light output has not deteriorated. (See Chapter 2 paragraph 2.4 for reporting requirements in case of failure.) Lenses that have cracks, UV damage, crazing, or excessive dirt buildup should be cleaned or replaced.

4.6   **Nonstandard Lights.**
Moored balloons, chimneys, church steeples, and similar obstructions may be floodlighted by fixed search light projectors installed at three or more equidistant points around the base of each obstruction. The searchlight projectors should provide an average illumination of at least 15 foot-candles (161.45 lux) over the top one-third of the obstruction.

4.7   **Placement Factors.**
The height of the structure AGL determines the number of light levels. The light levels may be adjusted slightly, but not to exceed 10 feet (3 m) when necessary to accommodate guy wires and personnel who replace or repair light fixtures. Except for catenary wire support structures, the following factors should be considered when determining the placement of obstruction lights on a structure.

1. Red Obstruction Lighting Systems. The structure's overall height, including all appurtenances, such as rods, antennas, and obstruction lights, determines the number of light levels.

2. Medium-Intensity Flashing White Obstruction Lighting Systems. The structure's overall height, including all appurtenances such as rods, antennas, and obstruction lights, determines the number of light levels.

PreWil-01-06416

10/8/2016

AC 70/7460-1L CHG 1

3. <u>High-Intensity Flashing White Obstruction Lighting Systems</u>. The main structure's overall height, excluding all appurtenances, such as rods, antennas, and obstruction lights, determines the number of light levels.

4. <u>Dual Obstruction Lighting Systems</u>. The structure's overall height, including all appurtenances, such as rods, antennas, and obstruction lights, is used to determine the number of light levels for a medium-intensity white obstruction light/red obstruction dual lighting system. The structure's overall height, excluding all appurtenances, is used to determine the number of light levels for a high-intensity white obstruction light/red obstruction dual lighting system.

5. <u>Adjacent Structures</u>. The elevation of the tops of adjacent buildings in congested areas may be used as the equivalent of ground level to determine the correct number of light levels required.

6. <u>Shielded Lights</u>. If an adjacent structure or object blocks the visibility of an obstruction light, the light's horizontal placement should be adjusted or additional lights should be mounted on that object to retain or contribute to the definition of the obstruction.

7. <u>Nesting of Lights</u>. Care should be taken to ensure that obstruction lights do not become blocked or "nested" as new antennas, hardware, or appurtenances are added to the top of a structure. If new equipment is added that blocks the obstruction light's visibility, the light fixtures must be relocated and/or raised so that it is not blocked by the new equipment. For example, when new larger cellular antenna panels are fitted to older towers, the obstruction light will need to be raised so that it is not blocked by the larger antenna panels. The widest structure, appurtenance, lightning rod, or antenna that can be placed in front of an obstruction light (excluding the L-810 light) without significantly blocking the obstruction light's visibility should be no wider than 7/8 of an inch. Due to their smaller size, L-810 lights should not be blocked by any structure.

4.8   **Monitoring Obstruction Lights.**

Obstruction lighting systems should be closely monitored by visual or automatic means. It is extremely important to visually inspect obstruction lighting in all operating intensities at least once every 24 hours on systems without automatic monitoring. In the event a structure is not readily accessible for visual observation, a properly maintained automatic monitor should be used. This monitor should be designed to register the malfunction of any light on the obstruction regardless of its position or color. When using remote monitoring devices, the system's communication and operational status should be confirmed at least once every 24 hours. The monitor (aural or visual) should be located in an area generally occupied by the responsible personnel. In some cases, this may require a remote monitor in an attended location. For each structure, a log should be maintained in which the lighting system's daily operations status is recorded. Light fixture lenses should be replaced if serious cracks, hazing, dirt buildup, etc., has occurred.

PreWil-01-06417

10/8/2016

4.9    **Ice Shields.**

Where icing is likely to occur, metal grates or similar protective ice shields should be installed directly over each light unit to prevent falling ice or accumulation from damaging the light units.  The light should be mounted in a manner to ensure an unobstructed view of at least one light by a pilot approaching from any direction.

4.10    **Light Shields.**

In general, light shields are not permitted because of the adverse effects they have on the obstruction light fixture's photometrics.  In addition, these shields can promote undesired snow accumulation, bird nesting, and wind loading.

4.11    **Distraction.**

When obstruction lights are in proximity to a navigable waterway, they may distract vessel operators. To avoid interference with marine navigation, coordinate with the Office of Navigation Systems, United States (U.S.) Coast Guard before installing the lighting system. The contact information for the U.S. Coast Guard is:

Commandant (CG-NAV-1)
U.S. Coast Guard
2703 Martin Luther King Jr. Ave SE STOP 7418
Washington, DC 20593-7418
202-372-1546

PreWil-01-06418

10/8/2016

## CHAPTER 5. RED OBSTRUCTION LIGHT SYSTEM

5.1   **Purpose.**

Red obstruction lights are used to increase conspicuity during nighttime. Daytime and twilight marking is required. Recommendations on lighting structures can vary, depending on terrain features, weather patterns, geographic location, and number of structures. Specific lighting guidelines for wind turbines are contained in Chapter 13.

5.2   **Standards.**

The red obstruction light system is composed of flashing omnidirectional lights (L-864) and/or steady-burning or flashing (L-810) lights. When one or more levels are comprised of flashing lights, the lights should flash simultaneously. The number of light levels needed is shown in Figure A-6 in Appendix A.

1.  Single Obstruction Light. A single red obstruction light (L-810) may be used when more than one obstruction light is required either vertically or horizontally, or when maintenance is needed, and can be installed within a reasonable time.

    a.  Top Level. A single steady-burning light (L-810) may be used to identify low structures, such as airport instrument landing system buildings, as well as long horizontal structures, such as perimeter fences and building roof outlines.

    b.  Intermediate Level. Single flashing or steady-burning lights (as appropriate for size and type of structure) may be used on skeletal and solid structures when more than one level of lights is installed, and there are two or more single lights per level.

2.  Double Obstruction Light. A double steady-burning (L-810) light should be installed when used as a top light, at each end of a row of single obstruction lights, and in areas or locations where the failure of a single unit could cause an obstruction to be totally unlighted.

    a.  Top Level. Structures 150 feet (46 m) AGL or less should have one or more double steady-burning lights installed at the highest point and operating simultaneously.

    b.  Intermediate Level. Double flashing or steady-burning lights (as appropriate for size and type of structure) should be installed at intermediate levels when a malfunction of a single light could create an unsafe condition and in remote areas where maintenance cannot be performed within a reasonable time. Both units may operate simultaneously, or a transfer relay may be used to switch to a spare unit should the active system fail.

    c.  Lowest Level. The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights. In certain instances, as determined by the FAA, the lowest level of lights may be eliminated.

PreWil-01-06419

10/8/2016

AC 70/7460-1L CHG 1

5.3     **Control Device.**

Red obstruction lights should be operated by an acceptable control device (e.g., photocell, timer, etc.) adjusted so the lights will be turned on when the northern sky illuminance reaching a vertical surface falls below a level of 60 foot-candles (645.8 lux) but before reaching a level of 35 foot-candles (376.7 lux). The control device should turn the lights off when the northern sky illuminance rises to a level of not more than 60 foot-candles (645.8 lux). The lights may also remain on continuously. The sensing device should, if practical, face the northern sky in the Northern Hemisphere. (See AC 150/5345-43.)

5.4     **Poles, Towers, and Similar Skeletal Structures.**

The following standards apply to radio and television towers, supporting structures for overhead transmission lines, and similar structures.

1.  Top-Mounted Obstruction Light.

    a.  Structures 150 Feet (46 m) AGL or Less. Two or more steady-burning red (L-810) lights should be installed in a manner to ensure an unobstructed view of one or more lights by a pilot.

    b.  Structures Exceeding 150 Feet (46 m) AGL. At least one red flashing (L-864) light should be installed in a manner to ensure an unobstructed view of one or more lights by a pilot.

    c.  Appurtenances 40 Feet (12 m) or Less. If a rod, antenna, or other appurtenance 40 feet (12 m) or less in height is incapable of supporting a red flashing light, then it may be placed at the base of the appurtenance. If the mounting location does not allow an unobstructed view of the light by a pilot, then additional lights should be added.

    d.  Appurtenances Exceeding 40 Feet (12 m). If a rod, antenna, or other appurtenance exceeding 40 feet (12 m) in height is incapable of supporting a red flashing light, a supporting mast with one or more lights should be installed adjacent to the appurtenance. Adjacent installations should not exceed the appurtenance's height and be within 40 feet (12 m) of the tip to allow the pilot an unobstructed view of at least one light. If the rod, antenna, or other appurtenance is 7/8 inch wide or more, at least two lights must be installed on the supporting mast to provide the necessary unobstructed view.

2.  Mounting Intermediate Levels. The number of light levels is determined by the height of the structure, including all appurtenances, as shown in Figure A-6 in Appendix A. The number of lights on each level is determined by the shape and height of the structure. These lights should be mounted to ensure an unobstructed view of at least one light by a pilot.

    a.  Steady-Burning Lights (L-810).

        i.  Structures 150 Feet (46 m) AGL or Less. Two or more steady-burning (L-810) lights should be installed diagonally or on diametrically opposite positions.

5-2

PreWil-01-06420

10/8/2016

AC 70/7460-1L CHG 1

    ii. <u>Structures Exceeding 150 Feet (46 m) AGL</u>. These structures do not require steady-burning (L-810) lights.

  b. <u>Flashing Lights (L-810)</u>. For structures exceeding 151 feet (46 m) but not more than 350 feet (107 m) at intermediate levels, two or more flashing (L-810) lights should be mounted outside at diagonally opposite positions of intermediate levels. These lights should be configured to flash simultaneously with the L-864 flashing light on the top of the structure at a rate of 30 flashes per minute (fpm) (± 3 fpm).

  c. <u>Flashing Lights (L-864)</u>.

    i. <u>Structures 350 Feet (107 m) AGL or Less</u>. These structures do not require flashing (L-864) lights at intermediate levels.

    ii. <u>Structures Exceeding 350 Feet (107 m) AGL</u>. At intermediate levels, as shown in Figure A-6 in Appendix A, two (L-864) lights should be mounted outside at diagonally opposite positions.

**5.5**    **Chimneys, Flare Stacks, and Similar Solid Structures.**

5.5.1   <u>Number of Light Units.</u>
The number of units recommended depends on the diameter of the structure at the top. The number of lights recommended below is the minimum.

1. <u>Structures 20 Feet (6 m) or Less in Diameter.</u> Three light units per level (see Figure A-20 in Appendix A).

2. <u>Structures Exceeding 20 Feet (6 m) but not More Than 100 Feet (31 m) in Diameter.</u> Four light units per level (see Figure A-20 in Appendix A).

3. <u>Structures Exceeding 100 Feet (31 m) but not More Than 200 Feet (61 m) in Diameter.</u> Six light units per level (see Figure A-21 in Appendix A).

4. <u>Structures Exceeding 200 Feet (61 m) in Diameter. Eight light units per level.</u>

5.5.2   <u>Top-Mounted Obstruction Lights.</u>

1. <u>Structures 150 Feet (46 m) AGL or Less.</u> L-810 lights should be installed horizontally at regular intervals at or near the top.

2. <u>Structures Exceeding 150 Feet (46 m) AGL.</u> At least three L-864 lights should be installed.

3. <u>Chimneys, Cooling Towers, and Flare Stacks.</u> Lights may be displayed as low as 20 feet (6-m) below the top (see Figure A-13 in Appendix A) to avoid the obscuring effect of deposits and heat generally emitted by this type of structure. It is important that these lights are readily accessible for cleaning and lamp replacement. It is understood that with flare stacks, as well as any other structures associated with the petrol-chemical industry, normal lighting requirements may not be necessary. This could be due to the location of the flare stack/structure within a large, well-lighted,

PreWil-01-06421

10/8/2016

AC 70/7460-1L CHG 1

petrol-chemical plant, or the fact that the flare, or working lights surrounding the flare stack/structure, is as conspicuous as obstruction lights.

5.5.3   Mounting Intermediate Levels.

The number of light levels is determined by the height of the structure including all appurtenances. For cooling towers 600 feet (183 m) AGL or less, intermediate light levels are not necessary. Structures between 150 feet and 350 feet AGL or less should have a second level of steady-burning red light units installed approximately at the midpoint of the structure and in a vertical line with the top level of lights. Structures exceeding 350 feet (107 m) AGL should have a second level of flashing light units.

1.   Steady-Burning (L-810) Lights. The recommended number of light levels is shown in Figure A-15 in Appendix A. At least three lights should be installed on each level.

2.   Flashing (L-864) Lights. The recommended number of light levels is shown in Figure A-6 in Appendix A. At least three lights should be installed on each level.

   a.   Structures 350 Feet (107 m) AGL or Less. These structures do not need intermediate levels of flashing lights.

   b.   Structures Exceeding 350 Feet (107 m) AGL. At least three flashing (L-864) lights should be installed on each level in a manner, allowing an unobstructed view of at least one light.

5.6   **Group of Obstructions.**

When individual objects, except wind turbines, within a group of obstructions are not the same height and are spaced a maximum of 150 feet (46 m) apart, the prominent objects within the group should be lighted in accordance with the standards for individual obstructions of a corresponding height. If the outer structure is shorter than the prominent object, the outer structure should be lighted in accordance with the standards for individual obstructions of a corresponding height. Light units should be placed to ensure that the light is visible to a pilot approaching from any direction. In addition, at least one flashing light should be installed at the top of a prominent center obstruction or on a special tower located near the center of the group. For the purpose of marking and lighting obstructions other than wind turbines, a group of obstructions is considered to be three (3) or more structures.

5.7   **Alternate Method of Displaying Obstruction Lights.**

The FAA may recommend that lights be placed on poles equal to the height of the obstruction and installed on or adjacent to the structure instead of installing lights on the obstruction.

5.8   **Prominent Buildings, Bridges, and Similar Extensive Obstructions.**

When objects within a group of obstructions are approximately the same overall height above the surface and are located a maximum of 150 feet (46 m) apart, the group of

PreWil-01-06422

obstructions may be considered an extensive obstruction. Light units should be installed on the same horizontal plane at the highest portion, or edge, of the prominent obstructions. Light units should be placed to ensure the light is visible to a pilot approaching from any direction. If the structure is a bridge and is over navigable water, the sponsor must obtain prior approval of the lighting installation from the Commander of the District Office of the U.S. Coast Guard to avoid interference with marine navigation. Steady-burning lights should be displayed to indicate the extent of the obstruction, as follows:

1. Structures 150 Feet (46 m) or Less in Any Horizontal Direction. If the structure/bridge/extensive obstruction is 150 feet (46 m) or less horizontally, at least one steady-burning light (L-810) should be displayed on the highest point at each end of the obstruction's major axis. If this is impractical because of the overall shape, display a double obstruction light in the center of the highest point.

2. Structures Exceeding 150 Feet (46 m) in at Least One Horizontal Direction. If the structure/bridge/extensive obstruction exceeds 150 feet (46 m) horizontally, at least one steady-burning light should be displayed for each 150 feet (46 m), or fraction thereof, of the overall length of the major axis. At least one of these lights should be displayed on the highest point at each end of the obstruction. Additional lights should be displayed at approximately equal intervals, not to exceed 150 feet (46 m) on the highest points along the edge between the end lights. If an obstruction is located near a landing area and two or more edges are the same height, the edge nearest the landing area should be lighted.

3. Structures Exceeding 150 Feet (46 m) AGL. Steady-burning red obstruction lights should be installed on the highest point at each end. At intermediate levels, steady-burning red lights should be displayed for each 150 feet (46 m), or fraction thereof. The vertical position of these lights should be equidistant between the top lights and the ground level, as the shape and type of obstruction will permit. A steady-burning red light should be displayed at each outside corner on each level with the remaining lights evenly spaced between the corner lights.

4. Exceptions. Flashing red lights (L-864) may be used instead of steady-burning lights if early or special warning is necessary. These lights should be displayed on the highest points of an extensive obstruction at intervals not exceeding 3,000 feet (915 m). At least three lights should be displayed on one side of the extensive obstruction to indicate a line of lights. (See Figure A-22 in Appendix A.)

5. Ice Shields. See paragraph 4.9.

PreWil-01-06423

**CHAPTER 6.  MEDIUM-INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS**

6.1     **Purpose.**
        Medium-intensity flashing white (L-865) obstruction lights may provide conspicuity
        both day and night.  Recommendations on lighting structures can vary, depending on
        terrain features, weather patterns, geographic location, and number of structures.

6.2     **Standards.**

6.2.1   The medium-intensity flashing white light system is normally composed of flashing
        omnidirectional lights.  Medium-intensity flashing white obstruction lights may be used
        during daytime and twilight with automatically selected, reduced intensity for nighttime
        operation.  When this system is used on structures 700 feet (213 m) AGL or less, other
        methods of marking and lighting the structure may be omitted.  (Aviation orange and
        white paint is always required for daytime marking on structures exceeding 700 feet
        (213 m) AGL.  This system is not normally recommended on structures 200 feet (61 m)
        AGL or less.  The number of light levels needed is shown in Figure A-7 in Appendix A.

6.2.2   Using a 24-hour, medium-intensity, flashing white light system in urban/populated
        areas is not normally recommended due to their tendency to blend with the background
        lighting in these areas at night.  This makes it extremely difficult for some types of
        aviation operations, i.e., medical-evacuation (medevac) and police helicopters to see
        these structures.  Using this type of system in urban and rural areas often results in
        complaints.  In addition, this system is not recommended on structures within 3 nautical
        miles (NM) of an airport.

6.3     **Radio and Television Towers and Similar Skeletal Structures.**

6.3.1   <u>Mounting Lights.</u>
        The number of levels recommended depends on the height of the structure, including
        antennas and similar appurtenances.

        1.  <u>Top Levels.</u>  One or more lights should be installed at the highest point to provide
            360-degree coverage, ensuring an unobstructed view by a pilot approaching from
            any direction.

        2.  <u>Appurtenances 40 Feet (12 m) or Less.</u>  If a rod, antenna, or other appurtenance 40
            feet (12 m) or less in height is incapable of supporting the medium-intensity
            flashing white light, then it may be placed at the base of the appurtenance.  If the
            mounting location does not allow an unobstructed view of the medium-intensity
            flashing white light by a pilot approaching from any direction, then additional lights
            should be added.

        3.  <u>Appurtenances Exceeding 40 Feet (12 m).</u>  If a rod, antenna, or other appurtenance
            exceeds 40 feet (12 m) above the tip of the main structure, a medium-intensity
            flashing white light should be placed within 40 feet (12 m) from the top of the

PreWil-01-06424

10/8/2016

appurtenance. If the appurtenance (such as a whip antenna) is incapable of supporting the light, one or more lights should be mounted on a pole adjacent to the appurtenance. Adjacent installations should not exceed the height of the appurtenance and be within 40 feet (12 m) of the tip to allow the pilot an unobstructed view of at least one light. If the rod, antenna, or other appurtenance is 7/8 of an inch wide or more, at least two lights must be installed on the supporting mast to provide the necessary unobstructed view.

**6.3.2** <u>Intermediate Levels.</u>

At intermediate levels, two or more lights (L-865) should be mounted outside at diagonally or diametrically opposite positions of intermediate levels. The lowest light level should not be less than 200 feet (61 m) AGL.

**6.3.3** <u>Lowest Levels.</u>

The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights. In certain instances, as determined by the FAA, the lowest level of lights may be eliminated.

**6.3.4** <u>Structures 700 Feet (213 m) AGL or Less.</u>

When medium-intensity flashing white lights are used during nighttime and twilight only, marking is required for daytime. When operated 24 hours a day, other methods of marking and lighting are not required.

**6.3.5** <u>Structures Exceeding 700 Feet (213 m) AGL.</u>

The lights should be used during nighttime and twilight and may be used 24 hours a day. Marking is always required for daytime.

**6.3.6** <u>Ice Shields.</u>

See paragraph 4.9.

**6.4** **Control Device.**

The light intensity is controlled by a device (photocell) that changes the light's intensity when the ambient light changes. The system should automatically change intensity steps when, in the Northern Hemisphere, the northern sky illumination reaching a north-facing vertical surface is as follows:

1. <u>Twilight-to-Night</u>. This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

2. <u>Night-to-Day</u>. The intensity changes listed in subparagraph 6.4 1 above should be reversed when changing from the night-to-day mode.

**6.5** **Chimneys, Flare Stacks, and Similar Solid Structures.**

**PreWil-01-06425**

10/8/2016

AC 70/7460-1L CHG 1

The number of light units recommended depends on the diameter of the structure at the top. Normally, the top level is on the highest point of a structure. However, the top level of chimney lights may be installed as low as 20 feet (6 m) below the top to minimize deposit build-up due to emissions. (See Figure A-13 in Appendix A.) The number of lights recommended below is the minimum, as shown in Figure A-20 in Appendix A.

1. <u>Structures 20 Feet (6 m) or Less in Diameter</u>. Three light units per level. (See Figure A-20 in Appendix A.)

2. <u>Structures Exceeding 20 Feet (6 m) but not More Than 100 Feet (31 m) in Diameter</u>. Four light units per level. (See Figure A-20 in Appendix A.)

3. <u>Structures Exceeding 100 Feet (31 m) but not More Than 200 Feet (61 m) in Diameter</u>. Six light units per level. (See Figure A-21 in Appendix A.)

4. <u>Structures Exceeding 200 Feet (61 m) in Diameter</u>. Eight light units per level.

6.6     **Group of Obstructions.**
When individual objects within a group of obstructions are not the same height and are spaced a maximum of 150 feet (46 m) apart, the prominent objects within the group should be lighted in accordance with the standards for individual obstructions of a corresponding height. If the outer structure is shorter than the prominent object, the outer structure should be lighted in accordance with the standards for individual obstructions of a corresponding height. Light units should be placed to ensure that the light is visible to a pilot approaching from any direction. In addition, at least one medium-intensity flashing white light should be installed at the top of a prominent center obstruction or on a special tower located near the center of the group.

6.7     **Special Cases.**
When lighting systems are installed on structures located near highways, waterways, airport approach areas, etc., caution should be exercised to ensure that the lights do not distract or otherwise cause a hazard to motorists, vessel operators, or pilots on an approach to an airport. In these cases, shielding may be necessary. This shielding should not derogate the lighting system's intended purpose.

6.8     **Prominent Buildings and Similar Extensive Obstructions.**
When objects within a group of obstructions are approximately the same overall height above the surface and are located a maximum of 150 feet (46 m) apart, the group of obstructions may be considered an extensive obstruction. Light units should be installed on the same horizontal plane at the highest portion, or edge, of the prominent obstructions. Light units should be placed to ensure that the light is visible to a pilot approaching from any direction. Lights should be displayed to indicate the extent of the obstruction as follows:

PreWil-01-06426

10/8/2016

1. <u>Structures 150 Feet (46 m) or Less in Any Horizontal Direction</u>. If the structure/extensive obstruction is 150 feet (46 m) or less horizontally, at least one light should be displayed on the highest point at each end of the obstruction's major axis. If this is impractical because of the overall shape, display a double obstruction light in the center of the highest point.

2. <u>Structures Exceeding 150 Feet (46 m) in at Least One Horizontal Direction</u>. If the structure/extensive obstruction exceeds 150 feet (46 m) horizontally, at least one light should be displayed for each 150 feet (46 m), or fraction thereof, of the overall length of the major axis. At least one of these lights should be displayed on the highest point at each end of the obstruction. Additional lights should be displayed at approximately equal intervals not to exceed 150 feet (46 m) on the highest points along the edge between the end lights. If an obstruction is located near a landing area and two or more edges are the same height, the edge nearest the landing area should be lighted.

3. <u>Structures Exceeding 150 Feet (46 m) AGL</u>. Lights should be installed on the highest point at each end. At intermediate levels, lights should be displayed for each 150 feet (46 m), or fraction thereof. The vertical position of these lights should be equidistant between the top lights and the ground level as the shape and type of obstruction will permit. One such light should be displayed at each outside corner on each level with the remaining lights evenly spaced between the corner lights.

PreWil-01-06427

10/8/2016                                                          AC 70/7460-1L CHG 1

## CHAPTER 7.  HIGH-INTENSITY FLASHING WHITE OBSTRUCTION LIGHT SYSTEMS

7.1     **Purpose.**

High-intensity (L-856) flashing white obstruction lights provides the highest degree of conspicuity both day and night.  Recommendations on lighting structures can vary, depending on terrain features, weather patterns, geographic location, and number of structures.

7.2     **Standards.**

High-intensity flashing white obstruction lights should be used during daytime with automatically selected, reduced intensities for twilight and nighttime operations.  When high-intensity white obstruction lights are operated 24 hours a day, other methods of marking and lighting may be omitted.  This system should not be recommended on structures 700 feet (213 m) AGL or less unless an FAA aeronautical study shows otherwise.  The number of light levels needed is shown in Figures A-8 and A-9 in Appendix A.

7.3     **Control Device.**

7.3.1   Light intensity is controlled by a device (photocell) that changes the light's intensity when the ambient light changes.  Using a 24-hour, high-intensity flashing white light system in urban/populated areas is not normally recommended due to their tendency to merge with background lighting in these areas at night.  This makes it extremely difficult for some types of aviation operations (i.e., medevac) and police helicopters to see these structures.  Using this type of system in urban and rural areas often results in complaints.

7.3.2   The system should automatically change intensity steps when, in the Northern Hemisphere, the northern sky illuminance reaching a north-facing vertical surface is as follows:

1.  <u>Day-to-Twilight</u>.  This should not occur before the illumination drops to 60 foot-candles (645.8 lux) but should occur before it drops below 35 foot-candles (376.7 lux).  The illuminance-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

2.  <u>Twilight-to-Night</u>.  This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

3.  <u>Night-to-Day</u>.  The intensity changes listed in subparagraphs 7.3.2 1 and 7.3.2.2 above should be reversed when changing from the night-to-day mode.

PreWil-01-06428

10/8/2016                                                             AC 70/7460-1L CHG 1

7.4     **Units per Level.**
One or more light units are needed to obtain the desired horizontal coverage.  The number of light units recommended per level (except for the supporting structures of catenary wires and buildings) depends upon the average outside diameter of the specific structure and the horizontal beam width of the light fixture.  Light units should be installed to ensure an unobstructed view of the system by a pilot approaching from **any** direction.  The number of lights recommended below is the minimum.

1.  Structures 20 Feet (6 m) or Less in Diameter.  Three light units per level.

2.  Structures Exceeding 20 Feet (6 m) but not More Than 100 Feet (31 m) in Diameter.  Four light units per level.

3.  Structures Exceeding 100 Feet (31 m) in Diameter.  Six light units per level.

7.5     **Installation Guidance.**
On most obstruction high-intensity light fixtures, the effective peak intensity of the light beam can be adjusted from 0 to 8 degrees above the horizon.  Standard installation should place the top light at 0 degrees to the horizontal and all other light units installed in accordance with Table 7-1.

**Table 7-1.  Light Unit Elevation Above the Horizontal**

| Height of Light Unit Above Terrain | Degrees of Elevation Above the Horizontal |
|---|---|
| Exceeding 500 feet AGL | 0 |
| Above 400 feet to 500 feet AGL | 1 |
| Above 300 feet to 400 feet AGL | 2 |
| 300 feet AGL or less | 3 |

1.  Vertical Aiming.  When terrain, nearby residential areas, or other situations dictate, the light beam may be further elevated above the horizontal.  The main beam of light at the lowest level should not strike the ground closer than 3 statute miles (5 km) from the structure.  If additional adjustments are necessary, the lights may be individually adjusted upward, in 1-degree increments, starting at the bottom.  Excessive elevation may reduce its conspicuity by raising the beam above a collision course flight path.

2.  Special Cases.  When lighting systems are installed on structures located near highways, waterways, airport approach areas, etc., caution should be exercised to ensure that the lights do not distract or otherwise cause a hazard to motorists, vessel operators, or pilots on an approach to an airport.  In these cases, shielding or adjusting the aim of the vertical or horizontal light may be necessary.  This adjustment should not derogate the lighting system's intended purpose.  Such

PreWil-01-06429

adjustments may require an additional review, as described in Chapter 1 paragraph 1.5.

3.  <u>Relocation or Omission of Light Units.</u>  Light units should not be installed in such a manner that the light pattern/output is disrupted by the structure.

    a.  <u>Lowest Level.</u>  The lowest level of light units may be installed at a higher elevation than normal on a structure if the surrounding terrain, trees, or adjacent building(s) would obscure the lights.  In certain instances, as determined by the FAA, the lowest level of lights may be eliminated.

    b.  <u>Two Adjacent Structures.</u>  When two structures are within 500 feet (153 m) of each other and the light units are installed at the same levels, the sides of the structures facing each other do not need be lighted.  (See Figures A-18 and A-19.)  However, all lights on both structures must flash simultaneously, except for adjacent catenary support structures.  Vertical placement of the lights should be adjusted to either or both structures' intermediate levels to place the lights on the same horizontal plane.  If one structure is higher than the other, a complete level(s) of lights should be installed on the higher structure that extends above the top of the lower structure.  If the structures are of such heights that the levels of lights cannot be placed in identical horizontal planes, then the light units should be placed so that the center of the horizontal beam patterns do not face toward the adjacent structure.  For example, structures situated north and south of each other should have the light units on both structures installed on a northwest/southeast and northeast/southwest orientation.

    c.  <u>Three or More Adjacent Structures.</u>  The treatment of a cluster of structures as an individual or a complex of structures will be determined by the FAA, taking into consideration the location, heights, and spacing of other structures.

### 7.6    Antenna or Similar Appurtenance Light.

When a structure lighted by a high-intensity, flashing white light system is topped with an antenna or similar appurtenance exceeding 40 feet (12 m) in height, a medium-intensity flashing white light (L-865) should be placed within 40 feet (12 m) from the tip of the appurtenance.  This light should operate 24 hours a day and flash simultaneously with the rest of the lighting system.  The location of the appurtenance light is shown in Figure A-9 in Appendix A.  Structures with an appurtenance 40 feet (12 m) or less in height should be lit in accordance with Figure A-8.

### 7.7    Chimneys, Flare Stacks, and Similar Solid Structures.

The number of light levels depends on the height of the structure, excluding appurtenances.  Three or more lights should be installed on each level to ensure an unobstructed view by the pilot.  Normally, the top level is on the highest point of a structure.  However, the top level of chimney lights may be installed as low as 20 feet (6 m) below the top to minimize deposit buildup due to emissions.

PreWil-01-06430

7.8    **Radio and Television Towers and Similar Skeletal Structures.**

1. Mounting Lights. The number of levels recommended depends on the height of the structure, including antennas and similar appurtenances. At least three lights should be installed on each level and mounted to ensure that the effective intensity of the full horizontal beam coverage is not impaired by the structural members.

2. Top Level. One level of lights should be installed at the highest point of the structure. If the highest point is a rod or antenna incapable of supporting a lighting system, then the top level of lights should be installed at the highest portion of the main skeletal structure. If guy wires come together at the top, it may be necessary to install this level of lights as low as 10 feet (3 m) below the top. If the rod or antenna exceeds 40 feet (12 m) above the main structure, a medium-intensity, flashing white light (L-865) should be mounted on the highest point. (See Figure A-9 in Appendix A.) If the appurtenance (such as a whip antenna) is incapable of supporting a medium-intensity light, one or more lights should be installed on a pole adjacent to the appurtenance. The adjacent installation should not exceed the height of the appurtenance and be within 40 feet (12 m) of the top, allowing a pilot an unobstructed view of at least one light. If the rod, antenna, or other appurtenance is 7/8 of an inch wide or more, at least two lights must be installed on the supporting mast to provide the necessary unobstructed view.

3. Ice Shields. See paragraph 4.9.

7.9    **Hyperbolic Cooling Towers.**

Light units should be installed to ensure an unobstructed view of at least two lights by a pilot approaching from any direction.

1. Number of Light Units. The number of units recommended depends on the diameter of the structure at the top, as shown in Figure A-21 in Appendix A. The number of lights recommended below is the minimum.

    a. Structures 20 Feet (6 m) or Less in Diameter. Three light units per level.

    b. Structures Exceeding 20 Feet (6 m) but not More Than 100 Feet (31 m) in Diameter. Four light units per level.

    c. Structures Exceeding 100 Feet (31 m) but not More Than 200 Feet (61 m) Diameter. Six light units per level.

    d. Structures Exceeding 200 Feet (61 m) in Diameter. Eight light units per level.

2. Structures Exceeding 600 Feet (183 m) AGL. Structures exceeding 600 feet (183 m) AGL should have a second level of light units installed approximately at the midpoint of the structure and in a vertical line with the top level of lights.

PreWil-01-06431

7.10 **Prominent Buildings and Similar Extensive Obstructions.**

When objects within a group of obstructions are approximately the same overall height above the surface and are located not more than 150 feet (46 m) apart, the group of obstructions may be considered an extensive obstruction. Light units should be installed on the same horizontal plane at the highest portion, or edge, of the prominent obstructions. Light units should be placed to ensure that the light is visible to a pilot approaching from **any** direction. These lights may require shielding, such as louvers, to ensure minimum adverse impact on local communities. Use extreme caution when using high-intensity flashing white lights.

1. If the obstruction is 200 feet (61 m) or less in either horizontal dimension, three or more light units should be installed at the highest portion of the structure to ensure that at least one light is visible to a pilot approaching from any direction. Light units may be mounted on a single pedestal at or near the center of the obstruction. If the light units are placed more than 10 feet (3 m) from the center point of the structure, use a minimum of four light units.

2. If the obstruction exceeds 200 feet (61 m) in one horizontal dimension, but is 200 feet (61 m) or less in the other, two light units should be placed on each of the shorter sides. These light units may be installed either adjacent to each other at the midpoint of the obstruction's edge or at (near) each corner, with the light unit aimed to provide 180 degrees of coverage at each edge. One or more light units should be installed along the overall length of the major axis. These lights should be installed at approximately equal intervals, not to exceed a distance of 100 feet (31 m) from the corners or from each other.

3. If the obstruction exceeds 200 feet (61 m) in both horizontal dimensions, the light units should be equally spaced along the overall perimeter of the obstruction at intervals of 100 feet (31 m), or fraction thereof.

PreWil-01-06432

## CHAPTER 8.  DUAL LIGHTING WITH RED/MEDIUM-INTENSITY FLASHING WHITE LIGHT SYSTEMS

**8.1**    **Purpose.**

This dual lighting system includes red lights (L-864) for nighttime and medium-intensity, flashing white lights (L-865) for daytime and twilight use.  This lighting system may be used in lieu of operating a medium-intensity flashing white lighting system at night.  There may be some populated areas where nighttime use of medium-intensity light systems may cause significant environmental concerns.  Using the dual lighting system should reduce/mitigate those concerns.  Recommendations on lighting structures can vary, depending on terrain features, weather patterns, geographic location, and number of structures.

**8.2**    **Installation.**

The light units should be installed as specified in Chapters 4, 5, and 6.  The number of light levels needed is dependent on the height of the obstruction, as shown in Figure A-10 in Appendix A.

**8.3**    **Operation.**

Light systems should be operated as specified in Chapter 3.  Both systems should not be operated at the same time; however, there should be no more than a 2-second delay when changing from one system to the other.  Outage of the uppermost red light shall cause the white obstruction light system to activate and operate in its specified "night" step intensity.

**8.4**    **Control Device.**

The light system is controlled by a device (photocell) that changes the light's intensity when the ambient light changes.  The system should automatically change steps when, in the Northern Hemisphere, the northern sky illuminance reaching a north-facing vertical surface is as follows:

1.  Twilight-to-Night.  This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

2.  Night-to-Day.  The intensity changes listed in subparagraph 8.4 1 above should be reversed when changing from the night-to-day mode.

**8.5**    **Antenna or Similar Appurtenance Light.**

When a structure equipped with a dual lighting system is topped with an antenna or similar appurtenance exceeding 40 feet (12 m) in height, a medium-intensity flashing white (L-865) and a flashing red light (L-864) should be placed within 40 feet (12 m) from the tip of the appurtenance.  The white light should operate during daytime and

PreWil-01-06433

twilight and the red light during nighttime.  These lights should flash simultaneously with the rest of the lighting system.

8.6     **Omission of Marking.**

When medium-intensity white obstruction lights are operated on structures 700 feet (213 m) AGL or less during daytime and twilight, other methods of marking may be omitted.

PreWil-01-06434

## CHAPTER 9.  DUAL LIGHTING WITH RED/HIGH-INTENSITY FLASHING WHITE LIGHT SYSTEMS

9.1     **Purpose.**
        This dual lighting system includes red lights (L-864) for nighttime and high-intensity flashing white lights (L-856) for daytime and twilight use.  This lighting system may be used in lieu of operating a flashing white lighting system at night.  There may be some populated areas where nighttime use of high-intensity lights may cause significant environmental concerns and complaints.  Using the dual lighting system should reduce/mitigate those concerns.  Recommendations on lighting structures can vary, depending on terrain features, weather patterns, geographic location, and number of structures.

9.2     **Installation.**
        The light units should be installed as specified in Chapters 4, 5, and 7.  The number of light levels needed is shown in Figures A-11 and A-12 in Appendix A.

9.3     **Operation.**
        Lighting systems should be operated as specified in Chapters 4, 5, and 7.  These systems should not be operated at simultaneously; however, there should be no more than a 2-second delay when changing from one system to the other.  Outage of the uppermost red light shall cause the white obstruction lighting system to activate and operate in its specified "night" step intensity.

9.4     **Control Device.**

9.4.1   The light intensity is controlled by a device (photocell) that changes the light intensity when the ambient light changes.

9.4.2   The system should automatically change intensity steps when, in the Northern Hemisphere, the northern sky illuminance reaching a north-facing vertical surface is as follows:

   1.  Day-to-Twilight.  This should not occur before the illumination drops to 60 foot-candles (645.8 lux) but should occur before it drops below 35 foot-candles (376.7 lux).  The illuminance-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

   2.  Twilight-to-Night.  This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

   3.  Night-to-Day.  The intensity changes listed in subparagraph 9.4.2 1 and 9.4.2.2 above should be reversed when changing from the night to day mode.

PreWil-01-06435

9.5     **Antenna or Similar Appurtenance Light.**

When a structure using this dual lighting system is topped with an antenna or similar appurtenance exceeding 40 feet (12 m) in height, a medium-intensity flashing white light (L-865) and a red flashing light (L-864) should be placed within 40 feet (12 m) from the tip of the appurtenance. (See Figure A-11 in Appendix A.) The white light should operate during daytime and twilight and the red light during nighttime. Structures with an appurtenance 40 feet (12 m) or less in height should be lit in accordance with Figure A-12 in Appendix A.

9.6     **Omission of Marking.**

When high-intensity white obstruction lights are operated during daytime and twilight, other methods of marking may be omitted.

PreWil-01-06436

## CHAPTER 10. MARKING AND LIGHTING OF CATENARY AND CATENARY SUPPORT STRUCTURES

10.1   **Purpose.**

This chapter provides guidelines for marking and lighting catenary and catenary support structures. For the purpose of marking and lighting, catenary is defined as suspended wires (or lines) kept at a defined mechanical tension by supporting structures. These wires may be either energized or non-energized and are used for transmission, distribution, or for other purposes, as defined. The recommended marking and lighting of both the structures and wires provides day and night conspicuity and assists pilots in identifying and avoiding catenary wires and associated support structures.

10.2   **Catenary Marking Standards.**

Catenary wires should be marked with lighted or unlighted marker balls to make the wires more visible to pilots approaching the hazard. High-voltage (69 kV or greater) transmission lines are typically mounted on large catenary support structures and should be fitted with lighted markers to provide sufficient conspicuity in both day and nighttime conditions. Transmission lines that are less than 69 kV are typically mounted on smaller catenary support structures and should be fitted with unlighted markers that provide daytime conspicuity.

10.2.1   Catenary Markers.

Lighted markers provide increased nighttime conspicuity of high-voltage (69 kV or greater) transmission line catenary wires. However, since lighted markers require a minimum line load to operate, it should be noted that the lights may not be operational under certain transmission system conditions, such as power outages or line maintenance. These lighted markers should be used on transmission line catenary wires near airports, heliports, across rivers, canyons, lakes, areas of known risk to aviation, etc. The lighted markers should be manufacturer-certified as (1) recognizable from a minimum distance of 4,000 feet (1,219 m) under nighttime conditions, (2) minimum VFR conditions, or (3) have a minimum intensity of at least 32.5 candelas. The lighting unit should emit a steady-burning red light. Lighted markers should be used on the highest energized line. If the lighted markers are installed on a line other than the highest catenary wire, then the unlighted markers specified in Chapter 3 paragraph 3.5 should be used in addition to the lighted markers. The maximum sag distance between the line energizing the lighted markers and the highest catenary wire above the lighted markers should be no more than 25 feet (7.6 m), and it should not violate the sag requirements of the transmission line design. (See Figure A-5 in Appendix A.) Markers should be distinctively shaped, i.e., spherical or cylindrical, so that they are not mistaken for items used to convey other information. They should be visible to a pilot approaching from any direction. The area in the immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's markers.

PreWil-01-06437

10/8/2016                                                         AC 70/7460-1L CHG 1

10.2.1.1   Size and Color.

The diameter of the markers (lighted and unlighted) used on extensive catenary wires that cross canyons, lakes, rivers, etc., should not be less than 36 inches (91 cm). Preferred 20-inch (51-cm) markers, or smaller 12-inch (30.48-cm) markers, are permitted on less extensive catenary wires or on power lines below 50 feet (15 m) above the ground and within 1,500 feet (458 m) of an airport runway end. Each lighted marker should be a solid color; specifically aviation orange, white, or yellow. For transmission lines that are configured in a "double-bundled" arrangement and would typically require the larger 36-inch markers, the next smaller size marker may be used to prevent the marker from rubbing against the parallel transmission line.

10.2.1.2   Installation.

1. Spacing. Lighted markers should be spaced equally along the wire at intervals of approximately 200 feet (61 m), or a fraction thereof. Intervals between markers should be less in critical areas near runway ends, i.e., 30 feet to 50 feet (10 m to 15 m). If the lighted markers are installed on a line other than the highest catenary wire, then unlighted markers specified in Chapter 3 paragraph 3.5 should be used in addition to the lighted markers. The maximum distance between the line energizing the lighted markers and the highest catenary wire above the line with the lighted markers can be no more than 25 feet (7.62 m), so long as the requirement does not violate the transmission line design's droop requirement. The lighted markers may be installed alternately along each wire if the distance between adjacent markers meets the 200-foot (61m) spacing standard. This method allows the weight and wind loading factors to be distributed. (See Figure A-5 in Appendix A.)

2. Pattern. An alternating color scheme provides the most conspicuity against all backgrounds. Lighted and unlighted markers should be installed by alternating solid-colored markers of aviation orange, white, and yellow. Normally, an orange marker is placed at each end of a line and the spacing is adjusted [not to exceed 200 feet (61 m)] to accommodate the rest of the markers. When less than four markers are used, they should all be aviation orange. (See Figure A-5 in Appendix A).

3. Wire Sag. Wire sag or droop will occur due to temperature, wire weight, wind, etc. Twenty-five (25) feet (7.62 m) is the maximum allowable distance between the highest wire installed with marker balls and the highest wire without marker balls, and it should not violate the transmission line design's sag requirements. (See Figure A-5 in Appendix A.)

4. Adjacent Lines. Catenary crossings with multiple transmission lines require appropriate markers when the adjacent catenary structure's

PreWil-01-06438

outside lines are greater than 200 ft (61 m) away from the center of the primary structure. (See Figure A-2 in Appendix A.) If the outside lines of the adjacent catenary structure are within 200 ft (61m) or less from the center of the primary structure, markers are not required on the adjacent lines. (See Figure A-3 in Appendix A.)

10.3    **Catenary Lighting Standards.**

When using medium-intensity flashing white (L-866), high-intensity flashing white (L-857), dual medium-intensity (L-866/L-885), or dual high-intensity (L-857/L-885) lighting systems operated 24 hours a day, other marking of the support structure is not necessary.

1.  Levels. A system of three levels of sequentially flashing light units should be installed on each supporting structure or adjacent terrain. One level should be installed at the top of the structure, one at the height of the lowest point in the catenary wire, and one level approximately midway between the other two light levels. In general, the middle level should be at least 50 feet (15 m) from the other two levels. The middle light unit may be omitted when the distance between the top and the bottom light levels is less than 100 feet (30 m).

    a.  Top Levels. One or more lights should be installed at the top of the structure to provide 360-degree coverage, ensuring an unobstructed view. If the installation presents a potential danger to maintenance personnel or inhibits lightning protection, the top level of lights may be mounted as low as 20 feet (6 m) below the highest point of the structure.

    b.  Horizontal Coverage. The light units at the middle and bottom levels should be installed to provide a minimum of 180-degree coverage, centered perpendicularly to the flyway. When a catenary crossing is situated near a bend in a river, canyon, etc., or is not perpendicular to the flyway, the horizontal beam should be directed to provide the most effective light coverage to warn pilots approaching from either direction of the catenary wires.

    c.  Variation. The vertical and horizontal arrangements of the lights may be subject to the structural limits of the towers and/or adjacent terrain. A tolerance of 20 percent from uniform spacing of the bottom and middle light is allowed. If the base of the supporting structure(s) is higher than the lowest point in the catenary, such as a canyon crossing, one or more lights should be installed on the adjacent terrain at the level of the lowest point in the span. These lights should be installed on the structure or terrain at the height of the lowest point in the catenary. (See Figure A-4 in Appendix A).

2.  Flash Sequence and Duration. The flash sequence for catenary wire support structures should be middle, top, and bottom with all lights on the same level flashing simultaneously. This pattern of flashes is designed to present a unique signal that pilots should interpret as a warning that catenary wires are in the vicinity of the lights. The time intervals for the sequence and duration of the flash pattern are outlined in FAA AC 150/5345-43, Specification for Obstruction Lighting

PreWil-01-06439

10/8/2016                                                                 AC 70/7460-1L CHG 1

Equipment. If Light-Emitting Diode (LED) obstruction light fixtures are used to light catenary wires, a slower flash rate of 40 fpm is allowed to enable each light fixture to make a well-defined flash so that the middle-top-bottom flash pattern will be easily recognized. Field experience has shown that LED fixtures flashing at 60 fpm, as specified in AC 150/5345-43, do not have enough time to turn off in between flash cycles, and appear as if they are steady-burning. Slowing the flash rate to 40 fpm promotes a cleaner, crisper presentation for the pilot to recognize. In the event there are only two levels of lights, the lights should simply alternate at the same flash rate/duration as if there were three lights.

3. <u>Synchronization</u>. Although not required, it is preferred that the corresponding light levels on associated supporting towers of a catenary crossing flash simultaneously.

4. <u>Structures 700 feet (213 m) AGL or Less</u>. When medium-intensity white lights (L-866) are operated 24 hours a day or when a dual red/medium-intensity light system (L-866 daytime and twilight/L-885 nighttime) is used, marking can be omitted. When using a medium-intensity white light (L-866) or a flashing red light (L-885) during twilight or nighttime only, paint should be used for daytime marking.

5. <u>Structures Exceeding 700 Feet (213 m) AGL</u>. When high-intensity white lights (L-857) are operated 24 hours a day or when a dual red/high-intensity system (L-857 daytime and twilight/L-885 nighttime) is used, marking can be omitted. This system should not be used on structures 700 feet (153 m) or less unless an FAA aeronautical study shows otherwise. When a flashing red obstruction light (L-885), a medium-intensity (L-866) flashing white lighting system, or a high-intensity white lighting system (L-857) is used for nighttime and twilight only, paint should be used for daytime marking.

10.4   **Control Device.**

The light intensity is controlled by a device (photocell) that changes the intensity when the ambient light changes. The lighting system should automatically change intensity steps when, in the Northern Hemisphere, the northern sky illuminance reaching a north-facing vertical surface is as follows:

1. <u>Day-to-Twilight (L-857 System)</u>. This should not occur before the illumination drops to 60 foot-candles (645.8 lux) but should occur before it drops below 35 foot-candles (376.7 lux). The illuminance-sensing device should, if practical, face the northern sky in the Northern Hemisphere.

2. <u>Twilight-to-Night (L-857 System)</u>. This should not occur before the illumination drops below 5 foot-candles (53.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

3. <u>Night-to-Day</u>. The intensity changes listed in subparagraph 10.4.1 and 10.4.2 above should be reversed when changing from the night-to-day mode.

PreWil-01-06440

4.  Day-to-Night (L-866 or L-885/L-866).  This should not occur before the illumination drops below 5 foot-candles (563.8 lux) but should occur before it drops below 2 foot-candles (21.5 lux).

5.  Night-to-Day.  The intensity changes listed in subparagraph 10.4.4 above should be reversed when changing from the night-to-day mode.

6.  Red Obstruction (L-885).  The red lights should not turn on until the illumination drops below 60 foot-candles (645.8 lux) but should occur before reaching a level of 35 foot-candles (367.7 lux).  Lights should not turn off before the illumination rises above 35 foot-candles (367.7 lux) but should occur before reaching 60 foot-candles (645.8 lux).

10.5    **Area Surrounding Catenary Wire Support Structures.**
The area in the immediate vicinity of the supporting structure's base should be clear of all items and/or objects of natural growth that could interfere with the line-of-sight between a pilot and the structure's lights.

10.6    **Three or More Catenary Wire Support Structures.**
Where a catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide full 360-degree coverage across rivers, canyons, lakes, areas of known risk to aviation, etc.

10.7    **Adjacent Catenary Structures.**
Where an adjacent catenary wire crossing requires three or more supporting structures, the inner structures should be equipped with enough light units per level to provide full 360-degree coverage across rivers, canyons, lakes, areas of known risk to aviation, etc.

PreWil-01-06441

### CHAPTER 11.  MARKING AND LIGHTING MOORED BALLOONS AND KITES

11.1    **Purpose.**

The purpose of marking and lighting moored balloons, kites, and their cables or mooring lines is to indicate the presence and general definition of these objects to pilots when approaching from **any** direction.

11.2    **Standards.**

These marking and lighting standards pertain to all moored balloons and kites that require marking and lighting under 14 CFR Part 101.

11.3    **Marking.**

Flag markers should be used on mooring lines to warn pilots of their presence during daylight hours.

1.  <u>Display</u>.  Markers should be displayed at no more than 50-foot (15-m) intervals and should be visible for at least 1 statute mile.

2.  <u>Shape</u>.  Markers should be rectangular in shape and not less than 2 feet (0.6 m) on a side.  Stiffeners should be used in the borders to expose a large area and to prevent drooping in calm wind or wrapping around the cable.

3.  <u>Color Patterns</u>.  One of the following color patterns should be used:

    a.  <u>Solid Color</u>.  Aviation orange.

    b.  <u>Orange and White</u>.  Two triangular sections, one of aviation orange and the other white, combined to form a rectangle.

    c.  Refer to paragraph 12.2 Paint Standard.

11.4    **Purpose.**

Flashing obstruction lights should be used on moored balloons or kites and their mooring lines to warn pilots of their presence during the hours between sunset and sunrise and during periods of reduced visibility.  These lights may be operated 24 hours a day.

1.  <u>Systems</u>.  Flashing red (L-864) or white lights (L-865) may be used to light moored balloons or kites.  High-intensity lights (L-856) are not recommended.

2.  <u>Display</u>.  Flashing lights should be displayed on the top, nose section, tail section, and on the tether cable approximately 15 feet (4.6 m) below the craft to define the extremes of size and shape.  Additional lights should be equally spaced along the cable's overall length for each 350 feet (107 m), or fraction thereof.

3.  <u>Exceptions</u>.  When the requirements of this paragraph cannot be met, floodlights may be used.

PreWil-01-06442

10/8/2016                                             AC 70/7460-1L CHG 1

11.5     **Operational Characteristics.**

The light intensity is controlled by a device (photocell) that changes the intensity when the ambient light changes. The system should automatically turn the lights on and change intensities as ambient light conditions change. The reverse order should apply in changing from nighttime-to-daytime operation. The lights should flash simultaneously.

11-2

PreWil-01-06443

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 163 of 208 PageID #: 1301

## CHAPTER 12. MARKING AND LIGHTING EQUIPMENT AND INFORMATION

12.1    **Purpose.**

This chapter lists documents relating to obstruction marking and lighting systems and where they may be obtained.

12.2    **Paint Standard.**

12.2.1   Paint and aviation colors/gloss, referred to in this AC, with the exception of wind turbines, should conform to Federal Standard FED-STD-595. Wind turbines shall meet the standards in Chapter 13 paragraph 13.4 of this AC.

12.2.2   Approved colors shall be formulated without using lead, zinc chromate, or other heavy metals to match international aviation orange, white, and yellow, as listed in Table 12-1. All coatings shall be manufactured and labeled to meet Federal Environmental Protection Act Volatile Organic Compound(s) guidelines, including the National Volatile Organic Compound Emission Standards for architectural coatings.

1. Exterior Acrylic Waterborne Paint. Coatings should be ready-mixed, 100 percent acrylic, exterior latex formulated for application directly to galvanized surfaces. Ferrous iron and steel or nongalvanized surfaces shall be primed with a manufacturer-recommended primer compatible with the finish coat.

2. Exterior Solvent-Borne Alkyd-Based Paint. Coatings should be ready-mixed, alkyd-based, exterior enamel for application directly to nongalvanized surfaces, such as ferrous iron and steel. Galvanized surfaces shall be primed with a manufacturer-recommended primer compatible with the finish coat.

**Table 12-1.  Federal Standard FED-STD-595**

| Color | Number |
|-------|--------|
| Orange | 12197 |
| White | 17875 |
| Yellow | 13538 |

PreWil-01-06444

12.3   **Availability of Specifications.**

Federal specifications describing the technical characteristics of various paints and their application techniques may be obtained from:

GSA - Specification Branch
301 7th Street NW
Room 6109
Washington, DC 20407
Telephone: (202) 619-8925

URL: https://gsafas.secure.force.com

12.4   **Lights and Associated Equipment.**

The lighting equipment referred to in this AC should conform to the latest edition of one of the following specifications, as applicable:

1. Obstruction Lighting Equipment.

   a. AC 150/5345-43, *FAA Specification for Obstruction Lighting Equipment*.

   b. Military Specifications MIL-L-6273, *Light, Navigational, Beacon, Obstacle or Code, Type G-1*.

   c. Military Specifications MIL-L-7830, *Light Assembly, Markers, Aircraft Obstruction*.

2. Certified Equipment.

   a. AC 150/5345-53, *Airport Lighting Certification Program*, lists the manufacturers that have demonstrated compliance with the specification requirements of AC 150/5345-43.

   b. Other manufacturers' equipment may be used provided the equipment meets the specification requirements of AC 150/5345-43.

3. Airport Lighting Installation and Maintenance.

   AC 150/5340-30, *Design and Installation Details for Airport Visual Aids*.

4. Vehicles.

   a. AC 150/5210-5, *Painting, Marking, and Lighting of Vehicles Used on an Airport*, contains provisions for marking vehicles principally used on airports.

   b. FAA Facilities. Obstruction marking for FAA facilities shall conform to FAA Drawing Number D-5480, referenced in FAA Standard FAA-STD-003, *Paint Systems for Structures*.

PreWil-01-06445

12.5 **Availability.**

The standards and specifications listed above may be obtained from:

1.  Military Specifications: Copies of Military standards and specification may be obtained from:

    DAP/DODSSP
    Building 4, Section D.
    700 Robbins Ave.
    Philadelphia, PA 19111-5094
    Tel; (215)697-2179
    FAX: (215)697-1460
    URL: https://acc.dau.mil/DoDSSP

2.  FAA Advisory Circulars: Copies of FAA ACs may be obtained online at:

    http://www.faa.gov/airports/resources/advisory_circulars/

PreWil-01-06446

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 166 of 208 PageID #: 1304

## CHAPTER 13. MARKING AND LIGHTING WIND TURBINES

13.1    **Purpose.**

This chapter provides guidelines for the marking and lighting of wind turbine farms. These guidelines are applicable to single wind turbines and wind turbine farms. For the purpose of this AC, wind turbine farms are defined as a wind turbine development that contains more than three turbines. The recommended marking and lighting of these structures is intended to provide day and night conspicuity and to assist pilots in identifying and avoiding these obstacles.

13.2    **General Standards.**

The development of wind turbine farms is a very dynamic process, which changes based on the terrain. Each wind turbine farm is unique. Therefore, it is important that a lighting plan be developed that provides sufficient safety for air traffic. Proximity to airports and VFR routes, extreme terrain where heights may vary widely, and local flight activity should be considered when developing a lighting plan. The following guidelines are recommended for wind turbines.

13.3    **Wind Turbine Configurations.**

Prior to marking and lighting the wind turbine farm, the configuration and the terrain of the wind turbine farm should be determined. The following is a description of the most common configurations.

1. Linear—wind turbine farms in a direct, consecutive configuration, often located along a ridge line, the face of a mountain, or along borders of a mesa or field. The line may be ragged in shape or be periodically broken, and may vary in size from just a few turbines to many turbines forming a line that is several miles long.

2. Cluster—wind turbine farms arranged in circular configuration. A cluster is typically characterized by having a pronounced perimeter, with various turbines placed inside the circle at various, erratic distances throughout the center of the circle.

3. Grid—wind turbine farms arranged in a geographical shape, such as a square or a rectangle, in which the turbines are placed a consistent distance from each other in rows, giving the appearance that they are part of a square pattern.

13.4    **Marking Standards.**

13.4.1  Wind turbines should be painted white or light grey, as these colors have been shown to be the most effective method for providing daytime conspicuity. Wind turbine manufacturers typically use a European color-matching system that is referred to as the RAL Color Standard. Unlike the Federal Specification 595, the RAL system used a four-digit code to identify a specific color of paint. For example, an RAL 9xxx code would represent a color in the white/black range, and an RAL 6xxx code would be in

PreWil-01-06447

the grey range.  Most wind turbines currently produced are painted light grey, RAL 7035, which is the darkest acceptable off-white paint allowed.  The preferred white paint color is pure white, RAL 9010, or an equivalent.  Any shade of white between these two RAL specifications is strongly recommended.  See Table 13-1.

**Table 13-1.  Wind Turbine Paint Standard Colors**

| Color | RAL Number |
|---|---|
| Pure White | 9010 |
| Light Grey (Darkest Acceptable) | 7035 |

13.4.2   In geographic areas that experience lengthy periods of snow cover (i.e., Alaska), and where it is deemed necessary, the mast of the turbine may be painted alternating bands of aviation orange and white to provide additional contrast against the snow.  The nacelle and blades of the turbine shall remain solid white or light grey.  (See Figure A-24 in Appendix A.)

13.4.3   Blades or blade tips shall not be painted or manufactured in colors to camouflage wind turbines with the surrounding terrain.  (See Figure A-25 in Appendix A.)

13.4.4   For turbines that are constructed with lattice-type masts, the mast structure shall be painted with alternating bands of aviation orange and white, in accordance with Chapter 3.  The turbine's nacelle and blades shall remain solid white or light grey.

13.5      **Lighting Standards.**

13.5.1   Nighttime wind turbine obstruction lighting should consist of FAA L-864 aviation red flashing, strobe, or pulsed obstruction lights.  Studies have shown that red lights provide the most conspicuity to pilots.

13.5.2   In most cases, not all wind turbine units within a wind turbine farm need to be lighted.  Obstruction lights should be placed along the perimeter of the wind turbine farm so that there are no unlit separations or gaps more than 1/2 statute mile (sm) (804 m).  Wind turbines within a grid or cluster should not have an unlighted separation or gap of more than 1 sm (1.6 km) across the interior of a grid or cluster of turbines.  (See Figure A-26 in Appendix A.)

13.5.3   Any array of flashing, strobe, or pulsed obstruction lighting should be synchronized to flash simultaneously (within ±1/20 second (0.05 second) of each other).

13.5.4   Should any lighting fixture or the lighting system synchronization fail, a lighting outage report should be prepared in accordance with Chapter 2 paragraph 2.4.

PreWil-01-06448

10/8/2016                                                      AC 70/7460-1L CHG 1

13.5.5   Light fixtures should be placed as high as possible on the turbine nacelle so they are visible by a pilot approaching from **any** direction.  (See Figure A-23 in Appendix A.)

13.5.6   Daytime lighting of wind turbines is not required.  See paragraph 13.4 for daytime marking requirements.

13.5.7   When developing lighting plans for wind turbine farms, it is best to use an aerial-view map or diagram of the turbine farm to plan the location of the required lighting.  This way, a certain degree of strategy plan can be applied, which, in many instances, results in a minimal number of lights.

13.5.8   For linear turbine configurations, lights should be placed on the turbine positioned at each end of a line or string of turbines.  Lights should also be placed along the line of turbines so that there is no more than a 1/2-sm (2,640-foot (805-m)) gap between the lighted turbines.  In the event the gap between lights on the last segment of turbines is significantly short, it may be appropriate to move the lights on the turbine string back toward the starting point to present a well-balanced string of lights.  High concentrations of lights should be avoided.  (See Figure A-26 in Appendix A.)

13.5.9   For cluster turbine configurations, a turbine should be selected as a starting point along the outer perimeter of the cluster.  The turbine should be lighted, and a light should be placed on the next turbine along the perimeter of the cluster (clockwise or counterclockwise) so that no more than a 1/2-sm (2,640-foot (805-m)) gap exists.  This pattern should be continued around the perimeter of the cluster until the starting point is reached.  In the event that the gap between the lights on the last segment of turbines is significantly short, it may be appropriate to move the lights along the perimeter of the cluster back toward the starting point to present a well-balanced perimeter of lights.  If the distance across the cluster is greater than 1 sm, additional lights should be placed on other turbines throughout the center of the cluster so that there are no unlighted gaps across the cluster. (See Figure A-26 in Appendix A.) (Example:  If the distance across a wind turbine farm is 1.8 sm (2.9 km), a light should be placed on a turbine at approximately every 0.9 sm (1.4 km).

13.5.10  For grid turbine configurations, turbines on the corners of the farm should be lit, and then use the same concept for selecting which turbines should be lit as outlined in paragraph 13.5.9.

13.5.11  Special Considerations.

   13.5.11.1   Occasionally, some wind turbines may be located apart from the main group of turbines.  If one or two wind turbines protrude from the general limits of the turbine farm, these turbines should be lighted in addition to those identified in the main group.

   13.5.11.2   Additional lighting may be necessary on wind turbines located on the interior of a cluster or grid configuration whose height is 100 feet (30 m) or higher than the other wind turbines located within the farm.

PreWil-01-06449

10/8/2016                                                      AC 70/7460-1L CHG 1

13.6        **Wind Turbines Above 499 Feet.**

13.6.1      For wind turbines with a rotor tip height, while at top dead center, greater than 499 feet (153 m) AGL, but less than 699 feet AGL, the turbines should be lighted in accordance with paragraph 13.5. In addition to these requirements, the top of the turbine's nacelle should be equipped with a second L-864 flashing red light. (See Figure A-23 in Appendix A.)

13.6.2      The two obstruction lights should be arranged horizontally, positioned on opposite sides of the nacelle, visible to a pilot approaching from **any** direction, and flash simultaneously. (See Figure A-23 in Appendix A.) This lighting configuration ensures the turbines in this size category are always lighted.

13.6.3      In the event one of the two obstruction lights fails, no light failure notification is required; however, the light should be restored to service as soon as possible.

13.6.4      All turbines within this size category should be illuminated, regardless of their location within a wind turbine farm, and should be configured to flash simultaneously with the other turbines in the same farm. This requirement ensures the pilots operating at 500 feet AGL have sufficient warning that a wind turbine obstruction may be within their flight path.

13.7        **Wind Turbines at or Above 699 Feet (213 m).**

13.7.1      For wind turbines with a rotor tip height, while at top dead center, at or above 699 feet (213 m) AGL, additional lighting is required. All wind turbines of this size, regardless of number or configuration should be lighted.

13.7.2      In addition to the lighting identified in paragraph 13.6, an additional level of lights is required at a point midway between the top of the nacelle and ground level. The location of the additional lights may be adjusted as necessary to allow mounting at a seam within the turbine's mast.

     13.7.2.1     The additional level of lights should consist of a minimum of three L-810 flashing red lights configured to flash in unison with the two L-864 red flashing lights located at the top of the nacelle at a rate of 30 fpm (± 3 fpm). The L-810s should be spaced at equal distances around the mast. The light should be installed to ensure a pilot approaching from **any** direction has an unobstructed view of at least two of the lights. (See Figure A-23 in Appendix A.)

     13.7.2.2     For wind turbine structures with a mast diameter greater than 20 feet (6 m), four L-810 red lights should be used.

     13.7.2.3     All turbines within this size category should be illuminated, regardless of their location within a turbine farm, and should be configured to flash simultaneously with the other turbines in the same farm. This requirement

PreWil-01-06450

ensures the pilots operating at 500 feet AGL have sufficient warning that a wind turbine obstruction may be within their flight path.

13.8    **Lighting of Wind Turbines During Construction Phase.**

To ensure proper conspicuity of turbines at night during construction, all turbines should be lighted with temporary lighting once they reach a height of 200 feet (61 m) or greater until the permanent lighting configuration is turned on. As the structure's height continues to increase, the temporary lighting should be relocated to the structure's uppermost height. The temporary lighting may be turned off for short periods if they interfere with construction personnel. If practical, permanent obstruction lights should be installed and operated at each level as construction progresses. An L-810 steady-burning red light shall be used to light the structure during the construction phase, if the permanent L-864 flashing-red lights are not in place. If power is not available, turbines should be lighted with a self-contained, solar-powered, LED, steady-burning red light that meets the photometric requirements of an FAA L-810 lighting system. The lights should be positioned to ensure a pilot has an unobstructed view of at least one light at each level. Using a NOTAM (D) to justify not lighting the turbines until the entire project is completed is prohibited.

13.9    **Lighting and Marking of Airborne Wind Turbines.**

The FAA is currently conducting research to develop special lighting and marking standards for Airborne Wind Turbines. Sponsors should consult with their respective FAA OE Specialists for updated information.

13.10   **Lighting and Marking of Offshore Wind Turbines.**

FAA lighting and marking recommendations apply to structures out to 12 NM from the coast of the United States, which is the extent of the territorial seas. The Bureau of Ocean Energy Management (BOEM), which maintains jurisdiction of land leases beyond the 12 NM, may also require compliance with the marking and/or lighting recommendations identified in this AC.

PreWil-01-06451

Case 2:14-cv-00743-PM-KK   Document 109-1   Filed 01/30/17   Page 171 of 208 PageID #: 1309

## CHAPTER 14. AIRCRAFT DETECTION LIGHTING SYSTEMS

14.1     **Purpose.**
Aircraft Detection Lighting Systems (ADLS) are sensor-based systems designed to detect aircraft as they approach an obstruction or group of obstructions; these systems automatically activate the appropriate obstruction lights until they are no longer needed by the aircraft. This technology reduces the impact of nighttime lighting on nearby communities and migratory birds and extends the life expectancy of obstruction lights.

14.2     **General Standards.**

14.2.1   The system should be designed with sufficient sensors to provide complete detection coverage for aircraft that enter a three-dimensional volume of airspace, or coverage area, around the obstruction(s) (see Figure A-27 in Appendix A), as follows:

1. Horizontal detection coverage should provide for obstruction lighting to be activated and illuminated prior to aircraft penetrating the perimeter of the volume, which is a minimum of 3 NM (5.5 km) away from the obstruction or the perimeter of a group of obstructions.

2. Vertical detection coverage should provide for obstruction lighting to be activated and illuminated prior to aircraft penetrating the volume, which extends from the ground up to 1,000 feet (304 m) above the highest part of the obstruction or group of obstructions, for all areas within the 3 NM (5.5 km) perimeter defined in subparagraph 14.2.1 1 above.

3. In some circumstances, it may not be possible to meet the volume area defined above because the terrain may mask the detection signal from acquiring an aircraft target within the 3 NM (5.5 km) perimeter. In these cases, the sponsor should identify these areas in their application to the FAA for further evaluation.

4. In some situations, lighting not controlled by the ADLS may be required when the 3 NM (5.5 km) perimeter is not achievable to ensure pilots have sufficient warning before approaching the obstructions.

14.2.2   The ADLS should activate the obstruction lighting system in sufficient time to allow the lights to illuminate and synchronize to flash simultaneously prior to an aircraft penetrating the volume defined above. The lights should remain on for a specific time period, as follows:

1. For ADLSs capable of continuously monitoring aircraft while they are within the 3 NM/1,000 foot (5.5 km/304 m) volume, the obstruction lights should stay on until the aircraft exits the volume. In the event detection of the aircraft is lost while being continuously monitored within the 3 NM/1,000 foot (5.5 km/304 m) volume, the ADLS should initiate a 30-minute timer and keep the obstruction lights on until the timer expires. This should provide the untracked aircraft sufficient time to exit the area and give the ADLS time to reset.

PreWil-01-06452

2. For ADLSs without the capability of monitoring aircraft targets in the 3 nm/1,000 foot (5.5 km/304 m) volume, the obstruction lights should stay on for a preset amount of time, calculated as follows:

    a. For single obstructions:  7 minutes.

    b. For groups of obstructions:  (the widest dimension in nautical miles + 6) x 90 seconds equals the number of seconds the light(s) should remain on.

14.2.3    Acceptance of ADLS applications will be on a case-by-case basis and may be modified, adjusted, or denied based on proximity of the obstruction or group of obstructions to airports, low-altitude flight routes, military training areas, or other areas of frequent flight activity.  It may be appropriate to keep certain obstructions closest to these known activity areas illuminated during the nighttime hours, while the remainder of the group's obstruction lighting is controlled by the ADLS.

14.2.4    Project sponsors requesting ADLS use should include in their application maps or diagrams indicating the location of the proposed sensors, the range of each sensor, and a visual indication showing how each sensor's detection arc provides the full horizontal and vertical coverage, as required under paragraph 14.2.1.  In the event that detection coverage is not 100 percent due to terrain masking, project sponsors should provide multiple maps or diagrams that indicate coverage at the affected altitudes.  A sample diagram is shown in Figure A-27 in Appendix A.

14.2.5    <u>Types of ADLS Component or System Failure Events</u>.

1. In the event of an ADLS component or system failure, the ADLS should automatically turn on all the obstruction lighting and operate in accordance with this AC as if it was not controlled by an ADLS.  The obstruction lighting must remain in this state until the ADLS and its components are restored.

2. In the event that an ADLS component failure occurs and an individual obstruction light cannot be controlled by the ADLS, but the rest of the ADLS is functional, that particular obstruction light should automatically turn on and operate in accordance with this AC as if it was not controlled by an ADLS, and the remaining obstruction lights can continue to be controlled by the ADLS.  The obstruction lighting will remain in this state until the ADLS and its components are restored.

3. Complete light failure should be addressed in accordance with Chapter 2 paragraph 2.4.

14.2.6    The ADLS's communication and operational status shall be checked at least once every 24 hours to ensure both are operational.

14.2.7    The ADLS should be able to detect an aircraft with a cross-sectional area of 1 square meter or more within the volume, as required in subparagraphs 14.2.1 1 and 14.2.1 2.

14.2.8    Each ADLS installation should maintain a log of activity data for a period of no less than the previous 15 days.  This data should include, but not be limited to, the date, time, duration of all system activations/deactivations, track of aircraft activity,

PreWil-01-06453

maintenance issues, system errors, communication and operational issues, lighting outages/issues, etc.

14.2.9   Operational Frequencies.

1. Unlicensed devices (including FCC Part 15) devices cannot be used for this type of system.

2. Any frequency used for the operation of ADLS must be individually licensed through the FCC.

## 14.3   **Voice/Audio Option.**

14.3.1   ADLS may include an optional voice/audio feature that transmits a low-power, audible warning message to provide pilots additional information on the obstruction they are approaching.

14.3.2   The audible transmission should be in accordance with appropriate FAA and FCC regulations.

14.3.3   The audible transmission should be over an aviation frequency licensed by the FCC and authorized under the Code of Federal Regulations Title 47- Part 87.483 (excluding 121.5 MHz).

**Note:** Using air traffic control frequencies in the 117.975-MHz to 137-MHz frequency band is prohibited for this operation.

14.3.4   The audible message should consist of three quick tones, followed by a verbal message that describes the type of obstruction the system is protecting.  Appropriate terms to be used include tower(s), wind turbine(s), or power line(s).

14.3.5   The audible message should be repeated three times or until the system determines the aircraft is no longer within the audible warning area defined in the following paragraph.

14.3.6   The audible message should be considered as a secondary, final warning and should be activated when an aircraft is within 1/2 NM (926 m) horizontally and 500 feet (152 m) vertically of the obstruction.  The use of, or variation to, the audible warning zone may occur, depending on site-specific conditions or obstruction types.

PreWil-01-06454

**APPENDIX A: Specifications for Obstruction Lighting Equipment Classification**

Table A-1.  FAA-Approved Obstruction Lighting Fixtures

| Type | Symbol | Description |
|------|--------|-------------|
| L-810 | | Steady-Burning - RED<br>Single Obstruction Light |
| L-810 | | Steady-Burning – RED<br>Double Obstruction Light |
| L-856 | | High-Intensity Flashing – WHITE<br>Obstruction Light (40 FPM) |
| L-857 | | High-Intensity Flashing – WHITE<br>Catenary Light (60 FPM) |
| L-864 | | Medium-Intensity Flashing – RED<br>Obstruction Light (20-40 FPM) |
| L-865 | | Medium-Intensity Flashing – WHITE<br>Obstruction Light (40-FPM) |
| L-866 | 60 FPM | Medium-Intensity Flashing - WHITE<br>Catenary Light (60-FPM) |
| L-864/L-865 | | Medium-Intensity Flashing Dual – RED / WHITE<br>Obstruction Light (20-40 FPM)<br>Obstruction Light (40 FPM) |
| L-885 | | Flashing Obstruction Light  - RED<br>Obstruction Light (60 FPM) |

FPM = Flashes Per Minute

PreWil-01-06455



Figure A-1.  Catenary Unlighted Markers

A-2

PreWil-01-06456

10/8/2016

AC 70/7460-1L CHG 1
Appendix A



Figure A-2.  Catenary Markers - Line Spacing (Adjacent Lines Greater Than 200 ft (61 m) Away)

PreWil-01-06457



Figure A-3. Catenary Markers – Line Spacing (Adjacent Lines Within 200 ft (61 m) or Less

PreWil-01-06458



**Figure A-4.  Catenary Obstruction Lighting**

PreWil-01-06459



Figure A-5.  Catenary Lighted Markers

PreWil-01-06460



Figure A-6.  Red Obstruction Light Standards

PreWil-01-06461



Figure A-7. Medium-Intensity White Obstruction Light Standards

PreWil-01-06462



Figure A-8. High-Intensity White Obstruction Light Standards—Structures With Appurtenance 40 Feet or Less

PreWil-01-06463



**Figure A-9.** **High-Intensity Obstruction Lighting Standards—Structures With Appurtenance Over 40 Feet High**

PreWil-01-06464



Figure A-10.  Medium-Intensity Dual Obstruction Lighting Standards

PreWil-01-06465



Figure A-11.  High-Intensity Dual Obstruction Lighting Standards—Structures With Appurtenance Over 40 Feet High

PreWil-01-06466



Figure A-12.  High-Intensity Dual Obstruction Lighting Standards—Structures With Appurtenance 40 Feet or Less

PreWil-01-06467



Figure A-13.  Painting and/or Dual Lighting of Chimneys, Poles, Towers, and Similar Structures

PreWil-01-06468

10/8/2016

AC 70/7460-1L CHG 1
Appendix A



**Figure A-14. Medium-Intensity Lighting—Establishing the Location of Top Beacons**

PreWil-01-06469

10/8/2016

AC 70/7460-1L CHG 1
Appendix A



**Figure A-15.  Painting and Lighting of Water Towers, Storage Tanks, and Similar Structures**

PreWil-01-06470



**Figure A-16.  Painting and Lighting of Water Towers and Similar Structures**

PreWil-01-06471



**PAINTING OF SINGLE PEDESTAL WATER TOWER BY TEARDROP PATTERN**

Day Protection = Aviation Orange / White Paint
Night Protection = By Flood Light

= 360° Coverage of the Water Tower (Flood Light)

**Figure A-17. Painting a Single Pedestal Water Tower Using the Teardrop Pattern**

A-18

PreWil-01-06472



Figure A-18.  Lighting Adjacent Structures—Light Level Adjustment

PreWil-01-06473



Figure A-19. Lighting Adjacent Structures

PreWil-01-06474



Figure A-20. Lighting of Chimneys, Flare Stacks, or Similar Solid Structures

PreWil-01-06475



Figure A-21. Hyperbolic Cooling Tower

PreWil-01-06476



**Figure A-22. Bridge Lighting**

PreWil-01-06477

10/8/2016

AC 70/7460-1L CHG 1
Appendix A



**Figure A-23.  Wind Turbine Lighting**

PreWil-01-06478



**Figure A-24.  Wind Turbine Lighting and Marking in Snow Prone Areas (Optional)**

PreWil-01-06479



**Figure A-25.  Lighting and Marking of Wind Turbines – Paint Schemes**

PreWil-01-06480



Figure A-26.  Wind Turbine Lighting Configurations

PreWil-01-06481

10/8/2016

AC 70/7460-1L CHG 1
Appendix A



Figure A-27. Sample of Aircraft Detection Lighting System Coverage Map

PreWil-01-06482

## APPENDIX B: MISCELLANEOUS

B-1 **Rationale for Obstruction Light Intensities.**
Sections 91.117, 91.119 and 91.155 of 14 CFR Part 91, *General Operating and Flight Rules,* prescribe aircraft speed restrictions, minimum safe altitudes, and basic visual flight rules (VFR) weather minimums for governing the operation of aircraft, including helicopters, within the United States.

B-2 **Distance Versus Intensities.**
Table B-1 shows the distance the various intensities are visible under 1 and 3 statute miles meteorological visibilities:

**Table B-1. Distance and Intensity**

| Time Period | Meteorological Visibility Statute Miles | Distance Statute Miles | Intensity Candelas |
|---|---|---|---|
| Night | | 2.9 (4.7 km) | 1,500 (±25%) |
| | 3 (4.8 km) | 3.1 (4.9 km) | 2,000 (±25%) |
| | | 1.4 (2.2 km) | 32 |
| Day | | 1.5 (2.4 km) | 200,000 |
| | 1 (1.6 km) | 1.4 (2.2 km) | 100,000 |
| | | 1.0 (1.6 km) | 20,000 (±25%) |
| Day | | 3.0 (4.8 km) | 200,000 |
| | 3 (4.8 km) | 2.7 (4.3 km) | 100,000 |
| | | 1.8 (2.9 km) | 20,000 (±25%) |
| Twilight | 1 (1.6 km) | 1.0 (1.6 km) to 1.5 (2.4 km) | 20,000 (±25%) |
| Twilight | 3 (4.8 km) | 1.8 (2.9 km) to 4.2 (6.7 km) | 20,000 (±25%) |

**Note:** Distance calculated for north sky illuminance.

PreWil-01-06483

B-3    **Conclusion**.

Aircraft pilots travelling at 165 kt (190 mph/306 kph) or less should be able to see obstruction lights in sufficient time to avoid the structure by at least 2,000 feet (610 m) horizontally under all conditions of operation, provided the pilot is operating in accordance with 14 CFR Part 91. Pilots operating 250 kt (288 mph/463 kph) aircraft should be able to see the obstruction lights unless the weather deteriorates to 1 statute mile (1.6 km) visibility at night, during which time period 2,000 candelas enables the light to be seen at 1.2 statute miles (1.9 km). To provide an acquisition distance of 1.5 statute miles, a higher intensity of 20,000 candelas would be required. This light, with 3-statute mile visibility at night, could generate a residential annoyance factor. In addition, aircraft at these speeds can normally be expected to operate under instrument flight rules (IFR) at night when the visibility is 1 statute mile (1.6 km).



**Note:**
The 2,000-foot avoidance distance comes from the guy wires of a 2,000-foot structure. The guy wires at a 45-degree angle would be at a distance of 1,500 feet from the structure at a 500-foot elevation. Since the aircraft is to be 500 feet clear of obstacles (the guy wire), the distance of avoidance from the structure is 1,500 + 500 = 2,000 feet. (See Figure B-1.)

**Figure B-1. Illustration of Acquisition Distance Calculation**

B-4    **Definitions**.

B-4.1    <u>Flight Visibility</u>.

The average forward horizontal distance, from the cockpit of an aircraft in flight, at which prominent unlighted objects may be seen and identified by day and prominent lighted objects may be seen and identified by night.

PreWil-01-06484

Reference: *Airman's Information Manual Pilot/Controller Glossary.*

B-4.2   Meteorological Visibility.

A term that denotes the greatest distance, expressed in statute miles, that selected objects (visibility markers) or lights of moderate intensity (25 candelas) can be seen and identified under specified conditions of observation.

B-5   **Lighting System Configuration.**

1.   Configuration A. Red Obstruction Lighting System.

2.   Configuration B. High-Intensity White Obstruction Lights for structures with appurtenance 40 feet or less.

3.   Configuration C. High-Intensity White Obstruction Lights for structures with appurtenance greater than 40 feet.

4.   Configuration D. Medium-Intensity White Obstruction Lights.

5.   Configuration E. Medium-Intensity Dual White and Red Obstruction Lights.

6.   Configuration F. High-Intensity Dual Obstruction Lights for structures with appurtenance greater than 40 feet.

7.   Configuration G. High-Intensity Dual Obstruction Lights for structures with appurtenance 40 feet or less.

**Example:** "Configuration B 3" denotes a high-intensity lighting system with three levels of light.

PreWil-01-06485



## Price - Size Chart

| Diameter | SD | JX | KJ | HS | AR | XL | BN |
|----------|-----|--------|--------|--------|--------|--------|--------|
| 9 inch | N/A | 83.95* | 119.95* | N/A | 132.95* | N/A | N/A |
| 12 inch | N/A | 101.95* | 132.95* | 138.95* | 146.95* | N/A | N/A |
| 20 inch | 119.95* | 139.95* | 175.95* | 189.95* | 206.95* | 218.95* | N/A |
| 24 inch | 212.95* | 230.95* | 267.95* | 278.95* | 292.95* | 307.95* | 388.95* |
| 30 inch | 250.95* | N/A | 322.95* | N/A | 356.95* | 388.95* | N/A |
| 36 inch | 324.95* | N/A | 476.95* | N/A | 524.95* | 555.95* | 737.95* |

\* Extra charge applied to wire sizes over 1 inch
All prices are in U.S. Dollars, and F.O.B. factory

Corona Effect ||| Custom Manufacturing ||| FAA Regulations ||| Color Options
Wind Load Information ||| Warranty Information ||| Product Line ||| Policies
Company History ||| Contact Us ||| Home

TANA Manufacturing Co. | Phone: (573) 796-3812
P.O. box 370 | Fax: (573) 796-3770
California, MO  65018 | sales@tanawiremarker.com



PreWil-01-06486



Sign In    Join Free    For Buyer ⌄    For Supplier ⌄    🛒 Inquiry Basket 0    English ⌄

On Made-In-China.com ⌄ | Enter a keyword to search products  🔍    📡 Post Sourcing Request

## Cowin Electrical Co., Ltd.

Guy Guard, Plastic Guy Guard, Power Line Hardware manufacturer / supplier in China, offering PE or PVC Material Plastic Yellow Guy Guard, 100W 60W Humidity Proof Light, T5 T8 Fluorescent Lamp Fixture and so on.

Gold Member Since 2010

Audited Supplier

Home    Product ⌄    About ⌄    Contact    Solutions

Supplier Homepage  >  Product  >  Electric Wiring Accessories  >  PE or PVC Material Plastic Yellow Guy Guard

### PE or PVC Material Plastic Yellow Guy Guard

| | |
|---|---|
| FOB Price: | US $1.5 / Piece |
| Min. Order: | 500 Pieces |

Get Latest Price ›

| | |
|---|---|
| Port: | Ningbo, China |
| Production Capacity: | 500, 000 Set Per Years |
| Payment Terms: | L/C, T/T, Western Union, Negotiable |

✉ Contact Now

Leave a message.    🛒 Inquiry Basket    ☆ Favorites

Request a custom order and have something just for you!

📝 Send Customized Request





Cowin Electrical Co., Ltd.
Zhejiang, China
Manufacturer/Factory, Other, Group Corporation

📡 Gold Member  Since 2010
🔵 Audited Supplier

✓ Sample Available
✓ OEM/ODM Service
✓ Spanish Speaker
✓ Factory Tour

Main Products: Dropout Fuse, Insulators, Poleline Hardwares, Lightning Arrester, LV Fuses,
More ⌄

You Might Also Like

 Yellow Guy Guard Guy Wire Marker

 Hot DIP Galvanizing Guy Guard

 Pole Top Bracket

 Cable Tie

 Terminal Block

## Basic Info

| | |
|---|---|
| Model NO.: CE-YG | Application: Cover Stay Wire as Warning Function |
| Type: Insulation Sleeve | Chemistry: Inorganic Insulation |
| Material: PE,PP | Maximum Voltage: No |
| Classification: Inorganic Insulation Material | Color: Yellow |
| Brand: Cowinelec, OEM,ODM | Item: Yellow Guy Guard |
| UV Protection: Customized | Flame Retardance: Customized |
| Length: 1.5m,2m Customized | Outer Dia: 50mm,Customized |
| Thickness: 2mm,Customized | Raw Material: PVC,PE,etc |
| Fittings: 1 or 2 Set Al Clamp | Trademark: COWINELEC, OEM |
| Transport Package: Plastic Bag | Specification: ANSI |
| Origin: China | HS Code: 39169010 |

## Product Description

* Made from PE material, also use PVC
* Length and Pipe Dia, can do as needed
* PE or PVC
* Accessory with one or two Aluminum Wire Clamp

Features:
Available in four diameters to cover wide range of anchor rods and associated fittings.
Wraps around the guy strand, fittings and anchor rod with 30-50% overlap.
Standard length is 8' other lengths are available on special order.

| Raw material | Length | Thickness | Color | Application |
|---|---|---|---|---|
| PE or PVC | 2m or customized | 2mm | Fresh yellow | with stay wire,for caution |

EXHIBIT Xi    PreWil-01-06487

Guy Markers (Guy Guards) Plastic/Steel

Guy Markers (Guy Guards, Guy protectors) are made of high impact UV stabilized plastic and provides durable, high impact, economical protection for exposed utility pole guy wires, dead end fittings, and anchor rods. In addition, our Guy Markers are used on towers that utilize guy wires, such as, cell phone towers or other communication towers.

Our Guy Markers are used to increase the visibility of rooftop guy wires, helping to increase the safety of those with building rooftop access. Also, our guy markers are easily installed on driveway chains, making them far easier for cars and cyclists to identify. We believe our Guy Markers (Guy Guards) are by far the most secure and most vandal proof guy marker on the market. In fact, we have sold millions of them through the years, making them one of our most popular products.

Our Guy Markers are available in yellow, gray, orange, striped or Reflective. Our Guy Markers are available with several attachment options, which include a large stainless clamp, a plastic tie wrap, a poly strap with buttons, a plug option, or you can order with no attachment.

Search Products

**Product Groups**

Hardwares

Lightning Arresters

Cutout & Fuse & Holder

Circuit Breakers

Distribution Box

Electric Wiring Accessories

Generator

Isolator switch

Insulator

Plug & Socket

More ∨

## Send your message to this supplier

* From: Enter your email address

To: Miss Sunny Hu

* Message: We suggest you detail your product requirements and company information here.

Enter between 20 to 4,000 characters.

Send

This is not what you are looking for?  🔍 Post a Sourcing Request Now



Miss Sunny Hu

## Latest Products from This Supplier



Electrical Self Adhesive
PVC Insulation Tape



France and Africa Market
Copper Earth Connector



Plastic PA66 Self-Locking
Nylon Cable Tie



Pg Mg NPT M Bsc Series
Nylon Cable Gland



Aluminium Alloy Helical
Armor Rods

Hv Electrical Insulating

PreWil-01-06488

China PE or PVC Material Plastic Yellow Guy Guard-China Guy Guard...Guard...Guy Guard

Protector Glove

## Find Similar Products By Category

Electrical & Electronics > Insulation (19629)
Electrical & Electronics > Telecommunication & Broadcasting > Telecom Tower (3059)

## Hot Searches

| | | |
|---|---|---|
| Line Hardware | Power Wire | Power Hardware |
| Electrical Hardware | China Power | Line Ups |
| Guard Switch | Power Guy | Guy Tower |
| Guy Wire | Tv Guard | Cable Guy |

More ∨

Hot Products ¦ China Products ¦ Chinese Manufacturers/Suppliers ¦ China Wholesale ¦ Industry Sites ¦ Regional Channels ¦ Offer Board ¦ Product Index
Language Options:  Español ¦ Português ¦ Français ¦ Русский язык ¦ Italiano ¦ Deutsch ¦ Nederlands ¦ العربية ¦ 한국어 ¦ 日本語

Terms & Conditions  |  Declaration  ¦  Privacy Policy
Copyright © 1998-2017 Focus Technology Co., Ltd. All Rights Reserved.

PreWil-01-06489