





## Jefferson Davis Parish
## Louisiana

|  | 2012 | 2007 | % change |
|---|---|---|---|
| **Number of Farms** | 656 | 706 | - 7 |
| **Land in Farms** | 265,036 acres | 288,100 acres | - 8 |
| **Average Size of Farm** | 404 acres | 408 acres | - 1 |
| **Market Value of Products Sold** | $85,130,000 | $64,763,000 | + 31 |
| Crop Sales $74,344,000 (87 percent) | | | |
| Livestock Sales $10,786,000 (13 percent) | | | |
| Average Per Farm | $129,771 | $91,733 | + 41 |
| **Government Payments** | $5,149,000 | $7,617,000 | - 32 |
| Average Per Farm Receiving Payments | $13,236 | $18,094 | - 27 |







US Department of Agriculture
National Agricultural Statistics Service

www.agcensus.usda.gov

**EXHIBIT B**

PreWil-01-06393



PARISH PROFILE

# Jefferson Davis Parish – Louisiana

Ranked items among the 64 state parishes and 3,079 U.S. counties, 2012

| Item | Quantity | State Rank | Universe [1] | U.S. Rank | Universe [1] |
|---|---|---|---|---|---|
| MARKET VALUE OF AGRICULTURAL PRODUCTS SOLD ($1,000) | | | | | |
| Total value of agricultural products sold | 85,130 | 20 | 64 | 1,311 | 3,077 |
| Value of crops including nursery and greenhouse | 74,344 | 16 | 64 | 866 | 3,072 |
| Value of livestock, poultry, and their products | 10,786 | 22 | 64 | 2,048 | 3,076 |
| VALUE OF SALES BY COMMODITY GROUP ($1,000) | | | | | |
| Grains, oilseeds, dry beans, and dry peas | 69,647 | 12 | 54 | 658 | 2,926 |
| Tobacco | - | - | - | - | 436 |
| Cotton and cottonseed | - | - | 23 | - | 635 |
| Vegetables, melons, potatoes, and sweet potatoes | (D) | 7 | 60 | (D) | 2,802 |
| Fruits, tree nuts, and berries | (D) | (D) | 63 | (D) | 2,724 |
| Nursery, greenhouse, floriculture, and sod | 307 | 27 | 55 | 1,588 | 2,678 |
| Cut Christmas trees and short rotation woody crops | - | - | 29 | - | 1,530 |
| Other crops and hay | (D) | 20 | 63 | (D) | 3,049 |
| Poultry and eggs | 29 | 30 | 61 | 1,869 | 3,013 |
| Cattle and calves | 4,468 | 24 | 64 | 1,899 | 3,056 |
| Milk from cows | - | - | 18 | - | 2,038 |
| Hogs and pigs | 5 | 32 | 51 | 2,333 | 2,827 |
| Sheep, goats, wool, mohair, and milk | 12 | 35 | 57 | 2,621 | 2,988 |
| Horses, ponies, mules, burros, and donkeys | 547 | 10 | 61 | 504 | 3,011 |
| Aquaculture | 5,587 | 7 | 48 | 59 | 1,366 |
| Other animals and other animal products | 138 | 12 | 58 | 933 | 2,924 |
| TOP CROP ITEMS (acres) | | | | | |
| Rice | 64,359 | 2 | 30 | 15 | 146 |
| Soybeans for beans | 23,536 | 16 | 50 | 872 | 2,162 |
| Forage-land used for all hay and haylage, grass silage, and greenchop | 6,243 | 32 | 63 | 2,053 | 3,057 |
| Wheat for grain, all | 1,716 | 23 | 40 | 1,414 | 2,537 |
| Winter wheat for grain | 1,716 | 23 | 40 | 1,344 | 2,480 |
| TOP LIVESTOCK INVENTORY ITEMS (number) | | | | | |
| Cattle and calves | 16,994 | 16 | 64 | 1,483 | 3,063 |
| Horses and ponies | 1,275 | 16 | 63 | 896 | 3,072 |
| Layers | 1,055 | 30 | 64 | 1,822 | 3,040 |
| Broilers and other meat-type chickens | 800 | 19 | 43 | 1,030 | 2,723 |
| Rabbits, live | 352 | 2 | 39 | 159 | 2,157 |

## Other Parish Highlights, 2012

| Economic Characteristics | Quantity |
|---|---|
| Farms by value of sales: | |
| Less than $1,000 | 208 |
| $1,000 to $2,499 | 73 |
| $2,500 to $4,999 | 72 |
| $5,000 to $9,999 | 51 |
| $10,000 to $19,999 | 49 |
| $20,000 to $24,999 | 19 |
| $25,000 to $39,999 | 28 |
| $40,000 to $49,999 | 11 |
| $50,000 to $99,999 | 32 |
| $100,000 to $249,999 | 30 |
| $250,000 to $499,999 | 26 |
| $500,000 or more | 57 |
| Total farm production expenses ($1,000) | 68,373 |
| Average per farm ($) | 104,228 |
| Net cash farm income of operation ($1,000) | 24,004 |
| Average per farm ($) | 36,591 |

| Operator Characteristics | Quantity |
|---|---|
| Principal operators by primary occupation: | |
| Farming | 319 |
| Other | 337 |
| Principal operators by sex: | |
| Male | 597 |
| Female | 59 |
| Average age of principal operator (years) | 55.2 |
| All operators by race [2]: | |
| American Indian or Alaska Native | 7 |
| Asian | - |
| Black or African American | 40 |
| Native Hawaiian or Other Pacific Islander | - |
| White | 879 |
| More than one race | - |
| All operators of Spanish, Hispanic, or Latino Origin [2] | 15 |

See "Census of Agriculture, Volume 1, Geographic Area Series" for complete footnotes, explanations, definitions, and methodology.
- Represents zero. (D) Withheld to avoid disclosing data for individual operations.
[1] Universe is number of counties in state or U.S. with item. [2] Data were collected for a maximum of three operators per farm.

PreWil-01-06394