UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORA M. PRECHT, ET AL | CIVIL ACTION NO. 14-CV-0743 |
| VERSUS | JUDGE: MINALDI |
| AMERICAN TOWER CORPORATION, ET AL | MAGISTRATE JUDGE: KAY |

**MOTION WITH CONSENT TO EXTEND DEADLINE**

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, **DEBORA M. PRECHT, LAUREN PRECHT,** and **WILLIAM PRECHT, III** (collectively "Plaintiffs"), who move this Honorable Court to extend by eight (8) days, or until March 22, 2017, the deadline for Plaintiffs' to file their opposition to American Tower Corporation's ("ATC") Amended Motion for Summary Judgment (Document 118) in the above captioned

Counsel for ATC has been contacted and consented to the proposed extension.

Therefore, Plaintiffs, Debora M. Precht, et al, respectfully requests that the Court grant the Motion to Extend Deadline.

                                                            BLOCK LAW FIRM, APLC
                                                            422 East First Street
                                                            Post Office Box 108
                                                            Thibodaux, Louisiana 70302
                                                            (985) 446-0418 Telephone
                                                            (985) 446-0422 Facsimile

                                                            /s/ Kendall J. Krielow
                                                            JERALD P. BLOCK, #3151
                                                           KENDALL J. KRIELOW, #34625

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2017 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

                                                  /s/ Kendall J. Krielow
                                                  KENDALL J. KRIELOW